1  GAYLYNN KIRN CONANT, State Bar No. 161247
   gkc@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  Telephone:  (510) 433-2600
   Facsimile:  (510) 433-2699

5  Attorneys for Defendants

6  THE REGENTS OF THE UNIVERSITY OF
7  CALIFORNIA, ROBERT BIRGENEAU,
   CONSTANCE PEPPERS CELAYA, ADAN
8  TEJADA, VICTORIA HARRISON, ALLAN
   KOLLING, TOM KLATT and SUSAN VON
9  SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>             Plaintiff,<br><br>     v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>             Defendants. | Case No. C-07-4005 EMC<br><br>**NOTICE OF MOTION/APPLICATION OF DEFENDANTS THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG FOR RELIEF FROM DEFAULT/OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS**<br><br>Date:        November 28, 2007<br>Time:        10:30 a.m.<br>Courtroom: C<br>Judge:       Magistrate Judge Edward M. Chen |

TO PLAINTIFFS IN PROPRIA PERSONA:

PLEASE TAKE NOTICE that defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON

SEEBURG hereby move and will move the Court on the date, time and place set forth above for relief from default pursuant to Federal Rule of Civil Procedure 55(c) and leave to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) or for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e) on the following grounds:

1. Mistake of fact on the part of some defendants as to service of process;

2. Defendants The Regents of the University of California, Constance Peppers Celaya, Susan Von Seeberg, Tom Klatt and Adan Tehada were not properly served with Summons and Complaint;

3. Absence of any prejudice to plaintiffs;

4. Absence of culpable conduct; and

5. Good and meritorious defense on the part of defendants.

This Motion is based on this Notice and Motion, the Memorandum of Points and Authorities filed herewith, the declarations of Constance Peppers Celaya, GayLynn Kirn Conant, Susan Von Seeberg, Tom Klatt, Adan Tehada and Jim Taylor, the pleadings and papers filed herein, and on such other matters as may be brought to the attention of the Court and the parties at or before the hearing on this Motion.

Dated:   October 17, 2007

LOMBARDI, LOPER & CONANT, LLP

By: _____
GAYLYNN KIRN CONANT
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON SEEBURG