GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiff,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No.  C-07-4005 EMC<br><br>**DECLARATION OF GAYLYNN KIRN CONANT IN SUPPORT OF MOTION/APPLICATION FOR RELIEF FROM DEFAULT**<br><br>Date:         November 28, 2007<br>Time:         10:30 a.m.<br>Courtroom:  C<br>Judge:        Magistrate Judge Edward M. Chen |

I, GAYLYNN KIRN CONANT, declare and state as follows:

1. I am an attorney and partner at Lombardi, Loper & Conant LLP, attorneys of record for The Regents of the University of California,, Robert Birgeneau, Constance Peppers Celaya, Adan Tejada, Victoria Harrison, Allan Kolling, Tom Klatt and Susan Von Seeburg in the above-referenced matter. I have personal knowledge of all facts stated herein and could competently testify thereto if called upon as a witness.

2. On Monday, October 8, 2007, I reviewed an assignment letter and a copy of a Summons and Complaint in the instant action from Jim Taylor of Sedgwick Claims Services which arrived at my office on October 4, 2007 according to our firm's received stamp. I was out

of the office on October 4 and Friday, October 5 due to a hearing on another matter in San Luis Obispo County.

3. The assignment letter did not indicate whether or not any of the University defendants had been served. Accordingly, within a day of receipt of the complaint, I researched the issue and learned that the electronic Court docket showed that plaintiff Christine Chang had filed an apparent proof of service showing that each of the University defendants had been personally served on September 7, 2007. Given that the named defendants were located in several different locations, I suspected the information suggesting that all of the defendants had been *personally* served was inaccurate. Thus, I contacted defendants and The Office of General Counsel to determine the actual service status and it several of the defendants had not been properly served with Summons and Complaint. [See Von Seeburg, Tejeda, Klatt, and Celaya Declarations]. Moreover, there is no indication that Plaintiffs ever attempted to serve The Regents of the University of California at the appropriate location.

4. Meanwhile, on October 10, 2007 I was advised that several of the University defendants had received a "Motion for Default Judgment Be Entered" from Plaintiffs via mail. As plaintiff had not filed anything in the case electronically, I caused copies of all of the "default motions" and related documents to be retrieved by a copy service and I received the motions on Monday, October 15, 2007.

5. As there appeared to be multiple defenses to the claims asserted against the University defendants and it appeared that several of the University defendants had not been properly served with Summons and Complaint based upon my research the week of October 8, I promptly began preparation of a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, for a more definite statement pursuant to FRCP 12(e), as well as the instant motion/application for relief from default.

6. The motion to dismiss, and the instant motion/application for relief from default were filed as quickly as possible given my existing case load and calendar of last week which included a deposition in Sacramento on October 10, a deposition in Redwood City on October 12 and a telephonic deposition on October 17.

- 2 -    DECLARATION OF GAYLYNN CONANT
C-07-4005 EMC

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th
2  day of October 2007 in Oakland, California.

_____
GAYLYNN KIRN CONANT

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

- 3 -

DECLARATION OF GAYLYNN CONANT
C-07-4005 EMC