1  GAYLYNN KIRN CONANT, State Bar No. 161247
   gkc@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  Telephone:  (510) 433-2600
   Facsimile:  (510) 433-2699
5
   Attorneys for Defendants
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA, ROBERT BIRGENEAU,
7  CONSTANCE PEPPERS CELAYA, ADAN
   TEJADA, VICTORIA HARRISON, ALLAN
8  KOLLING, TOM KLATT and SUSAN VON
   SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No. C-07-4005 EMC<br><br>**DECLARATION OF CONSTANCE PEPPERS CELAYA IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT**<br><br>Date: November 28, 2007<br>Time: 10:30 a.m.<br>Courtroom: C<br>Judge: Magistrate Judge Edward M. Chen |
|---|---|

I, CONSTANCE PEPPERS CELAYA, declare:

1.  I am currently the Senior Public Safety Dispatcher in the UC Berkeley Police Department where I have been employed since 1978. I have personal knowledge of the following facts and could and would testify thereto in court if called upon to do so.

2.  The Complaint in this matter was delivered to the front counter at the UCB Police Department on September 7, 2007. I was not present and was not personally served with Summons and Complaint.

///

///

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed this
2 | 17 day of October, 2007 at Berkeley, California.

CONSTANCE PEPPERS CELAYA