GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ROBERT BIRGENEAU
CONSTANCE PEPPERS CELAYA, ADAN
TEJADA, VICTORIA HARRISON, ALLAN
KOLLING, TOM KLATT and SUSAN VON
SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No. C-07-4005 EMC<br><br>**DECLARATION OF ADAN TEJADA IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT**<br><br>Date:           November 28, 2007<br>Time:          10:30 a.m.<br>Courtroom: C<br>Judge:        Magistrate Judge Edward M. Chen |

I, ADAN TEJADA, declare:

1.   I am currently a Lieutenant in the UC Berkeley Police Department where I have been employed since June 27, 1984. I have personal knowledge of the following facts and could and would testify thereto in court if called upon to do so.

2.   I received a registered letter containing the Summons and Complaint on or about September 11, 2007. I have never been personally served with Summons and Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

///

///

1 | 16th day of October, 2007 at Berkeley, California.

_____
ADAN TEJADA