GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, , ALLAN KOLLING, TOM KLATT and SUSAN VON SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No. C-07-4005 EMC<br><br>**DECLARATION OF TOM KLATT IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT**<br><br>Date:   November 28, 2007<br>Time:   10:30 a.m.<br>Courtroom:   C<br>Judge:   Magistrate Judge Edward M. Chen |

I, TOM KLATT, declare:

1. I am the Manager for the Office of Emergency Preparedness for the UC Berkeley Police Department where I have been employed since February 1997. I have personal knowledge of the following facts and could and would testify thereto in court if called upon to do so.

2. I received the initial complaint packet in my mailbox when I returned from vacation on September 18, 2007. The date stamp from the UCPD Records Unit notes it was received on September 7, 2007. I was never personally served with Summons and Complaint and have never received another copy via certified mail or otherwise.

///

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this
2  __16__ day of October, 2007 at Berkeley, California.

_/s/ Tom Klatt_
TOM KLATT

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30284-37261 GKC 544067.1

- 2 -

DEC. OF KLATT ISO APPLICATION FOR
RELIEF; C-07-4005 EMC