GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ROBERT BIRGENEAU
CONSTANCE PEPPERS CELAYA, ADAN
TEJADA, VICTORIA HARRISON, ALLAN
KOLLING, TOM KLATT and SUSAN VON
SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No. C-07-4005 EMC<br><br>**DECLARATION OF SUSAN VON SEEBURG IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT**<br><br>Date:         November 28, 2007<br>Time:        10:30 a.m.<br>Courtroom: C<br>Judge:       Magistrate Judge Edward M. Chen |

I, SUSAN VON SEEBURG, declare:

1.     I am University Counsel, Office of the General Counsel of the Regents of the University of California where I have been employed since 1987. I have personal knowledge of the following facts and could and would testify thereto in court if called upon to do so.

2.     Summons and Complaint in this matter was left at the front desk of the Office of General Counsel on or about September 10, 2007 by someone claiming to be attempting to serve it. I was not personally served and received no additional copies of the Summons and Complaint by mail or otherwise.

///

1   I declare that the foregoing facts are true and correct. Executed this 17th day of October,
2   2007 at Oakland, California.

3
4   _____
    SUSAN VON SEEBURG

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30284-37261 GKC 544070.1

- 2 -

DEC. OF VONSEEBURG ISO
APPLICATION FOR RELIEF; C-07-4005
EMC