GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiff,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No. C-07-4005 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION/APPLICATION FOR RELIEF FROM DEFAULT AND LEAVE TO FILE MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**<br><br>Date: November 28, 2007<br>Time: 10:30 a.m.<br>Courtroom: C<br>Judge: Magistrate Judge Edward M. Chen |

The motion of Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON SEEBURG for an order relieving defendants from default and for leave to file a Motion to Dismiss as their responsive pleading came on for hearing on November 28, 2007. Defendants appeared through GayLynn Kirn Conant of Lombardi, Loper & Conant, LLP, and plaintiff, Christine Chang, appeared in *propria persona*. The court, having read and considered the motion and supporting papers,

opposition papers and good cause appearing:

IT IS HEREBY ORDERED:

- Defendants' Application/Motion for relief from default is GRANTED and defendants' motion to dismiss/motion for more definitive statement shall be permitted to be filed and shall be heard on the noticed date of November 28, 2007 at 10:30 a.m. in Courtroom C.
- IT IS SO ORDERED.

DATED: November ___, 2007

HONORABLE EDWARD M. CHEN

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541