```
 1  GAYLYNN KIRN CONANT, State Bar No. 161247
    gkc@llcllp.com
 2  LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
 3  1999 Harrison Street, Suite 2600
    Oakland, CA  94612-3541
 4  Telephone:    (510) 433-2600
    Facsimile:    (510) 433-2699
 5
    Attorneys for Defendants
 6  THE REGENTS OF THE UNIVERSITY OF
    CALIFORNIA, ROBERT BIRGENEAU
 7  CONSTANCE PEPPERS CELAYA, ADAN
    TEJADA, VICTORIA HARRISON, ALLAN
 8  KOLLING, TOM KLATT and SUSAN VON
    SEEBURG
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>　　　　Defendants. | Case No.  C-07-4005 EMC<br><br>**PROOF OF SERVICE OF DEFENDANTS' MOTION/APPLICATION FOR RELIEF FROM DEFAULT**<br><br>Date:　　　November 28, 2007<br>Time:　　　10:30 a.m.<br>Courtroom:　C<br>Judge:　　　Magistrate Judge Edward M. Chen |

I, Joni Gordon, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the county of Alameda; my business address is 1999 Harrison Street, Suite 2600, Oakland, CA  94612-3541.

I served the within:

1. **NOTICE OF MOTION/APPLICATION OF DEFENDANTS THE REGENTS OF THE UNIVERSITY, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG FOR RELIEF FROM DEFAULT/OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS;**

1    2.    **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION/APPLICATION OF DEFENDANTS THE REGENTS OF THE UNIVERSITY, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG FOR RELIEF FROM DEFAULT/OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS**

3.    **DECLARATION OF JIM TAYLOR IN SUPPORT OF MOTION FOR RELIEF;**

4.    **DECLARATION OF CONSTANCE PEPPERS CELAYA IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT;**

5.    **DECLARATION OF ADAN TEJADA IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT;**

6.    **DECLARATION OF TOM KLATT IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT;**

7.    **DECLARATION OF SUSAN VON SEEBURG IN SUPPORT OF APPLICATION FOR RELIEF FROM DEFAULT;**

9.    **DECLARATION OF GAYLYNN KIRN CONANT IN SUPPORT OF MOTION/APPLICATION FOR RELIEF FROM DEFAULT**

10.    **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION/APPLICATION FOR RELIEF FROM DEFAULT AND LEAVE TO FILE MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTNERATIVE, MOTION FOR MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Christine Chang
Individually and as Guardian Ad Litem for Eric Sun
341 Tideway Dr., #214
Alameda, CA 94501

☒     **BY MAIL:**     I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐     **BY HAND DELIVERY:** I caused such envelope, to be hand delivered to the stated parties.

☐     **VIA FAX:**     I caused such documents to be transmitted via fax to the stated parties at their respective facsimile numbers.

☐     **VIA EXPRESS CARRIER:**     I caused such documents to be collected by an agent for to be delivered to the offices of the stated parties.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  Executed on October 17, 2007, at Oakland, California.

_____
Joni Gordon

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30284-37261 GKC 544218.1

- 3 -

PROOF OF SERVICE RE DEFENDANTS'
MOTION FOR RELIEF; C-07-4005 EMC