1  GAYLYNN KIRN CONANT, State Bar No. 161247
   gkc@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  Telephone:     (510) 433-2600
   Facsimile:      (510) 433-2699

Attorneys for Defendants

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiff,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No.  C-07-4005 EMC<br><br>**NOTICE OF MOTION OF DEFENDANTS THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE,  MOTION FOR MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**<br><br>Date:       November 28, 2007<br>Time:       10:30 a.m.<br>Courtroom: C<br>Judge:      Magistrate Judge Edward M. Chen |

TO PLAINTIFFS IN PROPRIA PERSONA:

PLEASE TAKE NOTICE that defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON

30284-37261 GKC 543920.1                                                          NOTICE OF MOTION AND MOTION TO DISMISS C-07-4005 EMC

1  SEEBURG hereby move and will move the Court on the date, time and place set forth above to
2  dismiss the complaint filed in this action pursuant to Federal Rule of Civil Procedure 12(b)(6) on
3  the following grounds:

- The claims asserted against the University defendants are barred by the immunity afforded to state public entities and their officials by the Eleventh Amendment to the U.S. Constitution;

- The claims asserted against the University defendants are barred by the implied immunity afforded to public employees not otherwise immune by virtue of the Eleventh Amendment to the U.S. Constitution;

- Plaintiff's federal civil rights claim fails as no cognizable interest under §1983 has been identified and the vague, conclusory allegations of university participation in civil rights violations are insufficient to state a cause of action;

- The tort claims are barred by immunities available to the University defendants;

- The tort claims asserted are barred by the litigation privilege [California Civil Code §47(b);

- All causes of action asserted against the University defendants concerning the "pre-judgment conduct" are barred by the applicable statute of limitations;

- All causes of action asserted against the University defendants are without merit as plaintiffs' Complaint is devoid of facts sufficient to state a cause of action for any conceivable theory in any event.

- All causes of action are barred by the doctrine of res judicata;

- Christine Chang has no standing to represent plaintiff Eric Sun in propria persona.

In the alternative, moving defendants also move for an order requiring a more definite statement as defendants cannot be reasonably required to frame a responsive pleading to any of the causes of action alleged in the complaint pursuant to F.R.C.P. 12(e).

This Motion is based on this Notice and Motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice, the pleadings and papers filed herein,

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1  and on such other matters as may be brought to the attention of the Court and the parties at or
2  before the hearing on this Motion.

3  Dated:   October 17, 2007                                LOMBARDI, LOPER & CONANT, LLP

5                                                            By: /s/ GayLynn Kirn Conant
6                                                                GAYLYNN KIRN CONANT
                                                                 Attorneys for Defendants

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

30284-37261 GKC 543920.1                      - 3 -                NOTICE OF MOTION AND MOTION TO
                                                                   DISMISS C-07-4005 EMC