**ALBERT F. COOMBES, ESQ.    SBN 60861**
**15915 Ventura Blvd., Penthouse 4,**
**Encino, Ca. 91436**
**Tel:    (818) 986-1533**
**Fax:    (818) 986-1657**

**Pro Se Defendant**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE CHANG,** **individually and as Guardian Ad Litem for ERIC SUN, disabled,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**ROCKRIDGE MANOR CONDOMINIUM et al.**<br><br>**Defendants.** | **No.    C 07 4005 EMC**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.    Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 18, 2007                    /S/ ALBERT COOMBES____
                                                            ALBERT COOMBES
                                                            Pro se Defendant

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE                 - 1 -