**ALBERT F. COOMBES, ESQ.   SBN 60861**
**15915 Ventura Blvd., Penthouse 4,**
**Encino, Ca. 91436**
**Tel:   (818) 986-1533**
**Fax:   (818) 986-1657**

**Pro Se Defendant**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian Ad Litem for ERIC SUN, disabled,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM et al.<br><br>Defendants. | No.   C 07 4005 EMC<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, ALBERT COOMBES, hereby certify that on October 18, 2007, I forwarded a true and correct copy of my Consent to Proceed Before a United States Magistrate Judge to the plaintiffs herein by placing a true copy thereof in a sealed envelope with first class postage prepaid and addressed as follows:

    Christine Chang
    Individually and as Guardian Ad Litem for Eric Sun
    341 Tideway Drive, #214
    Alameda, Ca. 94501

I caused such envelope to be placed for collection and mailing in the United States Mail at Encino, California.

Dated: October 18, 2007

                              /s/  ALBERT COOMBES
                              ALBERT COOMBES
                              Pro Se Defendant

**CERTIFICATE OF SERVICE**            - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CONSENT TO PROCEED BEFORE A**
**UNITED STATES MAGISTRATE JUDGE**                - 2 -