1  GAYLYNN KIRN CONANT, State Bar No. 161247
   gkc@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  Telephone:   (510) 433-2600
   Facsimile:    (510) 433-2699
5
   Attorneys for Defendants
6
   THE REGENTS OF THE UNIVERSITY OF
7  CALIFORNIA, ROBERT BIRGENEAU,
   CONSTANCE PEPPERS CELAYA, ADAN
8  TEJADA, VICTORIA HARRISON, ALLAN
   KOLLING, TOM KLATT and SUSAN VON
9  SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiff,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No.  C-07-4005 EMC<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
|---|---|

The parties have met and conferred regarding ADR and request an ADR conference call.

The following will participate in the ADR phone conference:

| **Name** | **Party** | **Phone No.** | **E-mail** |
|---|---|---|---|
| Christine Chang | Plaintiff | 510-769-8232 | |
| GayLynn Kirn Conant | Defendants | 510-433-2600 | gkc@llcllp.com |
| Albert Coombes | Defendant | | coombeslaw@aol.com |

30284-37261 GKC 544632.1                                  - 1 -

NOTICE OF NEED FOR ADR
PHONE CONFERENCE
C-07-4005 EMC

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: October 25, 2007                     LOMBARDI, LOPER & CONANT, LLP


By: /s/ GayLynn Kirn Conant
    GAYLYNN KIRN CONANT
    Attorneys for Defendants

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30284-37261 GKC 544632.1            - 2 -            NOTICE OF NEED FOR ADR
                                                     PHONE CONFERENCE
                                                     C-07-4005 EMC