1

2

3

4

5

6

7 **ALBERT F. COOMBES, ESQ.   SBN 60861**
**15915 Ventura Blvd., Penthouse 4,**
8 **Encino, Ca. 91436**
**Tel:    (818) 986-1533**
9 **Fax:    (818) 986-1657**

10 **Defendant In Pro Per**

11

12

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 **CHRISTINE CHANG,**            )        **No.    C 07 4005 EMC**
**individually and as Guardian Ad**  )
16 **Litem for ERIC SUN, disabled,**   )
                                    )        **DEFENDANT ALBERT**
17               **Plaintiffs,**     )        **COOMBES' SEPARATE CASE**
                                    )        **MANAGEMENT STATEMENT**
18 **vs.**                           )
                                    )
19 **ROCKRIDGE MANOR**              )        **Date:       11/7/07**
**CONDOMINIUM et al.**              )        **Time:       1:30 p.m.**
20                                  )        **Place:      Courtroom C**
               **Defendants.**      )
21 _____ )

22          1.    Jurisdiction and Service:

23          This defendant contends that the court lacks subject matter jurisdiction over

24 plaintiff's claims and has filed a Rule 12(b)(1) motion to that effect.  There are no issues

25 concerning personal jurisdiction and venue and defendant is not aware if any parties

26 remain to be served.

27 ////

28

**DEFENDANT ALBERT COOMBES'**
**SEPARATE CASE MANAGEMENT STATEMENT**
                                    - 1 -

1      2.      Facts:

2          At this time it is impossible to give the Court a brief chronology of the facts and

3      the principal factual issues in dispute since the plaintiffs' complaint is so vague and

4      ambiguous.    A Rule 12(b)(6) motion for a more detailed statement has been filed.   The

5      only facts contained in the complaint against this defendant are contained in Paragraph

6      109 wherein the plaintiff alleges she retained said defendant for $7,500.00 and that he

7      represented her for about a week, taking one expert witness deposition.

8      3.      Legal Issues:

9          The legal issues will involve FRCP Rule 12(b)(1) and (6) regarding lack of subject

10     matter jurisdiction and failure to state a claim, plus the applicable California Statute of

11     Limitations - CCP§335.1 - as it applies to plaintiffs' causes of action for malicious

12     prosecution, abuse of process, negligence and 42 USCS §1983.

13     4.      Motions:

14         This defendant has filed a Rule 12  motion which it is hoped will be dispositive

15     of all the issues of the case.   The motion is set for hearing on November 28, 2007.

16         Motions for Judgment on the Pleadings and Summary Judgment are contemplated

17     in the future.

18     5.      Amendment of Pleadings:

19         Since this defendant has yet to file an answer it is unknown at this time whether

20     or not there will be a need to amend that pleading in the future.

21     6.      Evidence Preservation:

22         All documents that were in existence at the time plaintiffs' complaint was filed are

23     being preserved.

24     7.      Disclosures:

25         To date this defendant has not received any disclosures from the plaintiff or any

26     other party to this action.   Defendant has not made any initial disclosures since plaintiffs'

27     complaint is so vague and ambiguous, he is unaware of what action is being taken against

28

**DEFENDANT ALBERT COOMBES'**
**SEPARATE CASE MANAGEMENT STATEMENT**

1    him.

2         8.    Discovery:

3         Should defendants' Rule 12 motion be denied he intends to propound written

4    discovery to the plaintiffs and to schedule their depositions.

5         9.    Class Actions:

6         This is not a class action.

7         10.    Related Cases:

8         There are no other related cases pending before another judge of this court, or

9    before another court or administrative body.

10        11.    Relief:

11        This defendant is unaware of the amount of damages the plaintiffs are seeking

12   against him therefore it is impossible at this time to determine how those damages should

13   be calculated if liability is established.    If the amount is $7,500.00 as is alleged in

14   Paragraph 109 of the complaint then relief would be the difference between what the

15   finder of fact rules was the value of this defendant's services and accompanying costs

16   versus the $7,500.00.

17        12.    Settlement and ADR:

18        Settlement and ADR are unlikely until all discovery is completed and all

19   dispositive motions have been decided.

20        13.    Consent to Magistrate Judge for All Purposes:

21        This defendant has filed his Consent to Proceed Before a United States Magistrate

22   Judge for all purposes.

23        14.    Other References:

24        This case is not suitable for binding arbitration, a special master, or the Judicial

25   Panel on Multidistrict Litigation.

26        15.    Narrowing of Issues:

27        This defendant believes that his Rule 12 motion will narrow the issues of the case

28

**DEFENDANT ALBERT COOMBES'**
**SEPARATE CASE MANAGEMENT STATEMENT**

1   by weeding out those causes of action which are either barred by the Statue of Limitations

2   or do not contain sufficient facts to sustain them.

3       16.    Expedited Schedule:

4       Because of the large number of defendants involved it is unlikely that this case

5   would benefit from an expedited schedule.

6       17.    Scheduling:

7       This defendant proposes the following scheduling calendar:

8       Designation of experts - October 1, 2008

9       Discovery Cutoff - August 29, 2008

10      Hearing of Dispositive Motions - November 5, 2008

11      Pretrial Conference - December 10, 2008

12      Trial - January, 2009

13      17.    Trial:

14      Plaintiffs have requested a jury.

15      18:    Disclosure of Non-party Interested Parties or Persons:

16      This defendant does not know of any persons, firms, partnerships, corporations

17  (including parent corporations) or other entities known to him to have either: (i) a

18  financial interest in the subject matter in controversy or in a party to the proceeding; or

19  (ii) any other kind of interest that could be substantially affected by the outcome of the

20  proceeding.

21  Dated: October 29, 2007

22                                            .

23                              /s/   ALBERT COOMBES
                                     ALBERT COOMBES
24                                   Pro Se Defendant

25

26

27

28

**DEFENDANT ALBERT COOMBES'
SEPARATE STATEMENT**