**ALBERT F. COOMBES, ESQ.    SBN 60861**
**15915 Ventura Blvd., Penthouse 4,**
**Encino, Ca. 91436**
**Tel:    (818) 986-1533**
**Fax:    (818) 986-1657**

**Pro Se Defendant**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CHRISTINE CHANG,**<br>**individually and as Guardian Ad**<br>**Litem for ERIC SUN, disabled,** | ) ) ) ) | No.    C 07 4005 EMC |
| **Plaintiffs,** | ) ) | **CERTIFICATE OF**<br>**SERVICE** |
| **vs.** | ) ) ) | |
| **ROCKRIDGE MANOR**<br>**CONDOMINIUM et al.** | ) ) ) | |
| **Defendants.** | ) ) | |

## CERTIFICATE OF SERVICE

        I, ALBERT COOMBES, hereby certify that on October 29, 2007, I forwarded a

true and correct copy of my Separate Case Management Statement to the plaintiffs herein

by placing a true copy thereof in a sealed envelope with first class postage prepaid and

addressed as follows:

        Christine Chang
        Individually and as Guardian Ad Litem for Eric Sun
        341 Tideway Drive, #214
        Alameda, Ca. 94501

        I caused such envelope to be placed for collection and mailing in the United States

Mail at Encino, California.

Dated: October 29, 2007

                                                    /s/  ALBERT COOMBES
                                                    ALBERT COOMBES
                                                    Pro Se Defendant

**CERTIFICATE OF SERVICE**            - 1 -