GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, ROBERT BIRGENEAU
CONSTANCE PEPPERS CELAYA, ADAN
TEJADA, VICTORIA HARRISON, ALLAN
KOLLING, TOM KLATT and SUSAN VON
SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No.  C-07-4005 EMC<br><br>**PROOF OF SERVICE OF CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:         November 7, 2007<br>Time:        10:30 a.m.<br>Courtroom:  C<br>Judge:       Magistrate Judge Edward M. Chen |

I, Joni Gordon, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action.  I am employed in the county of Alameda; my business address is 1999 Harrison Street, Suite 2600, Oakland, CA 94612-3541.

I served the within:

**CASE MANAGEMENT CONFERENCE STATEMENT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

30284-37261 GKC 544210.1

- 1 -

PROOF OF SERVICE RE DEFENDANTS'
MOTION TO DISMISS; C-07-4005 EMC

1  Christine Chang
   Individually and as Guardian Ad Litem for Eric Sun
2  341 Tideway Dr., #214
   Alameda, CA 94501
3

4  ☒  BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

8  ☐  BY HAND DELIVERY: I caused such envelope, to be hand delivered to the stated parties.

9  ☐  VIA FAX:  I caused such documents to be transmitted via fax to the stated parties at their respective facsimile numbers.

10 ☐  VIA EXPRESS CARRIER:  I caused such documents to be collected by an agent for  to be delivered to the offices of the stated parties.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on October 31, 2007, at Oakland, California.

   _____
   Joni Gordon

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

30284-37261 GKC 544210.1

- 2 -

PROOF OF SERVICE RE DEFENDANTS'
MOTION TO DISMISS; C-07-4005 EMC