1
2
3
4
5
6               UNITED STATES DISTRICT COURT
7             NORTHERN DISTRICT OF CALIFORNIA
8
9   CHRISTINE CHANG, et al.          No. C 07 4005 EMC
10          Plaintiff(s),           **CONSENT TO PROCEED BEFORE A**
                                    **UNITED STATES MAGISTRATE JUDGE**
11        v.
12  ROCKRIDGE MANOR CONDOMINIUM,
    et al.,
13            Defendant(s).
                                          /
14  _____
15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21  Dated: _November 1, 2007_____          _____
                                          Signature
22
                                          Counsel for _Defendant Paula Zimba_
23                                        (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

**PROOF OF SERVICE BY MAIL**
**(C.C.P.  SECTIONS 1013(a) -2015.5)**

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the CONSENT TO PROCEED BEFORE MAGISTRATE, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Ms. Christine Chang                    Plaintiff In Pro Per
341 Tideway Drive, #214
Alameda, CA  94501
Tel:  510-769-8232

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on November 1, 2007.

LESLIE HASSBERG

- 1 -

PROOF OF SERVICE BY MAIL – Action No.