1  Sara B. Allman, Esq. CSB #107932
2  Paul A. Conroy, Esq. CSB #84527
   ■**Allman & Nielsen, P.C.** ■
3  100 Larkspur Landing Circle, Suite 212
   Larkspur, CA 94939
4  Telephone: 415.461.2700
5  Facsimile: 415.461.2726

6
   Attorneys for Defendant
7  ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION AND SPECIALLY
   APPEARING DEFENDANTS CHARLES BLAKENEY AND PURPORTED
8  ENTITIES ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR
9  BOARD OF DIRECTORS

10          **IN THE UNITED STATES DISTRICT COURT**

11           NORTHERN DISTRICT OF CALIFORNIA

12
   CHRISTINE CHANG, individually and as Guardian ad         Case No.: C07-4005 EMC
13 Litem for ERIC SUN, disabled
                                                            **CONSENT TO PROCEED BEFORE A**
14          Plaintiffs,                                     **UNITED STATES MAGISTRATE**
                                                            **JUDGE**
15          v.

16                                                          Date:
   ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE                   Time:
17 MANOR HOMEOWNERS ASSOCIATION;                            Room: C
   ROCKRIDGE MANOR BOARD OF DIRECTORS;                      Judge: Magistrate Judge Edward M. Chen
18 ROCKRIDGE MANOR PRESIDENT OF BOARD OF
   DIRECTORS CHARLES BLAKENEY; ROCKRIDGE
19 MANOR MANAGER EVA AMMANN; TRUCK
   INSURANCE EXCHANGE; AND DOES 1-30, inclusive,
20          JOINDER
   UNIVERSITY OF CALIFORNIA BERKELEY; UC
21 BERKELY CHANCELLOR ROBERT BIRGENEAU; UC
   BERKELEY PUBLIC RECORDS COORDINATOR
22 ALAN KOLLING; UC BERKELEY GENERAL
   COUNSEL SUSAN VON SEEBURG; UC BERKELEY
23 POLICE DEPARTMENT CHIEF VICTORIA
   HARRISON; UC BERKELEY POLICE DEPARTMENT
24 LIEUTENANT ADAN TEJADA; UC BERKELEY
   POLICE DEPARTMENT MANAGER TOM KLATT; UC
25 BERKELY POLICE DEPARTMENT DISPATCHER
   CONSTANCE PEPPERS CELAYA; and DOES 31-60,
26 inclusive,
            JOINDER
27 PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT
   COOMBES, ATTORNEY AT LAW; and DOES 61-90,
28 inclusive,
            Defendants
29
30
31
32

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1  CONCENT TO PROCEED AGAINST A UNITED STATES MAGISTRATE JUDGE

2      In accordance with provisions of Title 28, U.S.P. Section 636(c), the undersigned parties

3  hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further

4  proceedings in the case, including trial, and order and entry of a final judgment. Appeal from the

5  judgment shall be taken directly to the United States Court of Appeal for the Ninth Circuit.

6

7

8  Dated: November 2, 2007                                    ALLMAN & NIELSEN, P.C.

9

10                            By: _____

11                            Paul A. Conroy

12                            Counsel for Defendant

13                            ROCKRIDGE MANOR

                          HOMEOWNERS' ASSOCIATION

14                            AND SPECIALLY APPEARING

15                            DEFENDANTS CHARLES

                          BLAKENEY AND PURPORTED

16                            ENTITIES ROCKRIDGE MANOR

17                            CONDOMINIUM AND

                          ROCKRIDGE MANOR BOARD

18                            OF DIRECTORS

19

20

21

22

23

24

25

26

27

28

29

30

31

32

## PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

## CONSENT TO PROCEED BEFORE A UNITED STATES JUDGE

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

Christine Chang
341 Tideway Drive #214
Alameda, CA 94501
Telephone (510) 769-8232

Pro Se, individually and as Guardian ad Litem for ERIC SUN, disabled

Gaylyn Kirn Conant
LOMBARDI, LOPER & CONANT, LLP
Lake Meritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorney for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG

Lee J. Danforth
Coddington Hicks & Danforth
555 Twin Dolphin Drive Suite 300
Redwood City CA 94065
Telephone: (650) 592-5400

[ ]    **BY MAIL:** I deposited such envelope with postage thereon fully prepaid in the mailbox regularly maintained by the delivery service carrier at Larkspur, California.

[ ]    **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ]    **BY FACSIMILE:** I sent such document via facsimile to the facsimile machine of the addressee.

[x]    **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

CONSENT TO PROCEED BEFORE A UNITED STATES JUDGE
-3-

Executed on November 2, 2007, at Larkspur, California.

/s/ Paul A. Conroy
PAUL A. CONROY

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726