1 Sara B. Allman, Esq. CSB #107932
2 Paul A. Conroy, Esq. CSB #84527
  ■Allman & Nielsen, P.C.■
3 100 Larkspur Landing Circle, Suite 212
  Larkspur, CA 94939
4 Telephone: 415.461.2700
5 Facsimile:  415.461.2726

6
  Attorneys for Defendant
7 ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION AND SPECIALLY
  APPEARING DEFENDANTS CHARLES BLAKENEY AND PURPORTED
8 ENTITIES ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR
9 BOARD OF DIRECTORS

10              IN THE UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA

12 
   CHRISTINE CHANG, individually and as Guardian ad        Case No.: C07-4005 EMC
13 Litem for ERIC SUN, disabled

14        Plaintiffs,                                       APPLICATION FOR ORDER
                                                            SHORTENING TIME FOR SERVICE
15        v.                                                AND FILING OF MOTION TO SET
                                                            ASIDE DEFAULT, MOTION TO
16 ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE                   DISMISS AND MOTION FOR
17 MANOR HOMEOWNERS ASSOCIATION;                            SUMMARY JUDGMENT
   ROCKRIDGE MANOR BOARD OF DIRECTORS;
18 ROCKRIDGE MANOR PRESIDENT OF BOARD OF                    Date:
   DIRECTORS CHARLES BLAKENEY; ROCKRIDGE                    Time:
19 MANOR MANAGER EVA AMMANN; TRUCK                          Room: C
20 INSURANCE EXCHANGE; AND DOES 1-30, inclusive,            Judge: Magistrate Judge Edward M. Chen
              JOINDER
21 UNIVERSITY OF CALIFORNIA BERKELEY; UC
   BERKELY CHANCELLOR ROBERT BIRGENEAU; UC
22 BERKELEY PUBLIC RECORDS COORDINATOR
   ALAN KOLLING; UC BERKELEY GENERAL
23 COUNSEL SUSAN VON SEEBURG; UC BERKELEY
   POLICE DEPARTMENT CHIEF VICTORIA
24 HARRISON; UC BERKELEY POLICE DEPARTMENT
25 LIEUTENANT ADAN TEJADA; UC BERKELEY
   POLICE DEPARTMENT MANAGER TOM KLATT; UC
26 BERKELY POLICE DEPARTMENT DISPATCHER
   CONSTANCE PEPPERS CELAYA; and DOES 31-60,
27 inclusive,
              JOINDER
28 PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT
   COOMBES, ATTORNEY AT LAW; and DOES 61-90,
29 inclusive,
              Defendants
30

31
32 APPLICATION FOR ORDER SHORTENING TIME FOR                    ALLMAN & NIELSEN, P.C.
   SERVICE AND FILING OF MOTION TO SET ASIDE DEFAULT,          100 Larkspur Landing Circle, Suite 212
   MOTION TO DISMISS AND MOTION FOR SUMMARY                              Larkspur, CA 94939
   JUDGMENT                                              Telephone: 415.461.2700 Facsimile: 415.461.2726
                              -1-

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:

Defendant Rockridge Manor Homeowners' Association and specially appearing defendants Charles Blakeney and purported entities Rockridge Manor Condominium and Rockridge Manor Board of Directors hereby apply to the court for an Order Shortening the time for service of the accompanying papers filed in support of defendants' Motion to Set Aside Default, Motion to Dismiss and Motion for Summary Judgment. It is requested that the three motions be heard on November 28, 2007 at 10:30 a.m. in Courtroom C before Magistrate Judge Edward M. Chen. This is the same date and time when defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and other defendants in this action will have their motion to set aside default and motion to dismiss heard. Application is made for an Order Shortening Time so that service and filing of the three motions can be made on November 2, 2007 and the motions heard on November 28, 2007.

There is good cause for the requested Order Shortening Time for the reason that the plaintiffs will be in court for the November 28, 2007 hearing of the co-defendants' motions. Hearing all motions at the same time will be convenient to the plaintiffs and other parties. The court will be prepared to consider and rule upon the co-defendants' motions on or after November 28, 2007. Co-defendants' motions are, in many respects, factually and legally similar to the three motions brought by these defendants. Hearing all of the motions together will promote judicial economy.

Dated: November 2, 2007

ALLMAN & NIELSEN, P.C.

By: /s/ Paul A. Conroy
PAUL A. CONROY
Counsel for Defendant
ROCKRIDGE MANOR
HOMEOWNERS' ASSOCIATION
AND SPECIALLY APPEARING
DEFENDANTS CHARLES
BLAKENEY AND PURPORTED
ENTITIES ROCKRIDGE MANOR
CONDOMINIUM AND
ROCKRIDGE MANOR BOARD
OF DIRECTORS

APPLICATION FOR ORDER SHORTENING TIME FOR SERVICE AND FILING OF MOTION TO SET ASIDE DEFAULT, MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

# PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**APPLICATION FOR ORDER SHORTENING TIME FOR SERVICE AND FILING OF MOTION TO SET ASIDE DEFAULT, MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christine Chang<br>341 Tideway Drive #214<br>Alameda, CA 94501<br>Telephone (510) 769-8232 | Pro Se, individually and as Guardian ad Litem for ERIC SUN, disabled |
| Gaylyn Kirn Conant<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Meritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699 | Attorney for Defendants<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG |

Lee J. Danforth
Coddington Hicks & Danforth
555 Twin Dolphin Drive Suite 300
Redwood City CA 94065
Telephone: (650) 592-5400

[x]   **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2007, at Larkspur, California.

/s/ Paul A. Conroy
PAUL A. CONROY

APPLICATION FOR ORDER SHORTENING TIME FOR SERVICE AND FILING OF MOTION TO SET ASIDE DEFAULT, MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-3-