1  Sara B. Allman, Esq. CSB #107932
2  Paul A. Conroy, Esq. CSB #84527
   ■Allman & Nielsen, P.C.■
3  100 Larkspur Landing Circle, Suite 212
   Larkspur, CA 94939
4  Telephone: 415.461.2700
5  Facsimile:  415.461.2726

6  
   Attorneys for Defendant
7  ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION AND SPECIALLY
   APPEARING DEFENDANTS CHARLES BLAKENEY AND PURPORTED
8  ENTITIES ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR
9  BOARD OF DIRECTORS

10              IN THE UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12  
13  CHRISTINE CHANG, individually and as Guardian ad      Case No.:  C07-4005 EMC
    Litem for ERIC SUN, disabled
14
        Plaintiffs,                                      [PROPOSED] ORDER SHORTENING
15                                                       TIME FOR SERVICE AND FILING
        v.                                               OF MOTION TO SET ASIDE
16                                                       DEFAULT, MOTION TO DISMISS
    ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE               AND MOTION FOR SUMMARY
17  MANOR HOMEOWNERS ASSOCIATION;                        JUDGMENT
    ROCKRIDGE MANOR BOARD OF DIRECTORS;
18  ROCKRIDGE MANOR PRESIDENT OF BOARD OF                Date:
    DIRECTORS CHARLES BLAKENEY; ROCKRIDGE                Time:
19  MANOR MANAGER EVA AMMANN; TRUCK                      Room: C
    INSURANCE EXCHANGE; AND DOES 1-30, inclusive,        Judge:  Magistrate Judge Edward M. Chen
20              JOINDER
21  UNIVERSITY OF CALIFORNIA BERKELEY; UC
    BERKELY CHANCELLOR ROBERT BIRGENEAU; UC
22  BERKELEY PUBLIC RECORDS COORDINATOR
    ALAN KOLLING; UC BERKELEY GENERAL
23  COUNSEL SUSAN VON SEEBURG; UC BERKELEY
    POLICE DEPARTMENT CHIEF VICTORIA
24  HARRISON; UC BERKELEY POLICE DEPARTMENT
    LIEUTENANT ADAN TEJADA; UC BERKELEY
25  POLICE DEPARTMENT MANAGER TOM KLATT; UC
    BERKELY POLICE DEPARTMENT DISPATCHER
26  CONSTANCE PEPPERS CELAYA; and DOES 31-60,
27  inclusive,
                JOINDER
28  PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT
    COOMBES, ATTORNEY AT LAW; and DOES 61-90,
29  inclusive,
        Defendants
30
31
32

Application having been made by Rockridge Manor Homeowners' Association and specially appearing defendants Charles Blakeney and Purported Entities Rockridge Manor Condominium and Rockridge Manor Board of Directors for the service and filing of said defendants' Motion to Set Aside Default, Motion to Dismiss and Motion for Summary Judgment, and good cause appearing:

IT IS HEREBY ORDERED that the time for service and filing of defendants' Motion to Set Aside Default, Motion to Dismiss and Motion for Summary Judgment be shortened to 26 days, and that said motions will be heard on November 28, 2007 at 10:30 a.m. in courtroom C before Magistrate Judge Edward M. Chen.

Dated: _____   _____

THE HONORABLE EDWARD M. CHEN

JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER SHORTENING TIME FOR SERVICE AND FILING OF MOTION TO SET ASIDE DEFAULT, MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

# PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**[PROPOSED] ORDER SHORTENING TIME FOR SERVICE AND FILING OF MOTION TO SET ASIDE DEFAULT, MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christine Chang<br>341 Tideway Drive #214<br>Alameda, CA 94501<br>Telephone (510) 769-8232 | Pro Se, individually and as Guardian ad Litem for ERIC SUN, disabled |
| Gaylyn Kirn Conant<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Meritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699 | Attorney for Defendants<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG |
| Lee J. Danforth<br>Coddington Hicks & Danforth<br>555 Twin Dolphin Drive Suite 300<br>Redwood City CA 94065<br>Telephone: (650) 592-5400 | |

[x] **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2007, at Larkspur, California.

/s/ Paul A. Conroy
PAUL A. CONROY

[PROPOSED] ORDER SHORTENING TIME FOR SERVICE AND FILING OF MOTION TO SET ASIDE DEFAULT, MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT
-3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726