Sara B. Allman, Esq. CSB #107932
Paul A. Conroy, Esq. CSB #84527
■Allman & Nielsen, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726

Attorneys for Defendants
ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION AND SPECIALLY APPEARING DEFENDANTS CHARLES BLAKENEY AND PURPORTED ENTITIES ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE MANOR HOMEOWNERS ASSOCIATION; ROCKRIDGE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE; AND DOES 1-30, inclusive,<br>JOINDER<br>UNIVERSITY OF CALIFORNIA BERKELEY; UC BERKELY CHANCELLOR ROBERT BIRGENEAU; UC BERKELEY PUBLIC RECORDS COORDINATOR ALAN KOLLING; UC BERKELEY GENERAL COUNSEL SUSAN VON SEEBURG; UC BERKELEY POLICE DEPARTMENT CHIEF VICTORIA HARRISON; UC BERKELEY POLICE DEPARTMENT LIEUTENANT ADAN TEJADA; UC BERKELEY POLICE DEPARTMENT MANAGER TOM KLATT; UC BERKELY POLICE DEPARTMENT DISPATCHER CONSTANCE PEPPERS CELAYA; and DOES 31-60, inclusive,<br>JOINDER<br>PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT COOMBES, ATTORNEY AT LAW; and DOES 61-90, inclusive,<br><br>Defendants | Case No.: C07-4005 EMC<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS FOR AN ORDER SETTING ASIDE ENTRY OF DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT (FRCP, RULE 55(c))<br><br>Date:<br>Time:<br>Room: C<br>Judge: Magistrate Judge Edward M. Chen |

NOTICE OF MOTION AND MOTION OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS FOR AN ORDER SETTING ASIDE ENTRY OF DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT (FRCP, RULE 55(c))

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-1-

1  To plaintiffs Christine Chang and Eric Sun:

2  Please take notice that on the date and time set forth above, in courtroom C of the above-
3  entitled court before Magistrate Judge Edward M. Chen, defendants Rockridge Manor Homeowners
4  Association and defendants specially appearing for the purpose of setting aside the default, Charles
5  Blakeney, Rockridge Manor Condominium and Rockridge Manor Board of Directors, will move the
6  court for an order setting aside the default entered against them in this matter and permitting
7  defendant Rockridge Manor Homeowners' Association leave to present its Motion for Summary
8  Judgment and Motion to Dismiss.

9  This motion will be based upon the accompanying Memorandum of Points and Authorities,
10 the accompanying declarations of Paul A. Conroy, Adelio Zunino, Charles Blakeney and Scott
11 Halbrook, the pleadings and other matters on file in this action, defendants' Request for Judicial
12 Notice in Support of Summary Judgment, the accompanying moving papers filed in support of
13 defendant Rockridge Manor Homeowners' Association's Motion to Dismiss and Motion for
14 Summary Judgment and upon such other evidence and argument as may be presented at the hearing
15 of this motion. This motion is made pursuant to Federal Rules of Civil Procedure, Rule 55 (c) on the
16 grounds that good cause exists for setting aside the defaults entered against moving parties.

19 Dated: November 2, 2007                                ALLMAN & NIELSEN, P.C.

21                                                       By: /s/ Paul A. Conroy
22                                                       Paul A. Conroy
                                                         Attorney for Defendant
23                                                       ROCKRIDGE MANOR
                                                         HOMEOWNERS' ASSOCIATION

31 **NOTICE OF MOTION AND MOTION OF DEFENDANTS**
   **ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION,**
32 **CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM**
   **AND ROCKRIDGE MANOR BOARD OF DIRECTORS FOR AN**
   **ORDER SETTING ASIDE ENTRY OF DEFAULT AND FOR**
   **LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR**
   **SUMMARY JUDGMENT (FRCP, RULE 55(c))**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

## PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**NOTICE OF MOTION AND MOTION OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS FOR AN ORDER SETTING ASIDE ENTRY OF DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT (FRCP, RULE 55(c))**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christine Chang<br>341 Tideway Drive #214<br>Alameda, CA 94501<br>Telephone (510) 769-8232 | Pro Se, individually and as Guardian ad Litem<br>for ERIC SUN, disabled |
| Gaylyn Kirn Conant<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Meritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699 | Attorney for Defendants<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG |
| Lee J. Danforth<br>Coddington Hicks & Danforth<br>555 Twin Dolphin Drive Suite 300<br>Redwood City CA 94065<br>Telephone: (650) 592-5400 | |

[ ]   **BY MAIL:** I deposited such envelope with postage thereon fully prepaid in the mailbox regularly maintained by the delivery service carrier at Larkspur, California.

[ ]   **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ]   **BY FACSIMILE:** I sent such document via facsimile to the facsimile machine of the addressee.

NOTICE OF MOTION AND MOTION OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS FOR AN ORDER SETTING ASIDE ENTRY OF DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT (FRCP, RULE 55(c))

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-3-

1  [x]   **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2007, at Larkspur, California.

/s/ Paul A. Conroy
PAUL A. CONROY

---

**NOTICE OF MOTION AND MOTION OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS FOR AN ORDER SETTING ASIDE ENTRY OF DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT (FRCP, RULE 55(c))**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-4-