1  Sara B. Allman, Esq. CSB #107932
2  Paul A. Conroy, Esq. CSB #84527
   ■Allman & Nielsen, P.C. ■
3  100 Larkspur Landing Circle, Suite 212
   Larkspur, CA 94939
4  Telephone:  415.461.2700
5  Facsimile:  415.461.2726

6
   Attorneys for Defendants
7  ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION AND SPECIALLY
   APPEARING DEFENDANTS CHARLES BLAKENEY AND PURPORTED
8  ENTITIES ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE
9  MANOR BOARD OF DIRECTORS

10                IN THE UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA

12  CHRISTINE CHANG, individually and as Guardian ad          Case No.:  C07-4005 EMC
    Litem for ERIC SUN, disabled
13
                                                              **DECLARATION OF PAUL A**
14       Plaintiffs,                                          **CONROY IN SUPPORT OF**
                                                              **DEFENDANTS ROCKRIDGE**
15       v.                                                   **MANOR HOMEOWNERS'**
                                                              **ASSOCIATION, CHARLES**
16  ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE                    **BLAKENEY, ROCKRIDGE MANOR**
    MANOR HOMEOWNERS' ASSOCIATION;                            **CONDOMINIUM AND ROCKRIDGE**
17  ROCKRIDGE MANOR BOARD OF DIRECTORS;                       **MANOR BOARD OF DIRECTORS'**
18  ROCKRIDGE MANOR PRESIDENT OF BOARD OF                     **MOTION FOR RELIEF FROM**
    DIRECTORS CHARLES BLAKENEY; ROCKRIDGE                     **DEFAULT AND LEAVE TO FILE**
19  MANOR MANAGER EVA AMMANN; TRUCK                           **MOTION TO DISMISS AND**
    INSURANCE EXCHANGE; AND DOES 1-30, inclusive,            **MOTION FOR SUMMARY**
20                          JOINDER                           **JUDGMENT**
    UNIVERSITY OF CALIFORNIA BERKELEY; UC
21  BERKELY CHANCELLOR ROBERT BIRGENEAU; UC
    BERKELEY PUBLIC RECORDS COORDINATOR
22  ALAN KOLLING; UC BERKELEY GENERAL                         Date:
    COUNSEL SUSAN VON SEEBURG; UC BERKELEY                    Time:
23  POLICE DEPARTMENT CHIEF VICTORIA                          Room: C
    HARRISON; UC BERKELEY POLICE DEPARTMENT                   Judge:  Magistrate Judge Edward M. Chen
24  LIEUTENANT ADAN TEJADA; UC BERKELEY
25  POLICE DEPARTMENT MANAGER TOM KLATT; UC
    BERKELY POLICE DEPARTMENT DISPATCHER
26  CONSTANCE PEPPERS CELAYA; and DOES 31-60,
    inclusive,
27                          JOINDER
28  PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT
    COOMBES, ATTORNEY AT LAW; and DOES 61-90,
29  inclusive,

30       I, Paul A. Conroy, do declare as follows:
    **DECLARATION OF PAUL A CONROY IN SUPPORT OF**                ALLMAN & NIELSEN, P.C.
31  **DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS'**                    100 Larkspur Landing Circle, Suite 212
    **ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR**                      Larkspur, CA 94939
32  **CONODMINIUM AND ROCKRIDGE MANOR BOARD OF**             Telephone: 415.461.2700 Facsimile: 415.461.2726
    **DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN**
    **OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND**
    **LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR**
    **SUMMARY JUDGMENT**
                                                              -1-

1  I am an attorney at law duly licensed to practice law in the State of California. I am admitted

2  to practice in the United States District Court, Northern District of California.

3  I am of counsel to Allman & Nielsen, P.C., which was counsel of record for defendant

4  Rockridge Manor Homeowners' Association and other defendants in the Alameda County Superior

5  Court action no. 2001-123364, entitled Chang v. Ammann, et al. Allman & Nielsen, P.C. is

6  representing Rockridge Manor Homeowners' Association in this action.

7  On October 10, 2007, Kevin O'Dwyer, Claims Representative with Farmers Insurance

8  Company, telephoned me to inquire as to whether Allman & Nielsen, P.C. had defended Rockridge

9  Manor Condominium Association in the Chang v. Ammann matter. Mr. O'Dwyer advised that a

10  Request to Enter Default had been received in this action, and advised that, pending approval of his

11  supervisor, and following the necessary processing of the claim, Allman & Nielsen, P.C., would be

12  retained to defend this action.

13  Thereafter, on October 18, 2007, Allman & Nielsen, P.C. received authorization to proceed

14  to defend the action. The next day I contacted Amelio Zunino, manager of the Rockridge Manor

15  Homeowners Association, Charles Blakeney, a member of the Board of Directors and its former

16  president, and Scott Halbrook, the Farmers Insurance Agent.

17  It was not until I spoke with Amelio Zunino on October 19, 2007 that I learned from him

18  that copies of the summons and complaint had been personally delivered to him on September 7 or

19  10, 2007.

20  I believe that several defenses are available to moving parties, including the defense

21  afforded by the release and dismissal in the Chang v. Amman state court action. I believe that the

22  release executed by plaintiffs in the state court action bars this action.  Additional defenses are the

23  statute of limitations and other defenses as asserted in the accompanying Motion to Dismiss.

24  The Motion for Relief from Default is not made for the purpose of delay, but rather for the

25  purpose of setting aside the default in order that meritorious defenses can be raised, defenses which

26  I believe to be full and complete defenses to this action.

27  During my October 30, 2007 telephone conversation with plaintiff Christine Chang, she

28  agreed to consider signing a stipulation to set aside the default. I plan to send a stipulation and

29  proposed order setting aside the defaults to Ms. Chang this week. However, I am proceeding to file

30

31  **DECLARATION OF PAUL A CONROY IN SUPPORT OF
DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS'
ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR
32  CONODMINIUM AND ROCKRIDGE MANOR BOARD OF
DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN
OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND
LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR
SUMMARY JUDGMENT**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

1  this motion in view of the possibility that Ms. Chang does not agree to voluntarily set aside the

2  defaults.

3

4       I declare under penalty of perjury under the laws of the State of California that the foregoing

5  is true and correct and that this declaration was executed on October 31, 2007 in Larkspur,

6  California.

7

8

9                                                      /s/ Paul A. Conroy

10                                                     PAUL A. CONROY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31  **DECLARATION OF PAUL A CONROY IN SUPPORT OF
    DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS'
    ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR
32  CONODMINIUM AND ROCKRIDGE MANOR BOARD OF
    DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN
    OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND
    LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR
    SUMMARY JUDGMENT**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-3-

1

## PROOF OF SERVICE

2

3    I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur

4    Landing Circle, Suite 212, Larkspur, California 94939-1743.

5    On this date I served the foregoing documents described as:

6

**DECLARATION OF PAUL A CONROY IN SUPPORT OF DEFENDANTS ROCKRIDGE**

7    **MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE**

**MANOR CONODMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS'**

8    **MOTION FOR RELIEF FROM DEFAULT AND IN OPPOSITION TO MOTION FOR**

9    **DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS AND MOTION**

**FOR SUMMARY JUDGMENT**

10

11   on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

12

13   Christine Chang                                Pro Se, individually and as Guardian ad Litem

341 Tideway Drive #214                         for ERIC SUN, disabled

14   Alameda, CA 94501

15   Telephone (510) 769-8232

16   Gaylyn Kirn Conant                            Attorney for Defendants

17   LOMBARDI, LOPER & CONANT, LLP                 THE REGENTS OF THE UNIVERSITY OF

Lake Meritt Plaza                              CALIFORNIA, ROBERT BIRGENEAU,

18   1999 Harrison Street, Suite 2600              CONSTANCE PEPPERS CELAYA, ADAN

19   Oakland, CA 94612                             TEJADA, VICTORIA HARRISON, ALLAN

Telephone: (510) 433-2600                      KOLLING, TOM KLATT AND SUSAN VON

20   Facsimile: (510) 433-2699                     SEEBURG

21   Lee J. Danforth

22   Coddington Hicks & Danforth

555 Twin Dolphin Drive Suite 300

23   Redwood City CA 94065

24   Telephone: (650) 592-5400

25   [ ]    **BY MAIL:**  I deposited such envelope with postage thereon fully prepaid in the mailbox

26          regularly maintained by the delivery service carrier at Larkspur, California.

27   [ ]    **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the addressee.

28

29   [ ]    **BY FACSIMILE:**  I sent such document via facsimile to the facsimile machine of the
            addressee.

30

31   DECLARATION OF PAUL A CONROY IN SUPPORT OF                    ALLMAN & NIELSEN, P.C.
     DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS'                        100 Larkspur Landing Circle, Suite 212
     ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR                Larkspur, CA 94939
32   CONODMINIUM AND ROCKRIDGE MANOR BOARD OF                      Telephone: 415.461.2700 Facsimile: 415.461.2726
     DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN
     OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND
     LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR
     SUMMARY JUDGMENT

1

2    [x]    **BY E-MAIL:**  I transmitted a true electronic copy of the foregoing documents by e-mail to
           Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's
3          email address: gkc@llcllp.com, and Lee Danforth's email address:
           LDanforth@CHDLAWYERS.com
4

5          I declare under penalty of perjury under the laws of the State of California that the foregoing
     is true and correct to the best of my knowledge.
6

7          Executed on November 2, 2007, at Larkspur, California.

8

9                                                    /s/ Paul A. Conroy
                                                     PAUL A. CONROY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31    **DECLARATION OF PAUL A CONROY IN SUPPORT OF**
      **DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS'**
      **ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR**
32    **CONODMINIUM AND ROCKRIDGE MANOR BOARD OF**
      **DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN**
      **OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND**
      **LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR**
      **SUMMARY JUDGMENT**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726