1 | Sara B. Allman, Esq. CSB #107932
2 | Paul A. Conroy, Esq. CSB #84527
3 | **Allman & Nielsen, P.C.**
  | 100 Larkspur Landing Circle, Suite 212
4 | Larkspur, CA 94939
  | Telephone: 415.461.2700
5 | Facsimile:  415.461.2726
6 |
7 | Attorneys for Defendants
  | ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION AND
8 | SPECIALLY APPEARING DEFENDANTS CHARLES BLAKENEY
  | AND PURPORTED ENTITIES ROCKRIDGE MANOR
9 | CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF
10 | DIRECTORS

11 | IN THE UNITED STATES DISTRICT COURT
12 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE MANOR HOMEWORNERS ASSO; ROCKRIDE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE; AND DOES 1-30, inclusive,<br>JOINDER<br>UNIVERSITY OF CALIFORNIA BERKELEY; UC BERKELY CHANCELLOR ROBERT BIRGENEAU; UC BERKELEY PUBLIC RECORDS COORDINATOR ALAN KOLLING; UC BERKELEY GENERAL COUNSEL SUSAN VON SEEBURG; UC BERKELEY POLICE DEPARTMENT CHIEF VICTORIA HARRISON; UC BERKELEY POLICE DEPARTMENT LIEUTENANT ADAN TEJADA; UC BERKELEY POLICE DEPARTMENT MANAGER TOM KLATT; UC BERKELY POLICE DEPARTMENT DISPATCHER CONSTANCE PEPPERS CELAYA; and DOES 31-60, inclusive,<br>JOINDER<br>PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT COOMBES, ATTORNEY AT LAW; and DOES 61-90, inclusive, | Case No.: C07-4005 EMC<br><br>**DECLARATION OF ADELIO ZUNINO IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Room: C<br>Judge: Magistrate Judge Edward M. Chen |

DECLARATION OF ADELIO ZUNINO IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONODMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

| | |
|---|---|
| 1 | Defendants |

I, Adelio Zunino, do declare as follows:

I am employed as the manager for the Rockridge Manor Homeowners' Association. My business address is 2005 Pleasant Valley Avenue, number 110, Oakland, California 94611.

On approximately September 7, 2007 or September 10, 2007 I was approached by a man in the vicinity of the Rockridge Manor Condominium Complex where I work. He asked me if I worked there. I told him I am the manager. He then gave me five envelopes containing copies of the plaintiffs' summons, complaint and other materials. I was not asked, and I did not tell the person who gave me the envelopes, whether I was accepting the summons and the complaint on behalf of any person or entity. I am the person who is registered as the agent for service of process with the California Secretary of State for the Rockridge Manor Homeowners' Association. The envelopes were addressed to the following: Rockridge Manor Homeowners' Association, Rockridge Manor Condominium, Rockridge Manor Board of Directors, Rockridge Manor President of Board of Directors, Charles Blakeney and Rockridge Manor Manager, Eva Ammann.

On either the day I received the documents or on the following day, I contacted the insurance agent for the Rockridge Manor Homeowners' Association, Scott Halbrook and told him that I had received a summons and complaint filed by Christine Chang. I noticed that our previous insurance agent, Norm Young and Truck Insurance Exchange were listed on the summons.
I believed that I had given sufficient notice to the Association's insurance company by telling Mr. Halbrook that I had received copies of the summons and complaint. I believed at that time that the case would be defended.

I later saw Mr. Halbrook at the September 19, 2007 Rockridge Manor Homeowners' Association Board of Directors monthly meeting. Based upon my conversation with him concerning this case, I was left with the impression and belief that the complaint was in the process of being defended by Truck Insurance Exchange.

On October 9, 2007 I received plaintiffs' "Motion for Default Judgment" by registered mail. That day I contacted Charles Blakeney, a member of the Association's Board of Directors, who told me that he would call the insurance agent.

DECLARATION OF ADELIO ZUNINO IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONODMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION

ALLMAN & NIELSEN, PA
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1      On October 10, 2007 I spoke with Mr. Halbrook again and told him about the Motion to
2 Enter Default. Later that day, I was contacted by Farmers Insurance Company Claim Representative
3 Kevin O'Dwyer and, at his request, I faxed the summons and complaint to him that same day.
4      I declare under penalty of perjury that the foregoing is true and correct and that this
5 declaration was executed on October 25, 2007 in Oakland, California.

*[signature]*
ADELIO ZUNINO

31 DECLARATION OF ADELIO ZUNINO IN SUPPORT OF
32 DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS'
ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR
CONODMINIUM AND ROCKRIDGE MANOR BOARD OF
DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND
FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION
FOR SUMMARY JUDGMENT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

## PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**DECLARATION OF ADELIO ZUNINO IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONODMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christine Chang<br>341 Tideway Drive #214<br>Alameda, CA 94501<br>Telephone (510) 769-8232 | Pro Se, individually and as Guardian ad Litem for ERIC SUN, disabled |
| Gaylyn Kirn Conant<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Meritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699 | Attorney for Defendants<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG |
| Lee J. Danforth<br>Coddington Hicks & Danforth<br>555 Twin Dolphin Drive Suite 300<br>Redwood City CA 94065<br>Telephone: (650) 592-5400 | |

[ ] **BY MAIL:** I deposited such envelope with postage thereon fully prepaid in the mailbox regularly maintained by the delivery service carrier at Larkspur, California.

[ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ] **BY FACSIMILE:** I sent such document via facsimile to the facsimile machine of the addressee.

DECLARATION OF ADELIO ZUNINO IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONODMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-4-

1 | [x]  **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2007, at Larkspur, California.

/s/ Paul A. Conroy
PAUL A. CONROY

---

**DECLARATION OF ADELIO ZUNINO IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONODMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-5-