01/31/1994 23:28 5105287444 Case 3:07-cv-04005-EMC Document 57 BLAKENEY INSURANCE Filed 11/02/2007 Page 1 of 5 PAGE 01

Sara B. Allman, Esq. CSB #107932
Paul A. Conroy, Esq. CSB #84527
Allman & Nielsen, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726

Attorneys for Defendants
ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION AND SPECIALLY APPEARING DEFENDANTS CHARLES BLAKENEY AND PURPORTED ENTITIES ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled

Plaintiffs,

v.

ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE MANOR HOMEOWNERS ASSO; ROCKRIDGE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE; AND DOES 1-30, inclusive,

JOINDER

UNIVERSITY OF CALIFORNIA BERKELEY; UC BERKELY CHANCELLOR ROBERT BIRGENEAU; UC BERKELEY PUBLIC RECORDS COORDINATOR ALAN KOLLING; UC BERKELEY GENERAL COUNSEL SUSAN VON SEEBURG; UC BERKELEY POLICE DEPARTMENT CHIEF VICTORIA HARRISON; UC BERKELEY POLICE DEPARTMENT LIEUTENANT ADAN TEJADA; UC BERKELEY POLICE DEPARTMENT MANAGER TOM KLATT; UC BERKELY POLICE DEPARTMENT DISPATCHER CONSTANCE PEPPERS CELAYA; and DOES 31-60, inclusive,

JOINDER

PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT COOMBES, ATTORNEY AT LAW; and DOES 61-90, inclusive,

Defendants

Case No.: C07-4005 EMC

**DECLARATION OF CHARLES BLAKENEY IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

Date:
Time:
Room: C
Judge: Magistrate Judge Edward M. Chen

DECLARATION OF CHARLES BLAKENEY IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

01/31/1994 23:29 5105307444 Case 3:07-cv-04005-EMC Document 57 BLAKENEY INSURANCE Filed 11/02/2007 Page 2 of 5 PAGE 02

I, Charles Blakeney, declare as follows:

I live at 288 Whitmore Street in Oakland, CA at the condominium complex known as "Rockridge Manor." I am currently a member of the Board of Directors of the Rockridge Manor Homeowners' Association and was previously its president.

I was a defendant in Alameda County Superior Court, Case no. 2001-023364 entitled *Chang v. Ammann*. Rockridge Manor Homeowners Association, other members of the Board of Directors and I were defended in that action by the law firm of Allman & Nielsen, P.C. who were the attorneys retained by Truck Insurance Exchange to defend the case. That case was settled, a release was signed by the plaintiffs, and the case was dismissed in 2005. The last time I saw or had any contact with plaintiff Christine Chang was when she attended the two sessions of my deposition taken in July and August, 2004. I have had no contact or communication with plaintiff Eric Sun since well before that time.

Although I received a copy of the summons and complaint in this action from Mr. Adelio Zunino, the Rockridge Manor Homeowners Association manager, I have never been personally served with the summons and complaint. I have not received a copy of the summons and complaint from plaintiffs or any of their representatives, personally, by mail or by any other means. I have never authorized Mr. Zunino to accept service of process on my behalf.

During my early September 2007 discussions with Adelio Zunino and my discussion with Scott Halbrook, Rockridge Manor Homeowners Association's insurance agent who was present at the September 19, 2007 Board of Directors meeting, I believed that the summonses and complaints had been brought to the attention of Truck Insurance Exchange, the insurance carrier for Rockridge Manor Homeowners Association, and that the case was in the process of being handled by Truck or its retained attorneys.

As I have never been served with the summons and complaint, I have always believed that I am not obligated to file an answer or other responsive pleading to the complaint.

I was surprised and upset to learn, on October 9, 2007, that plaintiffs had requested that the court enter a default judgment against me. On October 9, 2007, I contacted Scott Halbrook to talk with him about the problem. Later that day, or the next day, I spoke with Farmers Insurance Company claim representative, Kevin O'Dwyer.

///

DECLARATION OF CHARLES BLAKENEY IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

01/31/1994 23:29 5104307444 BLAKENEY INSURANCE PAGE 03

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on November 1, 2007.

Charles H Blakeney
CHARLES BLAKENEY

DECLARATION OF CHARLES BLAKENEY IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.27[illegible]

**PROOF OF SERVICE**

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**DECLARATION OF CHARLES BLAKENEY IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

Christine Chang
341 Tideway Drive #214
Alameda, CA 94501
Telephone (510) 769-8232

Pro Se, individually and as Guardian ad Litem for ERIC SUN, disabled

Gaylyn Kirn Conant
LOMBARDI, LOPER & CONANT, LLP
Lake Meritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorney for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG

Lee J. Danforth
Coddington Hicks & Danforth
555 Twin Dolphin Drive Suite 300
Redwood City CA 94065
Telephone: (650) 592-5400

[ ] **BY MAIL:** I deposited such envelope with postage thereon fully prepaid in the mailbox regularly maintained by the delivery service carrier at Larkspur, California.

[ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ] **BY FACSIMILE:** I sent such document via facsimile to the facsimile machine of the addressee.

**DECLARATION OF CHARLES BLAKENEY IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-4-

[x] **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2007, at Larkspur, California.

/s/ Paul A. Conroy
PAUL A. CONROY

DECLARATION OF CHARLES BLAKENEY IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-5-