Sara B. Allman, Esq. CSB #107932
Paul A. Conroy, Esq. CSB #84527
■Allman & Nielsen, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726

Attorneys for Defendant
ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION
AND SPECIALLY APPEARING DEFENDANTS
CHARLES BLAKENEY AND PURPORTED ENTITIES
ROCKRIDGE MANOR CONDOMINIUM AND
ROCKRIDGE MANOR BOARD OF DIRECTORS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION; ROCKRIDGE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE; AND DOES 1-30, inclusive,<br>JOINDER<br>UNIVERSITY OF CALIFORNIA BERKELEY; UC BERKELEY CHANCELLOR ROBERT BIRGENEAU; UC BERKELEY PUBLIC RECORDS COORDINATOR ALAN KOLLING; UC BERKELEY GENERAL COUNSEL SUSAN VON SEEBURG; UC BERKELEY POLICE DEPARTMENT CHIEF VICTORIA HARRISON; UC BERKELEY POLICE DEPARTMENT LIEUTENANT ADAN TEJADA; UC BERKELEY POLICE DEPARTMENT MANAGER TOM KLATT; UC BERKELEY POLICE DEPARTMENT DISPATCHER CONSTANCE PEPPERS CELAYA; and DOES 31-60, inclusive,<br>JOINDER<br>PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT COOMBES, ATTORNEY AT LAW; and DOES 61-90, inclusive,<br>Defendants | Case No.: C07-4005 EMC<br><br>DECLARATION OF SCOTT HALBROOK IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT<br><br>Date:<br>Time:<br>Room: C<br>Judge: Magistrate Judge Edward M. Chen |

DECLARATION OF SCOTT HALBROOK IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONODMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

-1-

1       I, Scott Halbrook, do declare as follows:

2       I am employed as an insurance agent, operating an insurance business known as Halbrook Insurance Agency, located at 1425 Leimert Boulevard, Suite 100, Oakland, California 94602. The great majority of the insurance that I sell is insurance placed with Farmers Insurance and an affiliated company, Truck Insurance Exchange. I am an insurance agent who sells insurance products. I do not have training as a claims representative. I have never worked as a claims representative. I do not have a working knowledge of claims handling procedures.

8       On or about August 1, 2007 I started handling the insurance account for Rockridge Manor Homeowners' Association. Prior to that time, the Association's insurance agent was Norman Young, who had recently retired. I made an appointment to meet with the Rockridge Manor Homeowners' Association Board of Directors at its September 19, 2007 meeting.

12       Before my meeting with the Board of Directors, sometime in the early part of September, 2007, I had one or more conversations with the Association's manager, Adelio Zunino. Mr. Zunino told me that he had received copies of the summons and complaint in this action. I believed from my conversations with Mr. Zunino that the matter was being handled by an attorney for the Association and Farmers Insurance. I therefore did not inform Farmers Insurance that the summons and complaint had been received by the Association's manager.

18       At about that same time, I also had received a copy of the summons and complaint, which had been brought to me by a person whose office was close to retired Farmers agent Norman Young's office. I assumed that this copy of the summons and complaint, addressed to Norman Young, was an informational copy. I did not think that the delivery of the summons and complaint to Mr. Young's old address was an effort to serve Farmers Insurance or Truck Insurance Exchange. I therefore did not forward the summons and complaint to Farmers' claims department.

24       At the September 19, 2007 meeting with the Association's Board of Directors, there was a discussion about this new case, as well as the previous state court action which had been defended by the Allman & Neilsen law office. My assumption during this conversation, which I believe was shared by all present, was that the case was in the process of being defended by attorneys appointed to represent the Association.

29       On October 9 2007, while I was in Southern California, I was informed by the customer service representative in my office, Kenisha Talton, that she had just received plaintiffs' "motion

DECLARATION OF SCOTT HALBROOK IN SUPPORT OF
DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS'
ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR
CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF
DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND
FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION
FOR SUMMARY JUDGMENT

ALLMAN & NEILSEN
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415-461-2700 Facsimile: 415-461-2726

-2-

1 | for default judgment." That day I also received word from Charles Blakeney, a member of the
2 | Association's Board of Directors, informing me that the Association and Mr. Blakeney had received
3 | copies of the plaintiffs' motion for default judgment. Ms. Talton of my office forwarded plaintiffs'
4 | motion to the Farmers claims department that day or the following day.

5 |     I declare under penalty of perjury under the laws of the state of California that the foregoing
6 | is true and correct and that this declaration was executed on November 1, 2007 in Oakland,
7 | California.

SCOTT HALBROOK

DECLARATION OF SCOTT HALBROOK IN SUPPORT OF
DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS'
ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR
CONODMINIUM AND ROCKRIDGE MANOR BOARD OF
DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND
FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION
FOR SUMMARY JUDGMENT

-3-

# PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**DECLARATION OF SCOTT HALBROOK IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AND LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christine Chang<br>341 Tideway Drive #214<br>Alameda, CA 94501<br>Telephone (510) 769-8232 | Pro Se, individually and as Guardian ad Litem for ERIC SUN, disabled |
| Gaylyn Kirn Conant<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Meritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699 | Attorney for Defendants<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG |
| Lee J. Danforth<br>Coddington Hicks & Danforth<br>555 Twin Dolphin Drive Suite 300<br>Redwood City CA 94065<br>Telephone: (650) 592-5400 | |

[ ] **BY MAIL:** I deposited such envelope with postage thereon fully prepaid in the mailbox regularly maintained by the delivery service carrier at Larkspur, California.

[ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ] **BY FACSIMILE:** I sent such document via facsimile to the facsimile machine of the addressee.

DECLARATION OF SCOTT HALBROOK IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-4-

1
2  [x]   **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2007, at Larkspur, California.

/s/ Paul A. Conroy
PAUL A. CONROY

**DECLARATION OF SCOTT HALBROOK IN SUPPORT OF DEFENDANTS ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION, CHARLES BLAKENEY, ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS' MOTION FOR RELIEF FROM DEFAULT AND FOR LEAVE TO FILE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-5-