| | |
|---|---|
| 1  Sara B. Allman, Esq. CSB #107932 | |
| 2  Steven A. Nielsen, Esq. CSB #133864 | |
|    Paul A. Conroy, Esq. CSB #84527 | |
| 3  ■Allman & Nielsen, P.C.■ | |
| 4  100 Larkspur Landing Circle, Suite 212 | |
|    Larkspur, CA 94939 | |
| 5  Telephone: 415.461.2700 | |
| 6  Facsimile:  415.461.2726 | |

Attorneys for Defendant
ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled | Case No.: C07-4005 EMC |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION OF DEFENDANT ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION FOR SUMMARY JUDGMENT** |
| v. | |
| ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE MANOR HOMEOWNERS ASSO; ROCKRIDGE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE; AND DOES 1-30, inclusive, | Date:<br>Time:<br>Room: C<br>Judge:  Magistrate Judge Edward M. Chen |
| JOINDER | |
| UNIVERSITY OF CALIFORNIA BERKELEY; UC BERKELY CHANCELLOR ROBERT BIRGENEAU; UC BERKELEY PUBLIC RECORDS COORDINATOR ALAN KOLLING; UC BERKELEY GENERAL COUNSEL SUSAN VON SEEBURG; UC BERKELEY POLICE DEPARTMENT CHIEF VICTORIA HARRISON; UC BERKELEY POLICE DEPARTMENT LIEUTENANT ADAN TEJADA; UC BERKELY POLICE DEPARTMENT MANAGER TOM KLATT; UC BERKELY POLICE DEPARTMENT DISPATCHER CONSTANCE PEPPERS CELAYA; and DOES 31-60, inclusive, | |
| JOINDER | |
| PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT COOMBES, ATTORNEY AT LAW; and DOES 61-90, inclusive, | |
| Defendants | |

NOTICE OF MOTION AND MOTION OF DEFENDANT
ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION FOR
SUMMARY JUDGMENT
-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1  TO PLAINTIFFS IN PROPRIA PERSONA:

2  PLEASE TAKE NOTICE that defendant ROCKRIDGE MANOR HOMEOWNERS'
3  ASSOCIATION ("Rockridge Manor"), hereby moves and will move the court on the date, time and
4  place set forth above to enter summary judgment in favor of defendants Rockridge Manor
5  Homeowners' Association, "Rockridge Manor Condominium," "Rockridge Manor Board of
6  Directors," "Rockridge Manor president of Board of Directors, Charles Blakeney" and Charles
7  Blakeney. This summary judgment motion is based upon the indisputable fact that all of plaintiffs'
8  claims are barred by the dismissal with prejudice, order approving compromise and the release
9  executed by plaintiffs in that Alameda County Superior Court Action # 2001-023364, entitled
10 Christine Change, et al. v. Eva Ammann, et al.

11 This motion is based on this notice of motion and motion, the memorandum of points and
12 authorities filed herewith, the declaration of Paul A. Conroy, defendant's request for judicial notice
13 filed herewith, the pleadings and papers filed herein, and on such other matters as may be brought to
14 the attention of the court and the parties at or before the hearing on this motion.

15 Dated: November 2, 2007                    ALLMAN & NIELSEN, P.C.

17                                            By: /s/ Paul A. Conroy
18                                            Paul A. Conroy
                                              Attorney for Defendant
19                                            ROCKRIDGE MANOR
                                              HOMEOWNERS' ASSOCIATION

NOTICE OF MOTION AND MOTION OF DEFENDANT
ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION FOR
SUMMARY JUDGMENT

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

## PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**NOTICE OF MOTION AND MOTION OF DEFENDANT ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION FOR SUMMARY JUDGMENT**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christine Chang<br>341 Tideway Drive #214<br>Alameda, CA 94501<br>Telephone (510) 769-8232 | Pro Se, individually and as Guardian ad Litem for ERIC SUN, disabled |
| Gaylyn Kirn Conant<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Meritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699 | Attorney for Defendants<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG |
| Lee J. Danforth<br>Coddington Hicks & Danforth<br>555 Twin Dolphin Drive Suite 300<br>Redwood City CA 94065<br>Telephone: (650) 592-5400 | |

[x] **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2007, at Larkspur, California.

/s/ Paul A. Conroy
PAUL A. CONROY