Sara B. Allman, Esq. CSB #107932
Paul A. Conroy, Esq. CSB #84527
■Allman & Nielsen, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726

Attorneys for Defendant
ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE MANOR HOMEWORNERS ASSO; ROCKRIDE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE; AND DOES 1-30, inclusive,<br>　　　　　　JOINDER<br>UNIVERSITY OF CALIFORNIA BERKELEY; UC BERKELY CHANCELLOR ROBERT BIRGENEAU; UC BERKELEY PUBLIC RECORDS COORDINATOR ALAN KOLLING; UC BERKELEY GENERAL COUNSEL SUSAN VON SEEBURG; UC BERKELEY POLICE DEPARTMENT CHIEF VICTORIA HARRISON; UC BERKELEY POLICE DEPARTMENT LIEUTENANT ADAN TEJADA; UC BERKELEY POLICE DEPARTMENT MANAGER TOM KLATT; UC BERKELY POLICE DEPARTMENT DISPATCHER CONSTANCE PEPPERS CELAYA; and DOES 31-60, inclusive,<br>　　　　　　JOINDER<br>PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT COOMBES, ATTORNEY AT LAW; and DOES 61-90, inclusive,<br><br>　　　Defendants | Case No.: C07-4005 EMC<br><br>**DEFENDANT ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Room: C<br>Judge:  Magistrate Judge Edward M. Chen |

**DEFENDANT ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**
　　　　　　　　-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

Defendant Rockridge Manor Homeowners' Association hereby requests that judicial notice be taken of the following documents and pleadings in support of its motion for summary judgment:

1. The pleadings and other papers on file in the Alameda County Superior Court action no. 2001-023364, entitled *Christine Chang and Eric Sun, Plaintiffs v. Eva Ammann, Charles Blakeney, et al.,* including those pleadings and papers in that action attached to the Declaration of Paul A. Conroy in Support of Summary Judgment, served and filed herewith.

Dated: November 2, 2007

ALLMAN & NIELSEN, P.C.

By: /s/ Paul A. Conroy
Paul A. Conroy
Attorney for Defendant
ROCKRIDGE MANOR
HOMEOWNERS' ASSOCIATION

**DEFENDANT ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-2-

## PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**DEFENDANT ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christine Chang<br>341 Tideway Drive #214<br>Alameda, CA 94501<br>Telephone (510) 769-8232 | Pro Se, individually and as Guardian ad Litem<br>for ERIC SUN, disabled |
| Gaylyn Kirn Conant<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Meritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699 | Attorney for Defendants<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG |
| Lee J. Danforth<br>Coddington Hicks & Danforth<br>555 Twin Dolphin Drive Suite 300<br>Redwood City CA 94065<br>Telephone: (650) 592-5400 | |

[x]   **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2007, at Larkspur, California.

/s/ Paul A. Conroy
PAUL A. CONROY

DEFENDANT ROCKRIDGE MANOR HOMEOWNERS'
ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
-3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726