1  Sara B. Allman, Esq. CSB #107932
2  Paul A. Conroy, Esq. CSB #84527
   ■**Allman & Nielsen, P.C.**■
3  100 Larkspur Landing Circle, Suite 212
4  Larkspur, CA 94939
   Telephone: 415.461.2700
5  Facsimile:  415.461.2726

6
   Attorneys for Defendant
7  ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION

8               IN THE UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA

10 
   CHRISTINE CHANG, individually and as Guardian ad     Case No.: C07-4005 EMC
11 Litem for ERIC SUN, disabled

12       Plaintiffs,                                    **NOTICE OF MOTION AND MOTION
                                                        TO DISMISS PURSUANT TO FRCP
13       v.                                             12(p)(6) OR, IN THE ALTERNATIVE,
                                                        MOTION FOR MORE DEFINITE
14 ROCKRIDGE MANOR CONDOMINIUM,                         STATEMENT [FRCP 12(e)]**
15 ROCKRIDGE MANOR HOMEOWNERS'
   ASSOCIATION; ROCKRIDGE MANOR BOARD OF                Date:
16 DIRECTORS; ROCKRIDGE MANOR PRESIDENT                 Time:
   OF BOARD OF DIRECTORS CHARLES                        Room: C
17 BLAKENEY; ROCKRIDGE MANOR MANAGER                    Judge:  Magistrate Judge Edward M. Chen
18 EVA AMMANN; TRUCK INSURANCE
   EXCHANGE; AND DOES 1-30, inclusive,
19             JOINDER
   UNIVERSITY OF CALIFORNIA BERKELEY; UC
20 BERKELY CHANCELLOR ROBERT BIRGENEAU;
21 UC BERKELEY PUBLIC RECORDS
   COORDINATOR ALAN KOLLING; UC BERKELEY
22 GENERAL COUNSEL SUSAN VON SEEBURG; UC
   BERKELEY POLICE DEPARTMENT CHIEF
23 VICTORIA HARRISON; UC BERKELEY POLICE
24 DEPARTMENT LIEUTENANT ADAN TEJADA; UC
   BERKELEY POLICE DEPARTMENT MANAGER
25 TOM KLATT; UC BERKELY POLICE
   DEPARTMENT DISPATCHER CONSTANCE
26 PEPPERS CELAYA; and DOES 31-60, inclusive,
27             JOINDER
   PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT
28 COOMBES, ATTORNEY AT LAW; and DOES 61-90,
   inclusive,
29      Defendants

30
31
32

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(p)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(E)]**

-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

To plaintiffs:

Please take notice that defendant Rockridge Manor Homeowners Association hereby moves and will move the court on the date, time, and place set forth above to dismiss the complaint filed in this action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1. Plaintiff's federal civil rights claim fails as no cognoscible interest under Section 1983 has been identified, and the vague and conclusory allegations of moving party's participation in civil rights violations are insufficient to state a cause of action;

2. The tort claims asserted by plaintiffs are barred by the litigation privilege, California Civil Code Section 47(b);

3. The causes of action stated by plaintiffs are all barred by the applicable statute of limitations;

4. All causes of action are without merit as plaintiffs do not set forth facts sufficient to state a cause of action under any legal theory

5. Plaintiff Christine Chang has no standing to represent plaintiff Eric Sun in propria persona.

In the alternative, moving party moves this court for an order required a more definite statement as defendant cannot be reasonably required to submit a responsive pleading to any of the causes of action given the vague, ambiguous and incomprehensible language of the complaint, pursuant to FRCP 12(e).

This motion is based on this notice and motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice in Support of Accompanying Motion for Summary Judgment, the pleadings and papers filed herein, and on such matters that may be brought to the attention of the court and the parties at or before the hearing on this motion.

Dated: November 2, 2007

ALLMAN & NIELSEN, P.C.

By:/s/ Paul A. Conroy
Paul A. Conroy
Attorney for Defendant
ROCKRIDGE MANOR
HOMEOWNERS' ASSOCIATION

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT
TO FRCP 12(p)(6) OR, IN THE ALTERNATIVE, MOTION FOR
MORE DEFINITE STATEMENT [FRCP 12(E)]
-2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

# PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(p)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(E)]**

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christine Chang<br>341 Tideway Drive #214<br>Alameda, CA 94501<br>Telephone (510) 769-8232 | Pro Se, individually and as Guardian ad Litem for ERIC SUN, disabled |
| Gaylyn Kirn Conant<br>LOMBARDI, LOPER & CONANT, LLP<br>Lake Meritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612<br>Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699 | Attorney for Defendants<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT AND SUSAN VON SEEBURG |
| Lee J. Danforth<br>Coddington Hicks & Danforth<br>555 Twin Dolphin Drive Suite 300<br>Redwood City CA 94065<br>Telephone: (650) 592-5400 | |

[ ] **BY MAIL:** I deposited such envelope with postage thereon fully prepaid in the mailbox regularly maintained by the delivery service carrier at Larkspur, California.

[ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

[ ] **BY FACSIMILE:** I sent such document via facsimile to the facsimile machine of the addressee.

[x] **BY E-MAIL:** I transmitted a true electronic copy of the foregoing documents by e-mail to Christine Chang's e-mail address: Christie1chang@peoplepc.com, Gaylyn Kirn Conant's email address: gkc@llcllp.com, and Lee Danforth's email address: LDanforth@CHDLAWYERS.com

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(p)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(E)]

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

-3-

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2007, at Larkspur, California.

By: /s/ Paul A. Conroy
PAUL A. CONROY

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT
TO FRCP 12(p)(6) OR, IN THE ALTERNATIVE, MOTION FOR
MORE DEFINITE STATEMENT [FRCP 12(E)]
-4-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726