Sara B. Allman, Esq. CSB #107932
Paul A. Conroy, Esq. CSB #84527
■Allman & Nielsen, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726

Attorneys for Defendants
ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION AND SPECIALLY APPEARING DEFENDANTS CHARLES BLAKENEY AND PURPORTED ENTITIES ROCKRIDGE MANOR CONDOMINIUM AND ROCKRIDGE MANOR BOARD OF DIRECTORS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE MANOR HOMEOWNERS' ASSOCIATION; ROCKRIDGE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE; AND DOES 1-30, inclusive,<br>JOINDER<br>UNIVERSITY OF CALIFORNIA BERKELEY; UC BERKELY CHANCELLOR ROBERT BIRGENEAU; UC BERKELEY PUBLIC RECORDS COORDINATOR ALAN KOLLING; UC BERKELEY GENERAL COUNSEL SUSAN VON SEEBURG; UC BERKELEY POLICE DEPARTMENT CHIEF VICTORIA HARRISON; UC BERKELEY POLICE DEPARTMENT LIEUTENANT ADAN TEJADA; UC BERKELEY POLICE DEPARTMENT MANAGER TOM KLATT; UC BERKELY POLICE DEPARTMENT DISPATCHER CONSTANCE PEPPERS CELAYA; and DOES 31-60, inclusive,<br>JOINDER<br>PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT COOMBES, ATTORNEY AT LAW; and DOES 61-90, inclusive,<br><br>Defendants | Case No.: C07-4005 EMC<br><br>**AMENDED PROOF OF SERVICE** |

**AMENDED PROOF OF SERVICE**

-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

# PROOF OF SERVICE

I am a citizen of the United States and employed in Marin County, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939-1743.

On this date I served the foregoing documents described as:

1. Consent To Proceed Before A U.S. Magistrate Judge
2. Application For Order Shortening Time For Service And Filing Of Motion To Set Aside Default, Motion To Dismiss And Motion For Summary Judgment
3. [Proposed] Order Shortening Time For Service And Filing Of Motion To Set Aside Default, Motion To Dismiss And Motion For Summary Judgment
4. Notice Of Motion And Motion Of Defendants Rockridge Manor Homeowners, Charles Blakeney, Rockridge Manor Condominium And Rockridge Manor Board Of Directors For An Order Setting Aside Entry Of Default And For Leave To File Motion To Dismiss And Motion For Summary Judgment
5. Memorandum Of Points And Authorities In Support Of Defendants Rockridge Manor Home Owners' Association, Charles Blakeney, Rockridge Manor Condominium And Rockridge Manor Board Of Directors' Motion For An Order Setting Aside Entry Of Default And For Leave To File Motion To Dismiss And Motion For Summary Judgment
6. Declaration Of Paul A. Conroy In Support Of Defendant Rockridge Manor Homeowners' Association, Charles Blakeney, Rockridge Manor Condominium And Rockridge Manor Board Of Directors' Motion For Relief From Default And Leave To File Motion To Dismiss And Motion For Summary Judgment
7. Declaration Of Adelio Zunino In Support Of Defendants Rockridge Manor Homeowners' Association, Charles Blakeney, Rockridge Manor Condominium And Rockridge Manor Board Of Directors' Motion For Relief From Default And For Leave To File Motion To Dismiss And Motion For Summary Judgment
8. Declaration Of Charles Blakeney In Support Of Defendants Rockridge Manor Homeowners' Association, Charles Blakeney, Rockridge Manor Condominium And Rockridge Manor Board Of Directors' Motion For Relief From Default And For Leave To File Motion To Dismiss And Motion For Summary Judgment
9. Declaration Of Scott Halbrook In Support Of Defendants Rockridge Manor Homeowners' Association, Charles Blakeney, Rockridge Manor Condominium And Rockridge Manor Board Of Directors' Motion For Relief From Default And For Leave To File Motion To Dismiss And Motion For Summary Judgment
10. Notice Of Motion And Motion Of Defendant Rockridge Manor Homeowners' Association For Summary Judgment
11. Memorandum Of Points And Authorities In Support Of Defendant Rockridge Manor Homeowners' Association's Motion For Summary Judgment
12. Declaration Of Paul A. Conroy In Support Of Defendant Rockridge Manor Homeowners' Association's Motion For Summary Judgment
13. Defendant Rockridge Manor Homeowners' Association's Request For Judicial Notice In Support Of Its Motion For Summary Judgment
14. Notice Of Motion And Motion To Dismiss Pursuant To FRCP 12(b)(6) Or, In The Alternative, Motion For More Definite Statement [FRCP 12(e)]

15. Memorandum Of Points And Authorities In Support Of Defendant Rockridge Manor Homeowners' Association's Motion To Dismiss Pursuant To FRCP 12(b)(6) Or, In The Alternative, Motion For A More Definite Statement [FRCP 12(e)]

on the interested parties in the action by placing [ ] the original [x] a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Christine Chang<br>341 Tideway Drive #214<br>Alameda, CA 94501<br>Telephone (510) 769-8232 | Pro Se, individually and as Guardian ad Litem<br>for ERIC SUN, disabled |

[X]   **BY OVERNIGHT DELIVERY:** I deposited the envelope, in an envelope designated by the express service carrier, with delivery fees provided for, in a box regularly maintained by the express service carrier for overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 5, 2007, at Larkspur, California.

_____
NOLI VILLA

**AMENDED PROOF OF SERVICE**

-3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726