UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE CHANG, et al.,                                    Case No. C07-4005 EMC

        Plaintiffs,

   v.                                                                     **CLERK'S NOTICE**

ROCKRIDGE MANOR CONDOMINIUM, ET AL.,

        Defendants.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Notice of Reassignment (Docket # 47) filed on November 1, 2007 is hereby withdrawn. A Case Management Conference is specially set for **November 14, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A **Joint** Case Management Conference Statement shall be filed by Friday, **November 9, 2007**.

Dated: November 5, 2007                                   FOR THE COURT,
                                                                Richard W. Wieking, Clerk

                                       by: _____
                                                     Betty Fong
                                                     Courtroom Deputy

**United States District Court**
For the Northern District of California