# EXHIBIT 1

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

|  | Chang | |
| --- | --- | --- |
|  |  | Plaintiff/Petitioner(s) |
|  | vs. |  |
|  | Celaya |  |
|  |  | Defendant/Respondent(s) |
|  | (Abbreviated Title) | |

No. 2002046048

Minutes

Department   18                              Honorable   Cecilia P. Castellanos   , Judge
Reporter      Tina McConnell, CSR #11917

Cause called for Court Trial on August 05, 2004.

Plaintiff Christine Chang appearing represented by Pamela Zimba.
Plaintiff Eric Sun appearing represented by Pamela Zimba.
Defendant Constance Celaya appearing in pro per.

Matter comes on calendar this day for court trial, having been continued from July 30, 2004.

 9:15 AM   Court, counsel, and parties are present in court.  Counsel for Plaintiff presents opening statement.
 9:23 AM   Defendant presents opening statement.
 9:28 AM   CHRISTINE CHANG is sworn and testified on her own behalf and under direct examination.

Exhibit Marked - Plaintiff's # 1: Christine Chang's Medical Records from Alameda County Medical Center
Exhibit Marked - Plaintiff's # 2: Christine Chang's Medical Records from Heslip Chiropractic
Exhibit Marked - Plaintiff's # 3: Christine Chang's Medical Records from Open Scan MRI of Oakland Center
Exhibit Marked - Plaintiff's # 4: Christine Chang's Medical Records from Alta Bates Summit Medical Center
Exhibit Marked - Plaintiff's # 5: Christine Chang's Medical Records from HealthSouth
Exhibit Marked - Plaintiff's # 6: Christine Chang's Medical Records from Elizabeth Evans
Exhibit Marked - Plaintiff's # 7: Christine Chang's Medical Bills

10:10 AM   Court declares morning recess.
10:27 AM   Court reconvenes and Christine Chang resumes the witness stand for further direct examination.  Plaintiff's counsel requests Plaintiffs' Exhibits #1 to #7 to be admitted in evidence and is GRANTED.

Exhibit Marked - Plaintiff's # 8: Colored printed photo of bruise in Eric Sun's leg
Exhibit Marked - Plaintiff's # 9: Colored printed photo of 1/2 inch cut in Eric Sun's finger
Exhibit Marked - Plaintiff's # 10: Colored printed photo of same cut in Eric Sun's funger
Exhibit Marked - Plaintiff's # 11: Colored printed photo of bruise in Eric Sun's shoulder
Exhibit Marked - Plaintiff's # 12: Colored printed photo of bruise in Eric Sun's shoulder
Exhibit Marked - Plaintiff's # 13: Colored printed photo of bruise in Eric Sun's back
Exhibit Marked - Plaintiff's # 14: Colored printed photo of bruise in Eric Sun's face and shoulder

10:35 AM   Witness is on cross-examination.
10:49 AM   Witness is on redirect examination.
10:55 AM   Witness is on re-cross examination.
10:56 AM   Witness examined by the Court.
11:19 AM   Witness examined by Defendant.
11:20 AM   Witness examined by Plaintiffs' counsel.

**Minutes**

Exhibit Marked - Plaintiff's # 15: Oakland Police Department Assignment Report

Plaintiff's counsel requests Plaintiffs' Exhibits #15 to be admitted in evidence and is GRANTED.

11:24 AM   Christine Chang returns to counsel table.  Court declares brief recess.
11:30 AM   Court reconvenes and ERIC SUN is sworn and testified on his own behalf and under direct examination.
11:38 AM   Witness is on cross-examination.
11:40 AM   Eric Sun returns to counsel table.  Plaintiffs' counsel next witness will arrive at 3:00 p.m. today.  Defendant will proceed out of order by stipulation.  Defendant asks to call a witness as a character witness.  Plaintiff objects since there's no discovery mention of said witness.  Defendant's request is DENIED.

11:44 AM   CONSTANCE PEPPERS CELAYA is sworn and testified on her own behalf under direct examination.
11:50 AM   Witness is on cross-examination.
12:15 PM   Court declares noon recess.
 2:00 PM   All present in court.  Constance Celaya resumes the witness stand for further cross-examination.

Exhibit Marked - Plaintiff's # 16: Letter from Rockridge Manor Homeowner's Association to Homeowners dated December 10, 2001

 2:15 PM   Witness is examined by the Court.
 2:40 PM   Constance Celaya returns to Defendant's table.  Plaintiffs' Exhibit #8 to Exhibit #16 are Admitted in Evidence.  Defendant submitted Defendant's Exhibit #1 to #8 and said Exhibits are Admitted in Evidence.

Exhibit Marked - Defendant's # 1: Letter of support from Ms. Janice Anderson
Exhibit Marked - Defendant's # 2: Letter of support from Mr. & Mrs. Chichester
Exhibit Marked - Defendant's # 3: Letter of support from Ms. Karen Gaines
Exhibit Marked - Defendant's # 4: Letter of support from Ms. Norma D. Watson
Exhibit Marked - Defendant's # 5: Letter of support from Cynthia Webb-Beckford, Esquire
Exhibit Marked - Defendant's # 6: Letter of support from Ms. Patricia Weber
Exhibit Marked - Defendant's # 7: Letter of support from Ms. Jeanine Edwards - Communications Supervisor UC Berkeley PD
Exhibit Marked - Defendant's # 8: Letter of support from Ms. Nafeesa Ahmad-Bey, M.A.

 3:08 PM   Plaintiffs decided to proceed without the next witness.  Matter submitted to the Court.  Matter is taken under submission.  The exhibits introduced will be returned to the submitting parties.

Ruling on Complaint - Other PI/PD/WD Tort Taken Under Submission


Minutes of    08/05/2004
Entered on    08/05/2004

                     Executive Officer / Clerk of the Superior Court
                          *May Chao* digital
         By  _____

The foregoing instrument is a
correct copy of the original
on file in this office.

ATTEST: NOV 0 5 2007

Executive Officer/Clerk of the Superior Court,
State of California, County of Alameda.
By_____DEPUTY



**Minutes**

M1926420