**EXHIBIT 2**

| LAW OFFICES OF PAMELA ZIMBA<br>Attn: Zimba, Pamela<br>110 East D Street<br>Suite A<br>Benicia, CA  94510 | Constance Peppers Celaya<br>2005 Pleasant Valley Avenue<br>Condo # 306<br>Oakland, CA  94611-____ |
|---|---|

### Superior Court of California, County of Alameda
### Rene C. Davidson Alameda County Courthouse

| **Chang** | No. 2002046048 |
|---|---|
| Plaintiff/Petitioner(s) | |
| VS. | **JUDGMENT** |
| **Celaya** | |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

Department   18                    Honorable     Cecilia P. Castellanos    , Judge

Matter having been taken under submission, now called for decision.

IT IS ADJUDGED that the Plaintiff(s), Christine Chang; Eric Sun take nothing by this action from the Defendant(s), Constance Peppers Celaya and that said defendant(s) recover from the Plaintiff(s) $0.00 costs. Other Condition(s) of Judgment:
    This Judgment is effective 08/06/04.

This Judgment was entered on 08/11/2004

Date:  08/11/2004                                        By _____
                                                                    Judge Cecilia P. Castellanos



The foregoing instrument is a correct copy of the original on file in this office.

ATTEST: NOV 0 5 2007

Executive Officer/Clerk of the Superior Court.
State of California, County of Alameda.
By _____ DEPUTY

**Judgment**

E1933969

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

Case Number: 2002046048
Judgment after Court Trial of 08/11/2004

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the foregoing document was mailed first class, postage prepaid, in a sealed envelope, addressed as shown on the foregoing document or on the attached, and that the mailing of the foregoing and execution of this certificate occurred at
1225 Fallon Street, Oakland, California.

    Executed on 08/11/2004.

                          Executive Officer / Clerk of the Superior Court

                By _Joanne M. Norcup_ digital

                                            Deputy Clerk