# EXHIBIT 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Pamela Zimba, S.B.N. 147850<br>LAW OFFICES OF PAMELA ZIMBA<br>110 East D Street, Suite A, Benicia, CA 94510 | TEL: 707.745.6424<br>FAX: 707.745.8695 | **FILED**<br>ALAMEDA COUNTY<br>APR 0 5 2005<br>CLERK OF THE SUPERIOR COURT<br>By Alphonsine Calls<br>Deputy |
| ATTORNEY FOR (Name): PLAINTIFFS | | |
| Insert name of court and name of judicial district and branch court, if any:<br>ALAMEDA COUNTY SUPERIOR COURT | | |

| PLAINTIFF/PETITIONER: CHANG, et al. | |
|---|---|
| DEFENDANT/RESPONDENT: AMMANN, et al. | |
| **REQUEST FOR DISMISSAL**<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>　☐ Motor Vehicle　☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☒ Other (specify): Emotional Distress, etc. | CASE NUMBER:<br>2001-023364 |

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. **TO THE CLERK:** Please **dismiss** this action as follows:
    a. (1) ☒ With prejudice    (2) ☐ Without prejudice

    b. (1) ☒ Complaint    (2) ☐ Petition
       (3) ☐ Cross-complaint filed by (name): _____ on (date): _____
       (4) ☐ Cross-complaint filed by (name): _____ on (date): _____
       (5) ☒ Entire action of all parties and all causes of action
       (6) ☐ Other (specify):*

Date: 04.05.05

Pamela Zimba
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ _[signature]_
(SIGNATURE)
Attorney or party without attorney for:
☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint—or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

▶ _____
(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-complainant

(To be completed by clerk)
3. ☐ Dismissal entered as requested on (date): _____
4. ☐ Dismissal entered on (date): _____    as to only (name): _____
5. ☐ Dismissal **not entered** as requested for the following reasons (specify):

6. ☐ a. Attorney or party without attorney notified on (date): _____
      b. Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to conform    ☐ means to return conformed copy

Date: _____    Clerk, by _____, Deputy

Form Adopted by the
Judicial Council of California
982(a)(5) [Rev. January 1, 1997]

**REQUEST FOR DISMISSAL**    JURISEARCH    Code of Civil Procedure, § 581 et seq.
www.jurisearch.com    Cal. Rules of Court, rules 383, 1233

## PROOF OF SERVICE

I am employed in the County of Solano, State of California. I am over the age of 18 years, and not a party to the within action. My business address is: Treasury Commons Building, 110 East D Street, Suite A, Benicia, California, 94510. On the date set forth below, I served the foregoing document described as:

(1) REQUEST FOR DISMISSAL

on the parties or attorneys for parties in this action who are identified as follows:

SEE ATTACHED SERVICE LIST

_____ **BY PERSONAL SERVICE.** I caused a true and correct copy of the aforementioned document to be personally served by giving same to a representative of ALPHA ATTORNEYS SERVICE, 836 B Southampton Rd., #182, Benicia, CA 94510 for same day service. A completed PROOF OF HAND DELIVERY (CCP § 1011) is to be returned to this office.

_____ **BY FACSIMILE TRANSMISSION.** I caused a true and correct copy of the aforementioned document(s) to be transmitted to each of the parties at the facsimile machine number last given by said party on any document which he or she has filed in this action and served upon this office.

Date of facsimile transmission: _____; Time: _____ Originating facsimile machine number: 707.745.8695. A true and correct copy of the transmission report is attached to this proof of service confirming that the fax has been sent without error. (Cal Rules of Court 2008(e)).

__X__ **BY MAIL.** I placed a true and correct copy of the aforementioned document(s) in a sealed envelop individually addressed to each of the parties and caused each such envelope to be deposited with the US Postal Service and or picked up by an authorized representative, on that same day with fees fully prepaid at Benicia, California, in the ordinary course of business.

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 5th day of April 2005 in Benicia, California.

PAMELA ZIMBA

PROOF OF SERVICE

Service List:   *Chang, et al. v. Ammann, et al*

Albert Coombes, Esq.
LAW OFFICES OF ALBERT F. COOMBES
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436
Tel:    818.986.1533
Fax:    818.986.1657
*Counsel for Plaintiffs Christine Chang and Eric Sun*

Frank Perretta, Esq.
Chinh Vo, Esq.
CLAPP, MORONEY, BELLAGAMBA & DAVIS
6140 Stoneridge Mall Rd., Suite 545
Pleasanton, CA 94588
Tel:    925.734.0990
Fax:    925.734.0888
*Counsel for Defendant Eva Ammann*

Sara B. Allman, Esq.
Steven A. Nielsen, Esq.
ALLMAN & NIELSEN
100 Larkspur Landing Circle
Larkspur, CA 94939
Tel:    415.461.2700
Fax:    415.461.2726
*Counsel for Defendants Rockridge Manor Homeowner's Association, et al.*

John F. Geary, Esq.
Leo R. Bartolotta, Esq.
GEARY, SHEA, O'DONNELL & GRATTAN, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, CA 95404
Tel:    707.545.1660
Fax:    707.545.1876
*Counsel for Defendant Elizabeth Lady*



SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instruments are true and correct
copies of the original on file in this office

ATTEST: NOV - 5 2007

CLERK OF THE SUPERIOR COURT
By _____
                            Deputy