```
 1  ANDREW R. ADLER, ESQ. (CAL. BAR #56415)
    JASON O. BALOGH, ESQ. (CAL. BAR #238199)
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P. O. Box 12925
 4  Oakland, CA  94604-2925
    Telephone: (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  Attorneys for Defendant Pamela Zimba
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Christine Chang, individually and as Guardian ad litem for Eric Sun, disabled,<br><br>    Plaintiff,<br><br>vs.<br><br>Rockridge Manor Condominium, et al.,<br><br>    Defendants. | Case No.: C 07 4005 EMC<br><br>**[Proposed] ORDER GRANTING DEFENDANT ZIMBA'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)/MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date:<br>Time:<br>Courtroom:     C<br>Magistrate Judge:   Edward M. Chen<br><br>Complaint Filed:  August 3, 2007 |
|---|---|

The motions of defendant Pamela Zimba (1), to dismiss the first, second and fourth causes of action of plaintiff Christine Chang's Complaint, as asserted in her individual and representative capacities, (2), or in the alternative, for a more definite statement with respect to the said causes of action, and (3), for a more definite statement with respect to plaintiff's third and fifth causes of action, as asserted in her individual and representative capacities, came on for hearing before Honorable _____ on _____, 200_. Ms. Zimba was represented by her counsel, Andrew R. Adler of Boornazian, Jensen & Garthe. Ms. Chang was present in court, appearing in pro per individually and in her capacity as guardian ad litem for Eric Sun. Having reviewed the parties' written and oral arguments, and good cause appearing therefore, the Court made the following orders:

It is hereby ordered that defendant Zimba's motion to dismiss plaintiff Chang's first,

-1-

second and fourth causes of action, as asserted in her individual and representative capacities, is GRANTED, without leave to amend, on the following grounds:

1. Plaintiff's first cause of action is barred by the two-year statute of limitations set out in California CCP §335.1;

2. Inasmuch as defendant Zimba represented Ms. Chang and Mr. Sun in the actions that underlie the instant action, and did not issue or utilize any process as against Ms. Chang and/or Mr. Sun, plaintiff's second cause of action fails to state any grounds upon which any relief might be granted as against Ms. Zimba;

3. Plaintiff's second cause of action is barred by the two-year statute of limitations set out in California CCP §335.1; and

4. Plaintiff's fourth cause of action is barred by the two-year statute of limitations set out in California CCP §335.1.

It is further ordered that Ms. Zimba's motion for a more definite statement be GRANTED with respect to plaintiff Chang's third and fifth causes of action, as asserted in her individual and representative capacities, and that plaintiff shall serve and file her amended Complaint, restating her third and fifth causes of action, on or before _____, 200_.

IT IS SO ORDERED.

Dated: _____   _____
                                   Judge of The United States District Court

25168/418318