ANDREW R. ADLER, ESQ. (CAL. BAR #56415)
JASON O. BALOGH, ESQ. (CAL. BAR #238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant Pamela Zimba

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Chang, individually and as Guardian ad litem for Eric Sun, disabled,<br><br>Plaintiff,<br><br>vs.<br><br>Rockridge Manor Condominium, et al.,<br><br>Defendants. | Case No.: C 07 4005 EMC<br><br>**Request for Judicial Notice in Support of Motion to Dismiss and For a More Definite Statement (FRCP 12(b)(6) and 12(e)**<br><br>Date:<br>Time:<br>Courtroom:    C<br>Magistrate Judge:  Edward M. Chen<br><br>Complaint Filed:  August 3, 2007 |

Defendant Pamela Zimba hereby requests that the Court take judicial notice of the following documents, attached to the Declaration of Andrew R. Adler, submitted herewith, as Exhibits 1-4:

1.  The Alameda County Superior Court's minutes of August 5, 2004 with respect to its action #2002-046048, *Chang v. Celaya*, a certified copy of which is attached to Mr. Adler's declaration as Exhibit 1;

2.  The Alameda County Superior Court's Judgment in *Chang v. Celaya*, a certified copy of which is attached to Mr. Adler's declaration as Exhibit 2;

3.  Plaintiff Christine Chang's June 4, 2005 letter to the Office of the Chief Counsel/Intake of the State Bar of California, as submitted to this Court by Ms. Celaya on October 31, 2007 as Exhibit 3.1 to her Plaintiffs' Opposition to Defendants The University of California Berkeley Motion to Dismiss in the instant action, a copy of which is attached to Mr. Adler's

-1-

1  declaration as Exhibit 3; and

2      4.    Ms. Chang's Request for Dismissal (with prejudice) of Alameda County Superior Court action #2001-023364, *Chang v. Ammann*, filed April 5, 2005, a certified copy of which is attached to Mr. Adler's declaration as Exhibit 4.

DATED: November 5, 2007

        BOORNAZIAN, JENSEN & GARTHE
        A Professional Corporation

        By: _____
           ANDREW R. ADLER, ESQ.
           Attorneys for Defendant
           Pamela Zimba, Esq.

25168/418269