ANDREW R. ADLER, ESQ. (CAL. BAR #56415)
JASON O. BALOGH, ESQ. (CAL. BAR #238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant Pamela Zimba

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Christine Chang, individually and as Guardian ad litem for Eric Sun, disabled,<br><br>Plaintiff,<br><br>vs.<br><br>Rockridge Manor Condominium, et al.,<br><br>Defendants. | Case No.: C 07 4005 EMC<br><br>**(Proposed) Order on Request for Judicial Notice in Support of Motion to Dismiss and For a More Definite Statement (FRCP 12(b)(6) and 12(e)**<br><br>Date:<br>Time:<br>Courtroom:    C<br>Magistrate Judge:   Edward M. Chen<br><br>Complaint Filed:  August 3, 2007 |
|---|---|

Defendant Pamela Zimba's Request for Judicial Notice in Support of Motion to Dismiss, Etc. came on for hearing before Honorable _____ on _____, 200__. Ms. Zimba was represented by her counsel, Andrew R. Adler of Boornazian, Jensen & Garthe. Ms. Chang was present in court, appearing in pro per individually and in her capacity as guardian ad litem for Eric Sun. Having reviewed the parties' written and oral arguments, and good cause appearing therefore, the Court GRANTED the request and ruled that judicial notice would be taken of the following documents:

1. The Alameda County Superior Court's minutes of August 5, 2004 with respect to its action #2002-046048, *Chang v. Celaya* (Exhibit 1 to the Request for Judicial Notice);

2. The Alameda County Superior Court's Judgment in *Chang v. Celaya* (Exhibit 2 to the Request for Judicial Notice);

3. Plaintiff Christine Chang's June 4, 2005 letter to the Office of the Chief

1  Counsel/Intake of the State Bar of California, as submitted to this Court by Ms. Chang on October
2  31, 2007 as Exhibit 3.1 to her Plaintiffs' Opposition to Defendants The University of California
3  Berkeley Motion to Dismiss in the instant action (Exhibit 3 to the Request for Judicial Notice); and
4      4.    Ms. Chang's Request for Dismissal (with prejudice) of Alameda County Superior
5  Court action #2001-023364, *Chang v. Ammann*, as filed April 5, 2005 and showing entry of the
6  requested dismissal on that same date (Exhibit 4 to the Request for Judicial Notice).

8  Dated: _____, 200_

                                            _____
                                            Judge of the United States District Court

25168/418328