ANDREW R. ADLER, ESQ. (CAL. BAR #56415)
JASON O. BALOGH, ESQ. (CAL. BAR #238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant Pamela Zimba

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Chang, individually and as Guardian ad litem for Eric Sun, disabled,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Rockridge Manor Condominium, et al.,<br><br>　　　　Defendants. | Case No.: C 07 4005 EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:  August 3, 2007 |

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On November 5, 2007, at the above business location, I sealed an envelope, enclosing copies of the following documents

1. NOTICE OF MOTION TO DISMISS/MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND FOR A MORTE DEFINITE STATEMENT AND POINTS & AUTHORITIES

2. [PROPOSED] ORDER GRANTING DEFENDANT ZIMBA'S MOTION TO DISMISS PURUSANT TO FRCP 12(b)(6)/, MOTION FOR A MORE DEFINITE STATEMENT

3. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT (FRCP 12(b)(6) and 12(e))

4.    DECLARATION OF ANDREW R. ADLER IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND FO A MORE DEFINITE STATEMMENT (FRCP 12(b)(6) and 12(c))

5.    [PROPOSED] ORDER ON REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT (FRCP 12(b)(6) and 12(e))

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Ms. Christine Chang                Plaintiff In Pro Per
341 Tideway Drive, #214
Alameda, CA 94501
Tel: 510-769-8232

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on November 5, 2007.

*Alisa M. Brady*
Alisa M. Brady

24655\417838