| | |
|---|---|
| 1 | Lee J. Danforth, Esq. - SBN 73695<br>**CODDINGTON, HICKS & DANFORTH** |
| 2 | A Professional Corporation, Lawyers<br>555 Twin Dolphin Drive, Suite 300 |
| 3 | Redwood City, California 94065-2133<br>Tel. (650) 592-5400 |
| 4 | Fax.(650) 592-5027 |
| 5 | **ATTORNEYS FOR** Defendant<br>TRUCK INSURANCE EXCHANGE |
| 6 | |

CODDINGTON
HICKS & DANFORTH

NOV 06 2007

CAL ___ 450
INIT ___
___ 1:30 ___ Ct. C

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9<br>10 | CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled, | Case No. C07-4005 EMC |
| 11 | Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT AND ORDER** |
| 12 | vs. | **(FRCP 55(c))** |
| 13<br>14<br>15<br>16<br>17 | ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE MANOR HOMEOWNERS ASSO; ROCKRIDE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE; AND DOES 1-30, inclusive,<br>JOINDER | |
| 18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | UNIVERSITY OF CALIFORNIA BERKELEY; UC BERKELEY CHANCELLOR ROBERT BIRGENEAU; UC BERKELEY PUBLIC RECORDS COORDINATOR ALAN KOLLING; UC BERKELEY GENERAL COUNSEL SUSAN VON SEEBURG; UC BERKELEY POLICE DEPARTMENT CHIEF VICTORIA HARRISON; UC BERKELEY POLICE DEPARTMENT LIEUTENANT ADAN TEJADA; UC BERKELEY POLICE DEPARTMENT MANAGER TOM KLATT; UC BERKELEY POLICE DEPARTMENT DISPATCHER CONSTANCE PEPPERS CELAYA; and DOES 31-60, inclusive,<br>JOINDER | |
| 26<br>27 | PAMELA LIMBA, ATTORNEY AT LAW; ALBERT COOMBES, ATTORNEY AT LAW; and DOES 61-90, inclusive, | |
| 28 | Defendants. | |

Stipulation to Set Aside Default and Order
Case No. C07-4005 EMC

COME NOW plaintiff CHRISTINE CHANG individually and as Guardian ad Litem for ERIC SUN and defendant TRUCK INSURANCE EXCHANGE ("Truck") who recite the following in support of their stipulation to set aside the default against Truck:

WHEREAS plaintiff's service of the complaint on September 7, 2007 was defective because plaintiff failed to serve an authorized agent for receipt of service of process on Truck;

WHEREAS plaintiff filed a motion for default as to defendant Truck on October 5, 2007 based upon that defective service of process;

WHEREAS plaintiff and defendant Truck agree to set aside the default against Truck in order that plaintiff may properly serve an authorized agent for receipt of service of process on Truck and Truck may respond to the complaint;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, by and through their respective counsel, that the Court pursuant to Rule 55(c) of the Federal Rules of Civil Procedure will set aside the Default entered by the clerk on October 9, 2007.

Dated: November 2, 2007           CODDINGTON, HICKS & DANFORTH

                                  By: _____
                                      Lee J. Danforth
                                      Attorneys for Defendant
                                      Truck Insurance Exchange

Dated: Nov 3, 2007                _____
                                  Christine Chang, In Propria Persona

**ORDER**

It is hereby ordered that pursuant to Rule 55(c) of the Federal Rules of Civil Procedure the default entered by the clerk against Truck Insurance Exchange on October 9, 2007 will be set aside.

Dated: November 13, 2007          _____
                                  ~~JUDGE OF THE SUPERIOR COURT~~
                                  EDWARD M. CHEN
                                  UNITED STATES MAGISTRATE JUDGE

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive #300
Redwood City, CA 94065
(650) 592-5400

Stipulation to Set Aside Default and Order
Case No. C07-4005 EMC