**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, et al., | Case No. C07-4005 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| ROCKRIDGE MANOR CONDOMINIUM, ET AL., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the hearing on:

(1) DEFENDANT COOMBES' MOTION TO DISMISS (Doc #17);

(2) DEFENDANTS THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS (Docket #28)

3) DEFENDANT ROCKRIDGE'S MOTION FOR SUMMARY JUDGMENT (Doc. #59 and #51)

4) DEFENDANT ROCKRIDGE'S MOTION TO DISMISS (Doc. #63)

5) DEFENDANT DEFENDANT ZIMBA'S MOTION TO DISMISS (Doc. #67)

is specially set for **December 20, 2007 at 9:30 a.m.** before Magistrate Judge Edward M. Chen in

Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by November 28, 2007.  Reply shall be filed by December 5, 2007.

Dated: November 13, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy

**United States District Court**
For the Northern District of California