In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

CIVIL MINUTES

E-FILING

**Date:** November 14, 2007

**Case No:** C07-4005 EMC     **FTR Time:** 1:40-2:06 p.m.

**Case Name:** Christine Chang, et al. v. Rockridge Manor Condominium, et al.

**Attorneys:** Christine Chang, Plaintiff pro se

Paul Conroy for Defendants Rockridge Homeowner Association; special appearance for Rockridge Manor Condo, Rockridge Board, and Rockridge Manor President Blakeney

Edward Rodzewich, special appeared for Defendant Eva Ammann

Rich Baum for Defendant Farmer Insurance Exchange (Truck Insurance Exchange is wrong name)

Gaylynn Conant for Defendants UC Berkeley, Birgeneau, Kolling, Seeburg, Harrison, Tejada, Klatt and Celaya

Andrew Adler for Defendant Pamela Zimba

Albert Coombes, pro se Defendant (telephonically)

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held

**ORDERED AFTER HEARING:**

A trial date has not been set. No formal discovery and no initial disclosures until further order by this Court. No defaults will be taken at this juncture as all named defendants have appeared either generally or specially. Plaintiff shall file an Application to Appoint Counsel for Guardian Ad Litem by **11/26/07.** Plaintiff shall have until **12/24/07** to decide whether to proceed with the application to be appointed with counsel represented her in her capacity as guardian ad litem, or to withdraw her application and have Eric Sun dismissed from the case. The hearing on (1) DEFENDANT COOMBES' MOTION TO DISMISS (Doc #17); (2) DEFENDANTS THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS (Docket #28), (3) DEFENDANT ROCKRIDGE'S MOTION FOR SUMMARY JUDGMENT (Doc. #59), (4) DEFENDANT

ROCKRIDGE'S MOTION TO DISMISS (Doc. #63), and (5) DEFENDANT DEFENDANT ZIMBA'S MOTION TO DISMISS (Doc. #67) is reset (at Plaintiff's request for additional time) for **1/16/08 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by 12/26/07.  Reply shall be filed by 01/2/08.   Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 01/16/08 at 10:30 a.m. for motions.

**cc: EMC**