UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, et al., | Case No. C07-4005 EMC |
| Plaintiffs, | |
| v. | **CASE MANAGEMENT AND PRETRIAL CONFERENCE ORDER** |
| ROCKRIDGE MANOR CONDOMINIUM, ET AL., | |
| Defendants. | |

Following the Case Management Conference held on **11/14/07,** and pursuant to Fed.R.Civ.P. 16, IT IS ORDERED THAT the following case management and pretrial order is entered:

1. A trial date has not been set. A date will be set at the next status conference.

2. There shall be no formal discovery and no initial disclosures until further order by this Court.

3. No defaults will be taken at this juncture as all named defendants have appeared either generally or specially.

4. Plaintiff's motion to be appointed Guardian Ad Litem will be deferred since she current is appearing pro se and is not represented by counsel as required by law. Plaintiff shall be given leave to file an Application to Appoint Counsel for Guardian Ad Litem by **11/26/07.** That application shall address why Plaintiff is not able to afford representation by counsel, all efforts made to obtain counsel in this case, and why Plaintiff deserves appointed counsel. Plaintiff is advised that she

should not assume that counsel will be appointed and that should she wish to pursue appointment as Guardian Ad litem, she should make every effort to obtain counsel.  Should her motion to appoint counsel be denied, Plaintiff shall have until **12/24/07** to decide whether to proceed with the application to be appointed with counsel represented her in her capacity as guardian ad litem, or to withdraw her application and have Eric Sun dismissed from the case.  If no appearance by counsel is entered as of that date, the Court will deny the motion to appoint Ms. Chang as Guardian Ad Litem.

5.  The hearing on (1) DEFENDANT COOMBES' MOTION TO DISMISS (Doc #17); (2)  DEFENDANTS THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS (Docket #28), (3) DEFENDANT ROCKRIDGE'S MOTION FOR SUMMARY JUDGMENT (Doc. #59), (4) DEFENDANT ROCKRIDGE'S MOTION TO DISMISS (Doc. #63), and (5) DEFENDANT DEFENDANT ZIMBA'S MOTION TO DISMISS (Doc. #67) is reset (at Plaintiff's request for additional time) for **1/16/08 at 10:30 a.m.** before Magistrate Judge Edward M. Chen  in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by **12/26/07**.  Reply shall be filed by **01/2/08.**

Dated:   November 15, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge