1  Lee J. Danforth, Esq. - SBN 73695
   Richard S. Baum, Esq. - SBN 178760
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax.(650) 592-5027
5
   **ATTORNEYS FOR** Defendant
6  FARMERS INSURANCE EXCHANGE

7
                IN THE UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled, | Case No.: C07-4005 EMC |
| Plaintiff, | NOTICE OF MOTION AND MOTION BY DEFENDANT FARMERS INSURANCE EXCHANGE TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6), OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)] |
| vs. | |
| ROCKRIDGE MANOR CONDOMINIUM, ROCKRIDGE MANOR HOMEOWNERS ASSOCIATION; ROCKRIDGE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE; AND DOES 1-30, inclusive, | |
| | Date: January 16, 2008
Time: 10:30 a.m.
Dept.: Courtroom C
Judge: Magistrate Judge Edward M. Chen |
| JOINDER
UNIVERSITY OF CALIFORNIA BERKELEY; UC BERKELEY CHANCELLOR ROBERT BIRGENEAU; UC BERKELEY PUBLIC RECORDS COORDINATOR ALAN KOLLING; UC BERKELEY GENERAL COUNSEL SUSAN VON SEEBURG; UC BERKELEY POLICE DEPARTMENT CHIEF VICTORIA HARRISON; UC BERKELEY POLICE DEPARTMENT LIEUTENANT ALAN TEJADA; UC BERKELEY POLICE DEPARTMENT MANAGER TOM KLATT; UC BERKELEY POLICE DEPARTMENT DISPATCHER CONSTANCE PEPPERS CELAYA; and DOES 31-60, inclusive, | |
| JOINDER
PAMELA ZIMBA, ATTORNEY AT LAW; ALBERT COOMBES, ATTORNEY AT LAW; and DOES 61-90, inclusive, | |
| Defendants. | |

Notice of Motion And Motion By Defendant Farmers Insurance Exchange To Dismiss Pursuant To F.R.C.P. 12(b)(6), Or In The Alternative, Motion For A More Definite Statement [F.R.C.P. 12(e)]- Case No. C07-4005 EMC

TO PLAINTIFFS IN THE ABOVE-ENTITLED MATTER AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that defendant Farmers Insurance Exchange ("Farmers"), sued erroneously herein as Truck Insurance Exchange, hereby moves and will move the Court on the date, time, and place set forth above, to dismiss plaintiffs' Complaint filed in this action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1. Plaintiffs' federal civil rights claim fails to identify any cognizable interest under Section 1983 and the vague, conclusory allegations of Farmers' participation in civil rights violations are insufficient to state a cause of action;

2. Plaintiffs' tort claims are all barred by the applicable statute of limitations;

3. Plaintiffs have failed to allege any facts that will give rise to a cause of action against Farmers.

In the alternative, moving party moves this Court for an order requiring a more definite statement as Farmers cannot be reasonably required to submit a responsive pleading to any of the causes of action given the vague, ambiguous and incomprehensible language of the Complaint, pursuant to F.R.C.P. 12(e).

This motion is based on this notice and motion, the memorandum of points and authorities filed herewith, the pleadings and papers filed herein, and on such other matters as may be brought to the attention of the Court and the parties at or before the hearing on this motion.

Dated: December 5, 2007

CODDINGTON, HICKS & DANFORTH

By: _____
Richard S. Baum
Attorneys for Defendant
Farmers Insurance Exchange

CODDINGTON, HICKS & DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Notice of Motion And Motion By Defendant Farmers Insurance Exchange To Dismiss Pursuant To F.R.C.P. 12(b)(6), Or In The Alternative, Motion For A More Definite Statement [F.R.C.P. 12(e)]- Case No. C07-4005 EMC

2

**PROOF OF SERVICE**
(C.C.P. §§ 1011, 1013, 1013a, 2015.5)

I, the undersigned, declare that I am employed in the County of San Mateo, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 555 Twin Dolphin Drive, Suite 300, Redwood City, California 94065.

I am readily familiar with my employer's business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, mailing via overnight delivery, transmission by facsimile machine, and delivery by hand.

On December 5, 2007, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein.

NOTICE OF MOTION AND MOTION BY DEFENDANT FARMERS INSURANCE EXCHANGE TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6), OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]

__X__  U.S. MAIL: The correspondence or documents were placed in sealed, labeled envelopes with postage thereon fully prepaid on the above date placed for collection and mailing at my place of business to be deposited with the U.S. Postal Service at Redwood City, California on this same date in the ordinary course of business.

____  OVERNIGHT DELIVERY: The correspondence or documents were placed in sealed, labeled packaging for overnight delivery with all charges to be paid by my employer on the above date for collection and mailing at my place of business to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages, on this date in the ordinary course of business.

____  HAND DELIVERY: The correspondence or documents were placed in sealed, labeled envelopes and served by personal delivery to the party or attorney indicated herein, or if upon attorney, by leaving the labeled envelopes with a receptionist or other person having charge of the attorney's office.

____  FACSIMILE TRANSMISSION: The correspondence or documents were placed for transmission from (650) 592-5027 at Redwood City, California, and were transmitted to a facsimile machine maintained by the party or attorney to be served at the facsimile machine telephone number provided by said party or attorney, on this same date in the ordinary course of business. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

/ / /

1 | PERSONS OR PARTIES SERVED:

2 | Ms. Christine Chang
  | 341 Tideway Drive, #214
3 | Alameda, CA 94501
  | Telephone: (510) 769-8232

4

5

6 |     I certify (or declare) under penalty of perjury under the laws of the State of California that the

7 | foregoing is true and correct and that this declaration was executed on December 5, 2007.

8

9 | _____
  | Marlene A. Puza

10

...

27 | Court: United States District Court Northern District of California
   | Action No: C 07-4005 EMC
28 | Case Name: Chang v. Rockridge