1  Lee J. Danforth, Esq. - SBN 73695
   Richard S. Baum, Esq. - SBN 178760
2  **CODDINGTON, HICKS & DANFORTH**
   A Professional Corporation, Lawyers
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax.(650) 592-5027
5
   **ATTORNEYS FOR** Defendant
6  FARMERS INSURANCE EXCHANGE

7
                IN THE UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
   CHRISTINE CHANG, individually and as          Case No.:  C07-4005 EMC
10 Guardian ad Litem for ERIC SUN, disabled,

11             Plaintiff,
                                                 [PROPOSED] ORDER GRANTING
12 vs.                                           MOTION TO DISMISS AND DIRECTING
                                                 ENTRY OF JUDGMENT PURSUANT TO
13 ROCKRIDGE MANOR CONDOMINIUM,                  F.R.C.P. 54(b)
   ROCKRIDGE MANOR HOMEOWNERS
14 ASSOCIATION; ROCKRIDGE MANOR                  Date:  January 16, 2008
   BOARD OF DIRECTORS; ROCKRIDGE                 Time:  10:30 a.m.
15 MANOR PRESIDENT OF BOARD OF                   Dept.  Courtroom C
   DIRECTORS CHARLES BLAKENEY;                   Judge: Magistrate Judge Edward M. Chen
16 ROCKRIDGE MANOR MANAGER EVA
   AMMANN; TRUCK INSURANCE
17 EXCHANGE; AND DOES 1-30, inclusive,
                JOINDER
18 UNIVERSITY OF CALIFORNIA
   BERKELEY; UC BERKELEY
19 CHANCELLOR ROBERT BIRGENEAU; UC
   BERKELEY PUBLIC RECORDS
20 COORDINATOR ALAN KOLLING; UC
   BERKELEY GENERAL COUNSEL SUSAN
21 VON SEEBURG; UC BERKELEY POLICE
   DEPARTMENT CHIEF VICTORIA
22 HARRISON; UC BERKELEY POLICE
   DEPARTMENT LIEUTENANT ALAN
23 TEJADA; UC BERKELEY POLICE
   DEPARTMENT MANAGER TOM KLATT;
24 UC BERKELEY POLICE DEPARTMENT
   DISPATCHER CONSTANCE PEPPERS
25 CELAYA; and DOES 31-60, inclusive,
                JOINDER
26 PAMELA ZIMBA, ATTORNEY AT LAW;
   ALBERT COOMBES, ATTORNEY AT
27 LAW; and DOES 61-90, inclusive,

28             Defendants.
   _____/

[Proposed] Order - Case No. C07 4005 EMC

1   The motion of defendant FARMERS INSURANCE EXCHANGE ("FARMERS") to dismiss
2   plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, came on
3   regularly for hearing on January 16, 2008, the Honorable Edward M. Chen, United States Magistrate
4   Judge, presiding. Richard S. Baum appeared as counsel on behalf of FARMERS and plaintiffs appeared
5   pro se.
6   Having considered the briefs filed in support of and in opposition to the motion, and having heard
7   and considered the oral arguments of counsel, and good cause appearing therefor,
8   IT IS HEREBY ORDERED that:
9   1.   The motion of defendant FARMERS to dismiss is GRANTED WITHOUT LEAVE TO
10  AMEND.
11  Because this Order resolves all claims by plaintiffs against defendant FARMERS, and because the
12  Court expressly determines that there is no just reason for delay in the entry of judgment as to this
13  defendant, the Court directs, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, that
14  judgment be entered in favor of defendant FARMERS and against plaintiffs CHRISTINE CHANG and
15  ERIC SUN, with FARMERS to recover its costs of suit.
16  IT IS SO ORDERED.

19  Dated: _____   _____
                                    EDWARD M. CHEN
20                                  United States Magistrate Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

[Proposed] Order - Case No. C07 4005 EMC

**PROOF OF SERVICE**
(C.C.P. §§ 1011, 1013, 1013a, 2015.5)

I, the undersigned, declare that I am employed in the County of San Mateo, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 555 Twin Dolphin Drive, Suite 300, Redwood City, California 94065.

I am readily familiar with my employer's business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, mailing via overnight delivery, transmission by facsimile machine, and delivery by hand.

On December 5, 2007, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein.

[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND DIRECTING ENTRY OF JUDGMENT PURSUANT TO F.R.C.P. 54(b)

_X_ U.S. MAIL: The correspondence or documents were placed in sealed, labeled envelopes with postage thereon fully prepaid on the above date placed for collection and mailing at my place of business to be deposited with the U.S. Postal Service at Redwood City, California on this same date in the ordinary course of business.

___ OVERNIGHT DELIVERY: The correspondence or documents were placed in sealed, labeled packaging for overnight delivery with all charges to be paid by my employer on the above date for collection and mailing at my place of business to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages, on this date in the ordinary course of business.

___ HAND DELIVERY: The correspondence or documents were placed in sealed, labeled envelopes and served by personal delivery to the party or attorney indicated herein, or if upon attorney, by leaving the labeled envelopes with a receptionist or other person having charge of the attorney's office.

___ FACSIMILE TRANSMISSION: The correspondence or documents were placed for transmission from (650) 592-5027 at Redwood City, California, and were transmitted to a facsimile machine maintained by the party or attorney to be served at the facsimile machine telephone number provided by said party or attorney, on this same date in the ordinary course of business. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

1 | PERSONS OR PARTIES SERVED:

2 | Ms. Christine Chang
    341 Tideway Drive, #214
3 | Alameda, CA 94501
    Telephone: (510) 769-8232
4 |

5 |     I certify (or declare) under penalty of perjury under the laws of the State of California that the

6 | foregoing is true and correct and that this declaration was executed on December 5, 2007.

7 |
8 | _____
    Marlene A. Puza
9 |

...

26 | Court: United States District Court Northern District of California
     Action No: C 07-4005 EMC
27 | Case Name: Chang v. Rockridge

28 |