**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, *et al.*, | No. C-07-4005 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFF'S LETTER OF DECEMBER 21, 2007** |
| ROCKRIDGE MANOR CONDOMINIUM, *et al.*, | |
| Defendants. | |
| _____/ | |

On December 21, 2007, Plaintiff Christine Chang filed a letter with the Court, asking for two additional days to decide whether to proceed with an application to appoint counsel for guardian ad litem or to withdraw the application and have Plaintiff Eric Sun dismissed from the case. The Court hereby **GRANTS** the request. Ms. Chang shall have until December 26, 2007, to make that decision. If Ms. Chang also wishes the Court to reconsider its order denying her previous application to appoint counsel for guardian ad litem, she must do so by December 26, 2007.

As a final point, the Court advises Ms. Chang that, as a general matter, if she seeks relief from the Court, she must give notice to opposing counsel of her request for relief. Here, it is not clear that Ms. Chang gave a copy of her December 21 letter to opposing counsel.

IT IS SO ORDERED.

Dated: December 21, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, *et al.*, | No. C-07-4005 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| ROCKRIDGE MANOR CONDOMINIUM, *et al.*, | |
| Defendants. _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Christine Chang
341 Tideway Drive #214
Alameda, CA 94501

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING*

Dated: December 21, 2007            RICHARD W. WIEKING, CLERK

By: _____
      Betty Fong
      Deputy Clerk