# CERTIFICATE OF SERVICE BY MAIL
(FRCP Rules 4 and 5)

I, **Rebecca C. Valdivia** (the undersigned), state that I am employed in the City of Redwood City, County of San Mateo, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 555 Twin Dolphin Drive, Suite 300, Redwood City, California 94065; that on the date set out below – January 2, 2008, I served a copy of the following for processing as indicated herein:

**DEFENDANT FARMERS INSURANCE EXCHANGE'S REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [F.R.C.P. 12(e)]**

**U.S. MAIL:** The correspondence or documents were placed in sealed, labeled envelopes with postage thereon fully prepaid on the above date placed for collection and mailing at my place of business to be deposited with the U.S. Postal Service at Redwood City, California on this same date in the ordinary course of business.

**OVERNIGHT DELIVERY**: The correspondence or documents were placed in sealed, labeled packaging for overnight delivery with all charges to be paid by my employer on the above date for collection and mailing at my place of business to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages, on this date in the ordinary course of business. **Via Fed Ex - Priority Overnight Tracking Number: 7983 4340 0397**

**PARTIES BEING SERVED:**
Ms. Christine Chang
341 Tideway Drive, #214
Alameda, CA 94501
Telephone: (510) 769-8232

1       I certify (or declare) under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct and that this declaration was executed on January 2, 2008.

                                      */s/ Rebecca C. Valdivia*
                                    REBECCA C. VALDIVIA

_____
US District Court, Northern District of California
Case No.: C07-4005 EMC