1  ANDREW R. ADLER, ESQ. (CAL. BAR #56415)
   JASON O. BALOGH, ESQ. (CAL. BAR #238199)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant Pamela Zimba

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 Christine Chang, individually and as Guardian )   Case No.:  C 07 4005 EMC
   ad litem for Eric Sun, disabled,              )
11                                               )   Assigned for All Purposes to the Honorable
                  Plaintiff,                     )   Edward M. Chen
12                                               )
   vs.                                           )
13                                               )   **NOTICE OF CHANGE OF COUNSEL**
   Rockridge Manor Condominium, et al.,          )   **FOR DEFENDANT PAMELA ZIMBA**
14                                               )
                  Defendants.                    )   Complaint Filed:   August 3, 2007
15                                               )
                                                 )
16 _____)

17      PLEASE TAKE NOTICE that Defendant PAMELA ZIMBA has retained counsel in this

18 matter.  Please **remove the following counsel from your service list:**

19           Alan E. Swerdlow
             BOORNAZIAN, JENSEN & GARTHE
20           A Professional Corporation
             555 12th Street, Suite 1800
21           Oakland, CA 94607

22      Accordingly, please be advised that Defendant PAMELA ZIMBA shall continue to be

23 represented by:

24           Andrew R. Adler
             BOORNAZIAN, JENSEN & GARTHE
25           A Professional Corporation
             555 12th Street, Suite 1800
26           Oakland, CA 94607

27 //

28
                                    -1-

1  Please update your service lists accordingly.

2

3  DATED:   January 12, 2008                      BOORNAZIAN, JENSEN & GARTHE
                                                   A Professional Corporation
4

5                                                  By: _____

6                                                     ANDREW R. ADLER, ESQ.
                                                      Attorneys for Defendant
7  25168\423101                                       Pamela Zimba, Esq.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT PAMELA ZIMBA
Case #C 07 4005 EMC

**PROOF OF SERVICE BY MAIL**
**(C.C.P.  SECTIONS 1013(a) -2015.5)**

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **NOTICE OF CHANGE OF COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Ms. Christine Chang                    Plaintiff In Pro Per
341 Tideway Drive, #214
Alameda, CA  94501
Tel:  510-769-8232

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on January 12, 2008.

Alisa M. Brady

25168\418091

-3-