ANDREW R. ADLER, ESQ. (CAL. BAR #56415)
JASON O. BALOGH, ESQ. (CAL. BAR #238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant Pamela Zimba

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Chang, individually and as Guardian ad litem for Eric Sun, disabled,<br><br>Plaintiff,<br><br>vs.<br><br>Rockridge Manor Condominium, et al.,<br><br>Defendants. | Case No.: C 07 4005 EMC<br><br>Assigned for All Purposes to the Honorable Edward M. Chen<br><br>**NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT PAMELA ZIMBA**<br><br>Complaint Filed: August 3, 2007 |

PLEASE TAKE NOTICE that Defendant PAMELA ZIMBA has retained counsel in this matter. Please **remove the following counsel from your service list:**

    Alan E. Swerdlow
    BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
    555 12th Street, Suite 1800
    Oakland, CA 94607

Accordingly, please be advised that Defendant PAMELA ZIMBA shall continue to be represented by:

    Andrew R. Adler
    BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
    555 12th Street, Suite 1800
    Oakland, CA 94607

//

1  Please update your service lists accordingly.

2

3  DATED:   January 11, 2008                           BOORNAZIAN, JENSEN & GARTHE
                                                        A Professional Corporation
4

5                                                   By: _____
                                                        ANDREW R. ADLER, ESQ.
6                                                       Attorneys for Defendant
                                                        Pamela Zimba, Esq.
7  25168\423101

# PROOF OF SERVICE BY MAIL
## (C.C.P. SECTIONS 1013(a) -2015.5)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **NOTICE OF CHANGE OF COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Ms. Christine Chang                    Plaintiff In Pro Per
341 Tideway Drive, #214
Alameda, CA 94501
Tel: 510-769-8232

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on January 11, 2008.

*Alisa M Brady*
Alisa M. Brady

25168\418091

---

-3-

NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT PAMELA ZIMBA
Case #C 07 4005 EMC