**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** January 16, 2008

**Case No:** C07-4005 EMC               **FTR Time:**   11:08 - 11:52 a.m.

**Case Name:**  Christine Chang, et al. v. Rockridge Manor Condominium, et al.

**Attorneys:**  Christine Chang, Plaintiff pro se

Paul Conroy for Defendants Rockridge Homeowner Association; special appearance for Rockridge Manor Condo, Rockridge Board, and Rockridge Manor President Blakeney

Edward Rodzewich, special appeared for Defendant Eva Ammann

Rich Baum for Defendant Farmer Insurance Exchange

Gaylynn Conant for Defendants UC Berkeley, Birgeneau, Kolling, Seeburg, Harrison, Tejada, Klatt and Celaya

Andrew Adler for Defendant Pamela Zimba

Albert Coombes, pro se Defendant (telephonically 818-986-1533)

**Deputy Clerk:** Betty Fong


**PROCEEDINGS:**

1) DEFENDANT COOMBES' MOTION TO DISMISS (Doc #17)
2)  DEFENDANTS THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS (Doc. #28)
3) DEFENDANT ROCKRIDGE'S MOTION FOR SUMMARY JUDGMENT (Doc. #59)
4) DEFENDANT ROCKRIDGE'S MOTION TO DISMISS (Doc. #63)
5) DEFENDANT DEFENDANT ZIMBA'S MOTION TO DISMISS (Doc. #67)
6)  DEFENDANT FARMERS INSURANCE'S MOTION TO DISMISS, ETC.

**ORDERED AFTER HEARING:**   Court took matter under submission and will issue order.
Ms. Chang was advised by court to follow proper procedure if she requests default on Defendant Eva Ammann.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court
**Case continued to:**
cc: EMC