EDWARD J. RODZEWICH, ESQ. – State Bar No. 159466
**VALERIAN, PATTERSON & STRATMAN**
1650 Harbor Bay Parkway, Suite 100
Alameda, CA 94502-3013
Phone: (510) 521-0612
Fax: (510) 337-0125

Attorney for Defendant,
EVA AMMANN

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM; ROCKRIDGE MANOR HOMEOWNERS ASSO; ROCKRIDGE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE, et al.,<br><br>Defendants. | Case No.: C07-4005 EMC<br><br>**NOTICE OF MOTION AND MOTION OF TO DISMISS PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>Date:<br>Time:<br>**Room: C**<br>**Judge: Magistrate Judge Edward M. Chen** |

To plaintiffs:

Please take notice that defendant Eva Ammann hereby moves and will move the court on the date, time, and place set forth above to dismiss the complaint filed in this action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1.  Plaintiffs' federal civil rights claim fails as no cognoscible interest under Section 1983 has been identified, and the vague and conclusory allegations of moving party's participation in civil rights violations are insufficient to state a cause of action;

---
NOTICE OF MOTION AND MOTION OF TO DISMISS PURSUANT TO FRCP 12(p)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)] - 1

    2.    The tort claims asserted by plaintiffs are barred by the litigation privilege, California Civil Code Section 47(b);

    3.    The causes of action stated by plaintiffs are all barred by the applicable statute of limitations;

    4.    All causes of action are without merit as plaintiffs do not set forth facts sufficient to state a cause of action under any legal theory.

    5.    Plaintiff Christine Chang has no standing to represent plaintiff Eric Sun in propria persona.

In the alternative, moving party moves this court for an order requiring a more definite statement as defendant cannot be reasonably required to submit a responsive pleading to any of the causes of action given the vague, ambiguous and incomprehensible language of the complaint, pursuant to FRCP 12(e).

This motion is based on this notice and motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice in Support of the Rockridge Motion for Summary Judgment, the pleadings and papers filed herein, and on such matters that may be brought to the attention of the court and the parties at or before the hearing on this motion.

DATED: February 18, 2008                     VALERIAN, PATTERSON & STRATMAN

BY: _____
EDWARD J. RODZEWICH, ESQ.
Attorney for Defendant,
EVA AMMANN

---

**NOTICE OF MOTION AND MOTION OF TO DISMISS PURSUANT TO FRCP 12(p)(6) OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)] - 1**