EDWARD J. RODZEWICH, ESQ. – State Bar No. 159466
**VALERIAN, PATTERSON & STRATMAN**
1650 Harbor Bay Parkway, Suite 100
Alameda, CA  94502-3013
Phone:  (510) 521-0612
Fax:  (510) 337-0125

Attorney for Defendant,
EVA AMMANN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM; ROCKRIDGE MANOR HOMEOWNERS ASSO; ROCKRIDGE MANOR BOARD OF DIRECTORS; ROCKRIDGE MANOR PRESIDENT OF BOARD OF DIRECTORS CHARLES BLAKENEY; ROCKRIDGE MANOR MANAGER EVA AMMANN; TRUCK INSURANCE EXCHANGE, et al.,<br><br>Defendants. | Case No.: C07-4005 EMC<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT EVA AMMANN FOR SUMMARY JUDGMENT**<br><br>**Date:**<br>**Time:**<br>**Room:**  C<br>**Judge:  Magistrate Judge Edward M. Chen** |

TO PLAINTIFFS IN PROPRIA PERSONA:

PLEASE TAKE NOTICE that defendant EVA AMMANN hereby moves and will move the court on the date, time and place set forth above to enter summary judgment in favor of defendant Eva Ammann.  This summary judgment motion is based upon the indisputable fact that all of plaintiffs' claims are barred by the dismissal with prejudice, order approving compromise and the release executed by plaintiffs in the Alameda County Superior Court Action No. 2001023364, entitled *Christine Chang, et al. v. Eva Ammann, et al.*

1
2       This motion is based on this notice of motion and motion, the memorandum of points and
3   authorities filed herewith, the declaration of Paul A. Conroy filed on November 2, 2007, defendant's
4   request for judicial noticed filed on November 2, 2007, the pleadings and papers filed herein, and on
5   such other matters as may be brought to the attention of the court and the parties at or before the hearing
6   on this motion.
7
8   DATED: February 18, 2008            VALERIAN, PATTERSON & STRATMAN
9
10                                      BY: _____
                                            EDWARD J. RODZEWICH, ESQ.
11                                          Attorney for Defendant,
                                            EVA AMMANN
12
...
28