UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, ET AL.,<br><br>            Defendants.<br>_____/ | Case No. C07-4005 EMC<br><br>**JUDGMENT IN A CIVIL CASE**<br>(As to Defendants Rockridge Manor Homeowners' Association, et al.) |

**( X )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( )  Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the **Order Granting Defendants' Motions to Dismiss or, in the alternative, for a more definite Statement; and Granting Defendant's Motion for Summary Judgment** dated February 13, 2008, Judgment is hereby entered only in favor of **only** Defendants Rockridge Manor

///

Homeowners' Association, Rockridge Manor Condominium, Rockridge Manor Board of Directors, Rockridge Manor President of Board of Directors Charles Blakeney, and Charles Blakeney.

Dated: February 21, 2008                    Richard W. Wieking, Clerk

                                            By: Betty Fong Deputy Clerk