United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, et al., | Case No. C07-4005 EMC |
| Plaintiffs, | |
| v. | **AMENDED JUDGMENT IN A CIVIL CASE** (As to Defendants Rockridge Manor Homeowners' Association, et al.) |
| ROCKRIDGE MANOR CONDOMINIUM, ET AL., | |
| Defendants. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the **Order Granting Defendants' Motions to Dismiss or, in the alternative, for a more definite Statement; and Granting Defendant's Motion for Summary Judgment** dated February 13, 2008, Judgment is hereby entered only in favor of **only** Defendants Rockridge Manor

///

Homeowners' Association, Rockridge Manor Condominium, Rockridge Manor Board of Directors, Rockridge Manor President of Board of Directors Charles Blakeney, and Charles Blakeney.

Dated: February 21, 2008                    Richard W. Wieking, Clerk

                                            By: Betty Fong Deputy Clerk