FILED

08 FEB 29 PM 3:28

[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

Christine Chang Pro Per, individually
and Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone: (510) 769-8232

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINE CHANG, individually and ERIC SUN, disabled<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM et al.<br><br>Defendants. | Case No: C-07-4005 EMC<br><br>DECLARATION OF PLAINTIFF CHRISTINE CHANG IN SUPPORT OF APPOINTING COUNSEL FOR PLAINTIFF CHANG TO SERVE AS GUARDIAN AD LITEM FOR DISABLED PLAINTIFF SUN AND LEAVE TO FILE SUPPORTING DOCUMENTS TO APPOINT COUNSEL<br><br>Date: April 23, 2008<br>Time: 10:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge: Honorable Edward M. Chen |
|---|---|

I, Christine Chang, declare as follows:

I am the Plaintiff of this current action Chang v. Rockridge Manor Condominium et al., and mother of Plaintiff Eric Sun.

1

1  On November 5, 2007, Plaintiff Chang filed the initial application for
2 appointment of Guardian Ad Litem but did not attach the evidence of seeking
3 counsel starting 2005 through 2007. At the time of filing Plaintiff Chang was
4 unable to locate the evidence.
5  On December 26, 2007, Plaintiff Chang filed reconsideration and
6 attached the evidence of seeking counsel also requested for the reason of denial
7 of initial application in order to correct the deficiency. The reconsideration
8 was denied.
8  To prove Plaintiff Sun's mental illness and his lack of legal and mental
9 capacity for legal proceedings, and to make meritorious application for court
10 appointed counsel for Guardian Ad Litem, see following supporting documents:
11 (a) Declaration of Hiawatha Harris, M.D.
12 (b) Memorandum of Points and Authorities in Support of Plaintiff Eric Sun's
13   Application for Appointment of Counsel for Guardian Ad Litem
14 (c) Deposition of Johannes Ndlela, Ph.D. dated May 20, 2004 as exhibit
15   attached to the Memorandum of Points and Authorities.
16 (d) Plaintiff Sun's financial record showing his only source of income from
17   Social Security Administration.
18 (e) Plaintiff Sun's Consent to Appoint Counsel for Guardian Ad Litem attached
19   to this Declaration.
20  Plaintiffs Chang and Sun pray for approval of this application for a court
21 appointed counsel to represent disabled Plaintiff Sun's interest, who would
22 otherwise not be represented.

1       Plaintiffs also pray for leave to file amendment of this application for
2 any deficiency. Plaintiff Chang is a layperson who has had no experience
3 practicing law and is unfamiliar with meritorious filings, therefore, request
4 leniency from this court.
5       I declare under penalty of perjury under the laws of the State of California
6 that the foregoing is true and correct and that this declaration was executed on
7 February 23, 2008 in Alameda, California.

*[signature: Christine Chang]*
Christine Chang, Plaintiff

3

Christine Chang Pro Per, individually
and Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone: (510) 769-8232

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and ERIC SUN, disabled<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM et al.<br><br>Defendants. | Case No: C-07-4005 EMC<br><br>PLAINTIFF ERIC SUN'S CONSENT TO APPOINT COUNSEL FOR GUARDIAN AD LITEM<br><br>Date:   April 23, 2008<br>Time:   10:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge:   Honorable<br>            Edward M. Chen |

I, Eric Sun, consent to the court's appointment of counsel for my mother, Christine Chang, to serve as my guardian ad litem for the purposes of representing me in this litigation.

FEBRUARY 20, 2008

_____
Eric Sun, Plaintiff

1

SOCIAL SECURITY
1111 JACKSON ST
OAKLAND CA 94607

Social Security Administration
**Supplemental Security Income**
Notice of Change in Payment
Date: November 25, 2007
Claim Number: 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 DI

000043 01 A      611        R45 M4F 121
953 07S1196E88754

ERIC C SUN
341 TIDEWAY DRIVE
APT 214
ALAMEDA CA 94501-3549

We are writing to tell you about changes in your Supplemental Security Income (SSI) payments. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

### Information About Your SSI Payments

- The amount due you beginning January 2008 will be $1,049.00. This amount includes $412.00 from the State of California.

- The amount due you is being raised because the law provides for an increase in Supplemental Security Income payments in January 2008 if there was an increase in the cost-of-living during the past year.

### Information About Other Benefits

We can sometimes pay more than just SSI payments. You may be able to receive benefits from your parent's Social Security record if you meet the following rules:

- you were disabled before age 22, and

- you are unmarried, and

- at least one of your parents worked long enough under the Social Security program and is entitled to retirement or disability benefits or is deceased.

See Next Page

SSA-L8151

11/25/2007

If you think you meet the above rules, please contact any Social Security office to file an application for childhood disability benefits.

### You Can Review The Information in Your Case

The decisions in this letter are based on the law. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations and policy statements used in deciding your case. To do so, please contact us. Our telephone number and address are shown under the heading "If You Have Any Questions."

### Things To Remember

- Your payments may change if your circumstances change. Therefore, you are required to report any change in your situation that may affect your Supplemental Security Income payment. For example, you should tell us if you move, if anyone else moves from or into your household, if your marital status changes, if income or resources for you or members of your household change, if your medical condition improves or if you go to work.

- This information is also being sent to your representative payee.

- You may use this letter when you need proof of your SSI payment amount for other assistance programs such as rent subsidies, energy assistance, medical assistance, bank loans, or for other purposes. However, if you get another letter saying your SSI payment is changing again, use that letter instead.

- We may share information about you with other government agencies that pay benefits. Agencies use such information to see if a person qualifies for benefits. We sometimes use computer matching to share information and compare our records with those of other Federal, State or local government agencies. The law allows us to use computer matching even if you do not agree.

### If You Disagree With The Decision

If you disagree with the decision, you have the right to appeal. We will review your case and consider any new facts you have.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

SSA-L8151

11/25/2007

- To appeal, you must fill out a form called "Request for Reconsideration." The form number is SSA-561. To get this form, contact one of our offices. We can help you fill out the form.

## How To Appeal

There are two ways to appeal. You can pick the one you want. If you meet with us in person, it may help us decide your case.

- Case Review. You have a right to review the facts in your file. You can give us more facts to add to your file. Then we'll decide your case again. You won't meet with the person who decides your case. This is the only kind of appeal you can have to appeal a medical decision.

- Informal Conference. You'll meet with the person who decides your case. You can tell that person why you think you're right. You can give us more facts to help prove you're right. You can bring other people to help explain your case.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

## If You Have Any Questions

For general information about SSI, visit our website at www.socialsecurity.gov on the Internet. You will find the law and regulations about SSI eligibility and SSI payment amounts at www.socialsecurity.gov/SSIrules/.

For general questions about SSI or specific questions about your case, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 510-273-6307. Our lines are busiest early in the week and early in the month, so if your business can wait, it's best to call at other times. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

        SOCIAL SECURITY
        238 11TH ST
        OAKLAND CA 94607

SSA-L8151

11/25/2007

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*(signature)*

Michael J. Astrue
Commissioner
   of Social Security

SSA-L8151

11/25/2007

## HOW WE FIGURED YOUR PAYMENT FOR January 2008 ON

### Your Payment Amount

| | |
|---|---:|
| The most Federal SSI money the law allows us to pay | $ 637.00 |
| We didn't subtract (-) any income from Federal SSI money | −  0.00 |
| Federal SSI money | $ 637.00 |
| Plus (+) the most State SSI money the law allows us to pay | + 412.00 |
| We didn't subtract (-) any income from State SSI money | −  0.00 |

**Total Monthly SSI Payment
for January 2008 on**  $1,049.00

SSA-L8151

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on February 29, 2008, I forwarded a true and correct copy of:

1. Declaration of Plaintiff Christine Chang in support of appointing counsel
2. Declaration of Hiawatha Harris, M.D. for appointment of counsel
3. Memorandum of points and authorities in support of appointment of counsel

To Defendants' Counsels by placing a true copy and exhibits thereof in a sealed Envelope with first class postage prepaid and addressed as follows:

Gaylynn Kim Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated: February 29, 2008

By _____
Christine Chang, Plaintiff