1

2

Christine Chang Pro Per, individually

3    and Eric Sun, disabled
341 Tideway Drive #214

4    Alameda, CA 94501
Telephone: (510) 769-8232

5

6

7                          UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9    CHRISTINE CHANG, individually    )        Case No: C-07-4005 EMC
and ERIC SUN, disabled            )

10                                     )        DECLARATION OF
Plaintiffs,              )        HIAWATHA HARRIS,

11                                     )        M.D. FOR APPOINTMENT
vs.                  )        OF COUNSEL FOR

12                                     )        PLAINTIFF SUN'S
ROCKRIDGE MANOR               )        GUARDIAN AD LITEM

13   CONDOMINIUM et al.             )
)

14       Defendants.              )        Date:   April 23, 2008
)        Time:   10:30 a.m.

15                                     )        Courtroom: C, 15th Floor
)        Judge:  Honorable

16                                     )                Edward M. Chen

17

18       I, Hiawatha Harris, M.D., declare as follows:

19       I am the Director of Pathways to Wellness Medication Clinic licensed to

20   practice as a psychiatrist in the State of California, and my business address is

21   411 30th Street, Suite 314, Oakland, CA 94609.

22       Eric Sun has been a patient of Pathways to Wellness Medication Clinic

23                                     1

1   since March 23, 2000.  He has been treated by me and other psychiatrist for

2   consultation and medication on a monthly basis.

3       It is in my opinion that Mr. Sun presently suffers mental illness with

4   diagnosis of Schizophrenia Paranoid Type (295.30) and as such, lacks the legal

5   and mental capacity to represent himself.

6       Due to this mental illness which causes Mr. Sun's anxiety and fear, he

7   is unable to defend/protect himself in legal proceedings.  He is also lacking the

8   ability to plan, organize and reason with reality for his self interest.  When under

9   pressure, he becomes confused and fearful of people and the environment which

10  often leads to more severe symptoms.

11      I am informed and believe that Mr. Sun's Mother, Christine Chang, be

12  appointed to serve as his Guardian Ad Litem to protect his interest in the United

13  States District Court Action, Christine Chang and Eric Sun vs. Rockridge  Manor

14  Condominium et al., Case No. C-07-4005 EMC.

15      I declare under penalty of perjury under the laws of the State of California

16  that the foregoing is true and correct to the best of my knowledge.  Execute this

17  20th day of February, 2008 in Oakland, California.

18  DATED:  February 20, 2008

19

20                          Hiawatha Harris, M.D.

21

22

23                                  2

411 30TH Street Suite 314
Oakland, CA 94609
(510) 273-4200
(510) 273-8340 Fax



1328 Decoto Road Suite 124
Union City, CA 94587
(510) 675-0600
(510) 675-0185 Fax

### HIAWATHA HARRIS, M.D., INC
### PATHWAYS TO WELLNESS  MEDICATION CLINICS
### A PROFESSIONAL MEDICAL CORPORATION

February 27, 2004

Superior Court of California
County of Alameda
661 Washington St. 3rd. Floor
Oakland, CA 94607

RE: Eric Sun
DOB: 02/24/1980
SSN: 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

Participant no.: 101274980
Group no.: L-1003

Dear Honorable Judge:

Mr. Eric Sun is presently a patient at Pathways to Wellness. He is diagnosed with
Schizophrenia Paranoid Type (295.30) and his illness is permanent. Due to the symptoms
related to his illness, he is unable to perform jury responsibilities. Please excuse him from
jury duty.

Please call if you have any further questions at (510) 273-4200. Thank you for your
consideration in this matter.

Sincerely,

Hiawatha Harris, MD
Adult Psychiatrist

# Pathways to Wellness Medication Clinic
## 411 30th St. # 314
## Oakland, CA 94609
## (510) 273-4200

December 5, 2001

Motor Vehicle Department

Re:    Eric Sun
DOB:   2/24/1980

To Whom It May Concern:

This letter is to inform you that Eric Sun is a client at Pathways to Wellness Medication Clinic receiving psychopharmacological intervention for the management of signs and symptoms characteristic of Paranoid Schizophrenia. One year ago, Eric developed severe extrapyramidal symptoms (EPS) after being treated with increased amounts of an antipsychotic. As a result, Eric's gait has been permanently altered with periods of exacerbating pain. He thus has difficulty walking from one place to the next in an efficient, pain-free manner. Access to handicap parking would be extremely helpful for both Eric and his family. Please authorize Eric Sun to utilize handicap parking spaces and release the appropriate paperwork and/or stickers as soon as possible.

For questions or comments, please contact the clinic at the above number.

Thank you in advance for your consideration in this matter,

*Annie McCorkindale R.N., P.M.H.N.P.*

Annie McCorkindale, R.N., P.M.H.N.P.
Psychiatric Nurse Practitioner

/am

**Kathleen Leslie, LCSW**
**6355 Telegraph Ave.**
**Oakland, CA 94609**
**(510) 428-2821**

September 12, 2005

To Whom It May Concern:

I am writing this letter at the request of Mr. Eric Sun. He first began individual therapy in July of 2003 and has attended weekly sessions since that time. During these weekly sessions, Eric and I meet for individual therapy and also meet for brief family sessions with his mother, Eric and myself.

During the course of treatment, Eric has discussed many issues. A primary concern is his fears of other people and the ways that these fears severely impact his ability to function in his day to day life.

If Eric wishes for further information to be disclosed and signs a release, I can be reached at my office 510 653-3134.

Sincerely,

*Kathleen Leslie*

Kathleen Leslie

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on February 29, 2008, I forwarded a true and correct copy of:

1. Declaration of Plaintiff Christine Chang in support of appointing counsel
2. Declaration of Hiawatha Harris, M.D. for appointment of counsel
3. Memorandum of points and authorities in support of appointment of counsel

To Defendants' Counsels by placing a true copy and exhibits thereof in a sealed Envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated: February 29, 2008

By _Christine Chang_

Christine Chang, Plaintiff