Christine Chang Pro Per, Individually
And Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone: (510) 769-8232

FILED
FEB 29 PM 3: 29
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually And ERIC SUN, disabled<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM et al.<br><br>Defendants. | Case No: C-07-4005 EMC<br><br>DECLARATION OF PLAINTIFF CHRISTINE CHANG IN SUPPORT OF PLAINTIFFS' APPEAL OF COURT ORDER GRANTING DEFENDANTS ROCKRIDGE MANOR CONDOMINIUM'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT; AND GRANTING DEFENDANTS ROCKRIDGE MANOR CONDOMINIUM'S MOTION FOR SUMMARY JUDGMENT AND LEAVE FOR APPEAL<br><br>Date: April 23, 2008<br>Time: 10:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge: Honorable<br>        Edward M. Chen |

1

1   I, Christine Chang, do declare as follows:

2   I am the Plaintiff of this instant action and a layperson. All facts stated in the

3   "Plaintiffs' Appeal of Court Order Granting Defendants Rockridge Manor

4   Condominium's Motion to Dismiss and Summary judgment" are known to me

5   from my personal knowledge.

6   I declare under penalty of perjury that the foregoing is true and correct.

7   Executed this 27th day of February 2008 in Alameda, California.

8

9   _____
    Christine Chang, Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23                  2

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on February 29, 2008, I forwarded a true and correct copy of:

1. Declaration of Plaintiff Christine Chang in Support of Plaintiffs' Appeal of Court Order Granting Defendants Rockridge Manor Condominium's Motion to Dismiss or, in the Alternative, for a More Definite Statement; And Granting Defendants Rockridge Manor Condominium's Motion for Summary Judgment and Leave for Appeal

2. Plaintiffs' Appeal of Court Order Granting Defendants Rockridge Manor Condominium's Motion to Dismiss or, in the Alternative, for a More Definite Statement; and Granting Defendants Rockridge Manor Condominium's Motion for Summary Judgment And Leave for Appeal

To Defendants' Counsels by placing a true copy and exhibits thereof in a sealed Envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated:   February 29, 2008

By _____
Christine Chang, Plaintiff