**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 6, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: <u>CV 07-04005 EMC</u>**

**CASE TITLE: <u>CHRISTINE CHANG-v-ROCKRIDGE MANOR CONDOMINIUM</u>**

USCA Case Number:

Dear Sir/Madam:

        Enclosed is the **Notice of Appeal** in the above captioned case.  Please acknowledge

receipt on the enclosed copy of this letter and return it to this office.

                        Sincerely,

                        RICHARD W. WIEKING, Clerk


                        by:  <u>Sheila Rash</u>
                        Case Systems Administrator


cc:  Counsel of Record