UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 6, 2008

**CASE INFORMATION:**
Short Case Title:  CHRISTINE CHANG-v- ROCKRIDGE MANOR CONDOMINIUM
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Mag. Judge Edward M. Chen
Criminal and/or Civil Case No.:  CV 07-04005 EMC
Date Complaint/Indictment/Petition Filed: 8/3/07
Date Appealed order/judgment *entered* 2/13/08
Date NOA *filed* 2/29/08
Date(s) of Indictment          Plea Hearing                              Sentencing

COA Status (check one):    ☐ granted in full (attach order)     ☐ denied in full (send record)
                           ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: Belle Ball 415/373-2529

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 3/6/08
Date FP granted:                         Date FP denied:
Is FP pending? ☐ yes  ☐ no                                 Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel:
see docket sheet                         see docket sheet


☐ retained   ☐ CJA   ☐ FPD   ☒ Pro Se   ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                     9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Sheila Rash
                                         (415) 522-2099