OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD W. WIEKING** | 450 GOLDEN GATE AVENUE |
| **CLERK** | SAN FRANCISCO, CA 94102 |
| | (415) 522-2000 |

Christine Change
and Eric Sun

341 Tideway Drive, #214
Alameda, CA 94501

**SUBJECT:**   **Request for Payment of Docket Fee**

   Title   _Chang v. Rockridge Manor Condominium_

   Case No.   C 07-4005 EMC

   U.S. Court of Appeals Case No.   _____

   A notice of appeal was filed with this Court on   2/29/08   and the U.S. Court of Appeals docket fee of **$455.00** has not been received.  The docket fee should be forwarded to this office immediately.

   A check should be made payable to "**Clerk, U.S. District Court**" and returned in the envelope provided.

Sincerely yours,

RICHARD W. WIEKING, Clerk

*Sheila Rash*
Case Systems Administrator

cc:  USCA

NDC App 5 Rev. 8-79