Christine Chang Pro Per, Individually
And Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone: (510) 769-8232

FILED
2008 MAR -7 PM 3: 57
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N. DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually )<br>And ERIC SUN, disabled )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ROCKRIDGE MANOR )<br>CONDOMINIUM et al. )<br>)<br>Defendants. )<br>) | Case No: C-07-4005 EMC<br><br>RECONSIDERATION<br>OF COURT ORDER GRANTING<br>DEFENDANTS ROCKRIDGE<br>MANOR CONDOMINIUM'S<br>MOTION TO DISMISS OR, IN THE<br>ALTERNATIVE, FOR A MORE<br>DEFINITE STATEMENT; AND<br>GRANTING DEFENDANTS<br>ROCKRIDGE MANOR<br>CONDOMINIUM'S MOTION FOR<br>SUMMARY JUDGMENT<br>AND LEAVE FOR APPEAL<br>REPLACEMENT COVER SHEET<br><br>Date: April 23, 2008<br>Time: 10:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge: Honorable<br>         Edward M. Chen |

1

1 | Charles Blakeney.

2

3 | Dated: March 7, 2008

4

5

6 |                                                      */s/ Christine Chang*
                                               Christine Chang, Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                              7

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on March 7, 2008, I forwarded a true and correct copy of:

RECONSIDERATION OF COURT ORDER GRANTING DEFENDANTS ROCKRIDGE MANOR DISMISS REPLACEMENT COVER SHEET (Case No. C-07-4005 EMC)

to Defendants' Counsels by placing a true copy and thereof in a sealed Envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at Alameda, California.

Dated: March 7, 2008

By _____
Christine Chang, Plaintiff