GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiff,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No. C-07-4005 EMC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OF DEFENDANTS ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON AND SUSAN VON SEEBURG PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [F.R.C.P. 56]**<br><br>Date:    April 23, 2008<br>Time:    10:30 a.m.<br>Courtroom: C<br>Judge:   Magistrate Judge Edward M. Chen |

TO PLAINTIFFS IN PROPRIA PERSONA:

PLEASE TAKE NOTICE that defendants ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON and SUSAN VON SEEBURG hereby move and will move the Court on the date, time and place set forth above to dismiss the complaint filed in this action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that each of the claims asserted against them fail to state facts sufficient to state a cause of action

1 and are otherwise barred by the implied immunity doctrine and California Government Code
2 immunities.
3     In the alternative, moving defendants move for summary judgment of the claims pursuant
4 to F.R.C.P. 56 on the grounds that there is no genuine issue of material fact and defendants are
5 entitled to judgment as a matter of law.
6     These Motions are based on this Notice and Motion, the Memorandum of Points and
7 Authorities filed herewith, the Declarations of Constance Peppers Celaya, Adan Tejada, Victoria
8 Harrison and Susan Von Seeburg, the defendants' prior Motion to Dismiss, which is incorporated
9 as though fully set forth herein, the pleadings and papers filed herein, and on such other matters
10 as may be brought to the attention of the Court and the parties at or before the hearing on these
11 Motions.

12 Dated: March 17, 2008     LOMBARDI, LOPER & CONANT, LLP

By:   /s/ GayLynn Kirn Conant
GAYLYNN KIRN CONANT
Attorneys for Defendants
The Regents Of The University of
California, Robert Birgeneau Constance
Peppers Celaya, Adan Tejada, Victoria
Harrison, Allan Kolling, Tom Klatt and
Susan Von Seeburg

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30284-37261 GKC 543920      2      Case No. C-07-4005 EMC
NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, MSJ