**ALBERT F. COOMBES, ESQ.   SBN 60861**
**15915 Ventura Blvd., Penthouse 4,**
**Encino, Ca. 91436**
**Tel:    (818) 986-1533**
**Fax:    (818) 986-1657**

**Pro Se Defendant**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian Ad Litem for ERIC SUN, disabled,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM et al.<br><br>　　　　　Defendants. | No.   C 07 4005 EMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) and 12(b)(6)<br><br>(Docket No. 130)<br><br><br>Date:      4/22/08<br>Time:      10:30 a.m.<br>Courtroom:   C |

The motion of pro se defendant ALBERT COOMBES for an order dismissing the plaintiffs' First Amended Complaint pursuant to FRCP 12(b)(1) and 12(b)(6) came on for hearing on April 22, 2008.   Both defendant, Albert Coombes and plaintiff, Christine Chang, appeared in propria persona.   Plaintiff Eric Sun appeared through his Guardian Ad Litem _____.

The Court, having read and considered the motion and supporting papers, opposition papers and oral argument and good cause appearing:

**IT IS HEREBY ORDERED**:

Defendant's Motion to Dismiss is GRANTED, in its entirety, without leave to

**PROPOSED ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED**
**COMPLAINT PURSUANT TO FRCP 12(b)(1) & (6)**

amend, on the following grounds:

1. The fraud and misrepresentation cause of action is without merit as plaintiffs' First Amended Complaint is devoid of facts sufficient to state such a cause of action.

2. The abuse of process cause of action does not need to be addressed since it was dismissed with prejudice by the Court when it granted defendant's First Motion to Dismiss on February 13, 2008. [Docket 110.]

3. Pursuant to 28 U.S.C. 1367(c)(3) the Court declines to continue to exercise supplemental jurisdiction over plaintiffs' claims because it has dismissed all claims over which it has original jurisdiction.

**IT IS SO ORDERED**.

DATED: April _____, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

**PROPOSED ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
COMPLAINT PURSUANT TO FRCP 12(b)(1) & (6)**

- 2 -