**ALBERT F. COOMBES, ESQ.    SBN 60861**
**15915 Ventura Blvd., Penthouse 4,**
**Encino, Ca. 91436**
**Tel:    (818) 986-1533**
**Fax:    (818) 986-1657**

**Pro Se Defendant**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE CHANG, individually and as Guardian Ad Litem for ERIC SUN, disabled,** <br><br> **Plaintiffs,** <br><br> **vs.** <br><br> **ROCKRIDGE MANOR CONDOMINIUM et al.** <br><br> **Defendants.** | No.    C 07 4005 EMC <br><br> **CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I, ALBERT COOMBES, hereby certify that on October 18, 2007, I forwarded a true and correct copy of my [Proposed] Order Granting Defendant's Motion to Dismiss Purusant to FRCP 12(b)(1) and 12(b)(6) to the plaintiffs herein by placing a true copy thereof in a sealed envelope with first class postage prepaid and addressed as follows:

Christine Chang
Individually and as Guardian Ad Litem for Eric Sun
341 Tideway Drive, #214
Alameda, Ca. 94501

I caused such envelope to be placed for collection and mailing in the United States Mail at Encino, California.

Dated: March 17, 2008

/s/  ALBERT COOMBES
ALBERT COOMBES
Pro Se Defendant

CERTIFICATE OF SERVICE                - 1 -