GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No. C-07-4005 EMC<br><br>**DECLARATION OF ADAN TEJADA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [F.R.C.P. 56]**<br><br>Date: April 23, 2008<br>Time: 10:30 a.m.<br>Courtroom: C<br>Judge: Magistrate Judge Edward M. Chen |

I, ADAN TEJADA, declare:

1. I am currently a Lieutenant in the UC Berkeley Police Department where I have been employed since June 27, 1984. I have personal knowledge of the following facts and could and would testify thereto in court if called upon to do so.

2. I have never had communication, either verbal or written, with Judge Cecilia Castellanos concerning Plaintiffs or C. Peppers Celaya. I have never appeared in Judge Castellanos' courtroom for any purpose. I have never met either of the Plaintiffs and have made no representations to them about providing any part of Ms. Celaya's personnel and/or training records.

3. In connection with Ms. Chang's allegations concerning her receipt of parking citations, at no time did I have any communications with any traffic enforcement officer about Ms. Chang and at no time did I ask or instruct any traffic enforcement officer to cite Ms. Chang with a parking ticket while on the U.C. Berkeley campus.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of March, 2008 at Berkeley, California.

/s/ Adan Tejada
ADAN TEJADA