GAYLYNN KIRN CONANT, State Bar No. 161247
gkc@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ROBERT BIRGENEAU CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON, ALLAN KOLLING, TOM KLATT and SUSAN VON SEEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and as Guardian ad Litem for ERIC SUN, disabled,<br><br>Plaintiff,<br><br>v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case No. C-07-4005 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [F.R.C.P. 56]**<br><br>Date:         April 23, 2008<br>Time:        10:30 a.m.<br>Courtroom: C<br>Judge:       Magistrate Judge Edward M. Chen |

The motion of Defendants ROBERT BIRGENEAU, CONSTANCE PEPPERS CELAYA, ADAN TEJADA, VICTORIA HARRISON and SUSAN VON SEEBURG for an order dismissing the First Amended Complaint pursuant to FRCP 12(b)(6), or in the alternative, for Summary Judgment pursuant to FRCP 56, came on for hearing on April 23, 2008. Defendants appeared through GayLynn Kirn Conant of Lombardi, Loper & Conant, LLP, and plaintiff, Christine Chang, appeared in *propria persona*. The court, having read and considered the motion and supporting papers, opposition papers and good cause appearing:

///

///

IT IS HEREBY ORDERED:

Defendants' Motion to Dismiss is GRANTED, in its entirety, without leave to amend, on the following grounds: Each of the claims asserted against defendants fail to state facts sufficient to state a cause of action and are otherwise barred by the implied immunity doctrine and California Government Code immunities.

Defendants' alternative Motion for Summary Judgment is GRANTED, in its entirety, on the grounds that there is no genuine issue of material fact and defendants are entitled to judgment as a matter of law with respect to each of the claims conceivably raised in the instant First Amended Complaint.

IT IS SO ORDERED.

DATED April ___, 2008

_____
HONORABLE EDWARD M. CHEN

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30284-37261 GKC 550461.1                    2                    Case No. C-07-4005 EMC
[PROP] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MSJ