**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, et al., | Case No. C07-4005 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| ROCKRIDGE MANOR CONDOMINIUM, ET AL., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

**YOU ARE NOTIFIED THAT** the hearing on:

- (1) DEFENDANT ALBERT COOMBES' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

- (2) DEFENDANTS REGENT OF UNIVERSITY OF CALIFORNIA, ET AL.'S MOTION TO DISMISS, ETC.

is reset from April 22, 2008 and April 23, 2008 to **April 30, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by April 9, 2008.  Reply shall be filed by April 16, 2008.

Dated: March 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy