1  ANDREW R. ADLER, ESQ. (BAR #56415)
   JASON O. BALOGH, ESQ. (BAR #238199)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant Pamela Zimba

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 CHRISTINE CHANG, individually and as      )  Case No.: C 07 4005 EMC
   Guardian ad litem for Eric Sun, disabled, )
11                                            )  **[PROPOSED] ORDER ON MOTION
              Plaintiff,                      )  TO DISMISS FIRST AMENDED
12                                            )  COMPLAINT FOR LACK OF
   vs.                                        )  SUBJECT MATTER JURISDICTION
13                                            )  AND/OR FAILURE TO STATE A
   ROCKRIDGE MANOR CONDOMINIUM, )  CLAIM UPON WHICH RELIEF CAN
14 et al.,                                    )  BE GRANTED AND FOR A MORE
                                              )  DEFINITE STATEMENT (FRCP
15            Defendants.                     )  12(B)(1), 12(B)(6) AND 12(E))**
                                              )
16                                            )  Date:  May 14, 2008
                                              )  Time:  2:30
17                                            )  Courtroom:      C
                                              )  Magistrate Judge:  Edward M. Chen
18                                            )  Complaint Filed:  August 3, 2007

19         Defendant Pamela Zimba's motion for dismissal of plaintiffs' First Amended Complaint

20 ("FAC") for Lack of Subject Matter Jurisdiction and/or Failure to State a Claim Upon Which

21 Relief Can be Granted, and For a More Definite Statement came on for hearing before Honorable

22 Edward M. Chen, Magistrate Judge, on May 14, 2008. Defendant Zimba was represented by her

23 counsel, Andrew R. Adler, Esq. of Boornazian, Jensen & Garthe, a Prof. Corp. Plaintiff Chang

24 was present and acted as her own counsel. Having reviewed the parties' papers and arguments,

25 and good cause appearing therefore, the Court made the following orders:

26         It is hereby ordered, adjudged and decreed that plaintiffs' claim against Ms. Zimba for

27 "Abuse of Process," as asserted in ¶52 of the FAC, is dismissed with prejudice;

28         It is further ordered, adjudged and decreed that plaintiffs' claim against Ms. Zimba for

-1-

-2-

1  "Fraud and Misrepresentation," as asserted in ¶53 of the FAC, is dismissed with prejudice;

2  It is further ordered, adjudged and decreed that Ms. Zimba be, and hereby is, dismissed as a defendant in the instant action, the Court having found that the federal claims, if any, stated in the FAC are not part of the same "case or controversy" as would include the two state law claims asserted against Ms. Zimba, and that the Court thus lacks pendent jurisdiction over Ms. Zimba pursuant to 28 U.S.C. §1367(a);

It is further ordered, adjudged and decreed that any surviving state law claim against Ms. Zimba is such that the issues relevant to the said claim(s) would predominate over any issues raised by plaintiffs' federal claims, that the Court will thus decline to exercise its pendent jurisdiction over the said state law claim(s) pursuant to 28 U.S.C. §1367(c)(2), and that Ms. Zimba shall thus be dismissed from the instant action;

It is further ordered, adjudged and decreed that having dismissed plaintiffs' federal question claims, the Court will decline to exercise its pendent jurisdiction over the state law claim(s) involving Ms. Zimba pursuant to 28 U.S.C. §1367(c)(3), and that Ms. Zimba shall thus be dismissed from the instant action; or

It is hereby ordered, adjudged and decreed that Ms. Zimba's motion for a more definite statement be, and hereby is, granted, and that plaintiffs shall file their further amended Complaint, including the required more definite statement of their cause(s) of action against Ms. Zimba, on or before _____, 2008.

Dated:

_____
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

25168/428619