United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, et al., | Case No. C07-4005 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| ROCKRIDGE MANOR CONDOMINIUM, ET AL., | |
| Defendants. _____/ | |

**YOU ARE NOTIFIED THAT** the hearing on **DEFENDANT AMMANN'S MOTION FOR SUMMARY JUDGMENT AND TO DISMISS** originally set for March 26, 2008 at 10:30 a.m. has been vacated. Opposition shall be filed by April 9, 2008. Reply shall be filed by April 16, 2008.

Dated: March 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/ Betty Fong_____
Betty Fong
Courtroom Deputy