FILED

MAR 24 PM 3:43

[stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Christine Chang Pro Se, individually
and Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone: (510) 769-8232

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and ERIC SUN, disabled<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM et al.<br><br>Defendants. | Case No: C-07-4005 EMC<br><br>DECLARATION OF PLAINTIFF CHANG IN LATE SERVICE OF DEFENDANT EVA AMMANN COUNSEL'S MOTION TO DISMISS AND SUMMARY JUDGMENT<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

I, Christine Chang, declare as follows:

I am the Plaintiff of this current action Chang v. Rockridge Manor Condominium et al., and mother of Plaintiff Eric Sun.

1

1     Plaintiffs received the Court Order (Document 133) on March 19, 2008 set

2 for hearing on March 26, 2008, for Defendant Eva Ammann's two motions

3 Plaintiffs have never received. Plaintiff Chang contacted Defendant Eva

4 Ammann's counsel, Edward Rodzewich, leaving two voice mails but received no

5 response.

6     On March 22 late afternoon, Plaintiffs received Defendant Eva Ammann's

7 motions for dismiss and summary judgment, but have not been able to prepare

8 oppositions due to short notice. Paintiffs request for extension to prepare

9 oppositions to file with Court.

10     I declare under penalty of perjury, under the laws of the State of California,

11 that the foregoing is true and correct. Executed this 24 day of March, 2008,

12 at Alameda, California.

13

14                                     _/s/ Christine Chang_

15                                       Christine Chang, Plaintiff

16

17

18

19

20

21

22

23                                             2

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on March 24, 2008, I forwarded a true and correct copy of:

1. Plaintiffs motion for Judge Chen's recusal
2. Affidavit of Plaintiffs in support of motion for recusal
3. Declaration of Plaintiff Chang in late service of Defendant Eva Ammann

to Defendants' Counsels by placing a true copy and thereof in a sealed Envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated: March 24, 2008

By _____
Christine Chang, Plaintiff