FILED
08 MAR 24 PM 3:43

Christine Chang Pro Se, individually
and Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone: (510) 769-8232

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and ERIC SUN, disabled<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM et al.<br><br>Defendants. | Case No: C-07-4005 EMC<br><br>AFFIDAVIT OF PLAINTIFFS IN SUPPORT OF MOTION FOR JUDGE CHEN'S RECUSAL BASED ON PERSONAL BIAS AND PREJUDICE AND IN FAVOR OF ADVERSE PARTY.<br>28 U.S.C.S. SECTION 144<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

I, Christine Chang, declare as follows:

I am the Plaintiff of this current action Chang v. Rockridge Manor Condominium et al., and mother of Plaintiff Eric Sun.

1

1   Plaintiffs request recusal of this Court based on personal bias and prejudice
2   and in favor of adverse party. Pursuant to 28 U.S.C.S. Section 144 which provides
3   in pertinent part that whenever a party to any proceeding in a district court makes
4   and files a timely and sufficient affidavit that the judge before whom the matter
5   is pending has a personal bias or prejudice either against him or in favor of any
6   adverse party, such judge shall proceed no further therein, but another judge shall
7   be assigned to hear such proceeding.
8   Court Order filed on February 13, 2008, which stated Plaintiffs as "fantastic
9   conspiracy, ultimately nothing more than speculation, patently fanciful and
10  insubstantial, fantastic or delusional scenarios, forma pauperis, so implausible
11  fantastic, sheer speculation lacking plausibility, fantastic, speculative and
12  implausible.
13  Plaintiffs find the Court statements to be bias, prejudice, and the Court's
14  Order granting Defendants Rockridge Manor Condominium, Homeowners
15  Association, Board of Directors, President Charles Blakeney, and Charles
16  Blakeney's motions to dismiss and summary judgment to be in favor of adverse
17  party.
18  I declare under penalty of perjury, under the laws of the State of California,
19  that the foregoing is true and correct. Executed this 24 day of March, 2008,
20  at Alameda, California.
21
22                                          *Christine Chang*
                                            Christine Chang, Plaintiff
23                                          2

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on March 24, 2008, I forwarded a true and correct copy of:

1. Plaintiffs motion for Judge Chen's recusal
2. Affidavit of Plaintiffs in support of motion for recusal
3. Declaration of Plaintiff Chang in late service of Defendant Eva Ammann

to Defendants' Counsels by placing a true copy and thereof in a sealed Envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated:   March 24, 2008

By _____
Christine Chang, Plaintiff