**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, et al., | Case No. C07-4005 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| ROCKRIDGE MANOR CONDOMINIUM, ET AL., | |
| Defendants. _____/ | |

**YOU ARE NOTIFIED THAT** the hearing on - (1) DEFENDANT ALBERT COOMBES' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT - (2) DEFENDANTS REGENT OF UNIVERSITY OF CALIFORNIA, ET AL.'S MOTION TO DISMISS, ETC. set for April 30, 2008 at 10:30 a.m. has been vacated. Court will issue order based on papers submitted.

Dated: April 10, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, *et al.*, | No. C-07-4005 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| ROCKRIDGE MANOR CONDOMINIUM, *et al.*, | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Christine Chang
341 Tideway Drive #214
Alameda, CA 94501

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING*

Dated: April 10, 2008             RICHARD W. WIEKING, CLERK

By: _____
     Betty Fong
     Deputy Clerk