1

2

3

4  Christine Chang Pro Se, individually
   and Eric Sun, disabled
   341 Tideway Drive #214
5  Alameda, CA 94501
   Telephone : (510) 769-8232

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | CHRISTINE CHANG, individually and | Case: C-07-4005 EMC
     ERIC SUN, disabled
11 |                                   | DECLARATION IN SUPPORT
          Plaintiffs,                  | OF PLAINTIFFS OPPOSITION
12 |                                   | TO DEFENDANT ALBERT
          vs.                          | COOMBES MOTION TO
13 |                                   | DISMISS FOR LACK OF
     ROCKRIDGE MANOR                   | JURISDICTION OVER THE
14 | CONDOMINIUM, et al.,               | SUBJECT MATTER AND/OR
                                       | FAILURE TO STATE A CLAIM
15 |      Defendants.                  | UPON WHICH RELIEF CAN
                                       | BE GRANTED
16
                                         Date: April 30, 2008
17                                       Time: 10:30 a.m.
                                         Courtroom: C
18                                       Judge: Magistrate Judge
                                         Edward M. Chen
19

20

21

22                                  1

23 DECLATION IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT ALBERT COOMBES MOTION

*FILED APR -9 PM 3:46 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT N.D. OF CALIFORNIA*

1  I Christine H. Chang, declare as follows:

2  I am the Plaintiff in Christine Chang and Eric Sun v. Rockridge Manor Condominium, et al. The facts stated herein are of my own personal knowledge and if called as a witness, I could and would testify competently thereto. I make this declaration in support of Plaintiffs opposition to Defendant Albert Coombes motion to dismiss for lack of jurisdiction over the subject matter and/or failure to state a claim upon which relief can be granted.

8  I declare under penalty of perjury that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters I am informed and believe them to be true and correct.

11  Executed on April 8, 2008 at Alameda, California.

*(signature)*

Christine Chang, Plaintiff

2

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on April 9, 2008, I forwarded a true and correct copy of:

1. Opposition/Declaration to Defendant Albert Coombes motion to dismiss
2. Plaintiff Chang's request to continue opposition to Defendant Ammann motion
3. Plaintiff Chang's request to continue opposition to Defendant Zimba motion

to Defendants' Counsels by placing a true copy and thereof in a sealed Envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated: April 9, 2008

By _____
Christine Chang, Plaintiff