FILED
08 APR -9 PM 3: 47

Christine Chang Pro Se, individually
and Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone : (510) 769-8232

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and ERIC SUN, disabled<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case: C-07-4005 EMC<br><br>DECLARATION IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS OR SUMMARY JUDGMENT<br><br>Date: April 30, 2008<br>Time: 10:30 a.m.<br>Courtroom: C<br>Judge: Magistrate Judge<br>         Edward M. Chen |

1

DECLARATION IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT THE REGENTS

1   I Christine H. Chang, declare as follows:

2   I am the Plaintiff in Christine Chang and Eric Sun v. Rockridge Manor Condominium,
3   et al. The facts stated herein are of my own personal knowledge and if called as a
4   witness, I could and would testify competently thereto. I make this declaration in support
5   of Plaintiffs Opposition to Defendant The Regents of the University of California's Motion
6   to Dismiss or Summary Judgment.

7   I declare under penalty of perjury that the foregoing is true and correct, except
8   as to those matters set forth on information and belief, and as to those matters I am
9   informed and believe them to be true and correct.

10  Executed on April 4, 2008 at Alameda, California.

*[Signature: Christine Chang]*

Christine Chang, Plaintiff

27  2
28  DECLARATION IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT THE REGENTS

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on April 9, 2008, I forwarded a true and correct copy of:

PLAINTIFFS' OPPOSITION TO DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS OR SUMMARY JUDGMENT and DECLARATION

to Defendants' Counsels by placing a true copy and thereof in a sealed envelope with first class postage prepaid and addressed as follows:

| | |
|---|---|
| Gaylynn Kirn Conant<br>Lombardi, Loper & Conant, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541 | Paul A. Conroy<br>Allman & Nielsen<br>100 Larkspur Landing Circle<br>Suite 212<br>Larkspur, CA 94939 |
| Lee J. Danforth<br>Coddington, Hicks & Danforth<br>555 Twin Dolphin Drive, Suite 300<br>Redwood Shores, Redwood City,<br>California 94065-2133 | Andrew Adler<br>Boornazian, Jensen Garthe<br>555 12th Street, Suite 1800<br>Oakland, CA 94607 |
| Albert F. Coombes<br>15915 Ventura Blvd., Penthouse 4<br>Encino, CA 91436 | Edward Rodzewich<br>Valvrian, Patterson and Stratman<br>1650 Harbor Parkway, Suite 100<br>Alameda, CA 94502 |

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated: April 9, 2008

By _____
Christine Chang, Plaintiff