FILED

03 APR -9 PM 3: 48

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

Christine Chang Pro Se, individually
and Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone : (510) 769-8232

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and ERIC SUN, disabled | Case: C-07-4005 EMC |
| Plaintiffs, | PLAINTIFF CHANG'S REQUEST TO CONTINUE OPPOSITION TO DEFENDANT PAMELA ZIMBA MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND/OR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND FOR A MORE DEFINITE STATEMENT |
| vs. | |
| ROCKRIDGE MANOR CONDOMINIUM, et al., | |
| Defendants. | |
| | Date: April 30, 2008 Time: 10:30 a.m. Courtroom: C Judge: Magistrate Judge Edward M. Chen |

1

PLAINTIFF CHANG'S REQUEST TO CONTINUE OPPOSITION TO DEFENDANT PAMELA ZIMBA MOTION

1    1. Plaintiff Chang requests to continue opposition to Defendant Pamela Zimba's

2  motion to dismiss first amended complaint for lack of subject matter jurisdiction,

3  and/or failure to state a claim upon which relief can be granted, and for a more

4  definite statement, to be filed on **May 21, 2008** and hearing date to be set on

5  **June 11, 2008**, for the following reasons:

6    2. Plaintiff Chang will not be able to prepare the opposition to Defendant Pamela

7  Zimba's motion to dismiss and/or failure to state a claim, and for a more definite

8  statement.

9    3. Plaintiff Chang is currently attending San Francisco Law School for course review

10  in preparation of finals last until April 23. The finals will be May 5 through May 13, 2008.

11    4. Plaintiff Chang prays for the Court granting the request, to continue Plaintiffs

12  opposition to Defendant Zimba's motion, for the filing and hearing dates to be set on

13  May 21 and June 11, 2008.

14                              **DECLARATION**

15    5. I, Christine H. Chang, declare as follows:

16  I am the Plaintiff in Christine Chang and Eric Sun v. Rockridge Manor Condominium,

17  et al. The facts stated herein are of my own personal knowledge and if called as a

18  witness, I could and would testify competently thereto. I make this declaration in support

19  of Plaintiff Chang's request to continue opposition to Defendant Pamela Zimba's motion.

20    6. I declare under penalty of perjury that the foregoing is true and correct, except

21  as to those matters set forth on information and belief, and as to those matters I am

22  informed and believe them to be true and correct.

23  Executed on April 8, 2008 at Alameda, California.

24

25                              _Cht. Chay_

26                              Christine Chang, Plaintiff

27                                   2

28  PLAINTIFF CHANG'S REQUEST TO CONTINUE OPPOSITION TO DEFENDANT PAMELA ZIMBA MOTION

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on April 9, 2008, I forwarded
a true and correct copy of:

1. Opposition/Declaration to Defendant Albert Coombes motion to dismiss
2. Plaintiff Chang's request to continue opposition to Defendant Ammann motion
3. Plaintiff Chang's request to continue opposition to Defendant Zimba motion

to Defendants' Counsels by placing a true copy and thereof in a sealed
Envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the
United States Mail at San Francisco, California.

Dated:  April 9, 2008

By _Chit Chay_
Christine Chang, Plaintiff