1
2
3
4  Christine Chang Pro Se, individually
   and Eric Sun, disabled
   341 Tideway Drive #214
5  Alameda, CA 94501
   Telephone : (510) 769-8232
6
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 | CHRISTINE CHANG, individually and | Case: C-07-4005 EMC
   | ERIC SUN, disabled                |
11 |                                   | PLAINTIFF CHANG'S
   |         Plaintiffs,               | REQUEST TO CONTINUE
12 |                                   | OPPOSITION TO DEFENDANT
   |         vs.                       | EVA AMMANN MOTION TO
13 |                                   | DISMISS OR IN THE
   | ROCKRIDGE MANOR                   | ALTERNATIVE MOTION
14 | CONDOMINIUM, et al.,              | FOR MORE DEFINITE
   |                                   | STATEMENT, AND PLAINTIFF
15 |         Defendants.               | CHANG'S DECLARATION
   |                                   | IN SUPPORT OF CONTINUE
16 |                                   | OPPOSITION

17                                      Date: April 30, 2008
                                        Time: 10:30 a.m.
18                                      Courtroom: C
                                        Judge: Magistrate Judge
19                                      Edward M. Chen

20
21
22                                 1

23 PLAINTIFF CHANG'S REQUEST TO CONTINUE OPPOSITION TO DEFENDANT EVA AMMANN MOTION TO DISMISS

1. Plaintiff Chang received Court Order on March 20, 2008 for:

(1) Defendant Albert Coombes' motion to dismiss Plaintiffs' first amended complaint;

(2) Defendants Regent of University of California, et al.'s motion to dismiss, etc.;

for oppositions to be filed on April 9, 2008 and hearing date on April 30, 2008.

2. On March 27, 2008 Plaintiff received a second Order for:

Defendant Eva Ammann's motion for summary judgment and to dismiss,

for opposition to be filed on April 9, 2008 and hearing date on April 30, 2008.

3. The second Order for Defendant Ammann reset the first Order because Plaintiffs did not receive Defendant Ammann's motion from the Defense Counsel, Mr. Rodzewich. Plaintiffs received the motion later.

4. Plaintiff Chang requests to continue opposition to Defendant Eva Ammann's motion for summary judgment and to dismiss, be filed on **May 21, 2008** and hearing date be set on **June 11, 2008**, for the following reasons:

5. Plaintiff Chang received the second Order for Defendant Ammann while preparing for the oppositions to Defendants Coombes and The Regent of University of California.

6. Plaintiff Chang did not have enough time to prepare the opposition to Defendant Ammann's motions for summary judgment and to dismiss.

7. Plaintiff Chang is currently attending San Francisco Law School for course review in preparation of finals last until April 23. The finals will be May 5 through May 13, 2008.

8. Plaintiff Chang prays for the Court granting the request to continue Plaintiffs opposition to Defendant Ammann's motion for summary judgment and to dismiss, for filing and hearing dates be set on May 21 and June 11, 2008.

9. I, Christine H. Chang, declare as follows:

I am the Plaintiff in Christine Chang and Eric Sun v. Rockridge Manor Condominium, et al. The facts stated herein are of my own personal knowledge and if called as a witness, I could and would testify competently thereto. I make this declaration in support

2

PLAINTIFF CHANG'S REQUEST TO CONTINUE OPPOSITION TO DEFENDANT EVA AMMANN MOTION TO DISMISS

1  of Plaintiff Chang's request to continue opposition to Defendant Eva Ammann motion
2  for summary judgment and to dismiss.
3     10. I declare under penalty of perjury that the foregoing is true and correct, except
4  as to those matters set forth on information and belief, and as to those matters I am
5  informed and believe them to be true and correct.
6  Executed on April 8, 2008 at Alameda, California.

                        _____
                           Christine Chang, Plaintiff

3

PLAINTIFF CHANG'S REQUEST TO CONTINUE OPPOSITION TO DEFENDANT EVA AMMANN MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on April 9, 2008, I forwarded a true and correct copy of:

1. Opposition/Declaration to Defendant Albert Coombes motion to dismiss
2. Plaintiff Chang's request to continue opposition to Defendant Ammann motion
3. Plaintiff Chang's request to continue opposition to Defendant Zimba motion

to Defendants' Counsels by placing a true copy and thereof in a sealed Envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated:  April 9, 2008

By _____
Christine Chang, Plaintiff