United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-07-4005 EMC<br><br>**ORDER GRANTING PLAINTIFF CHANG'S REQUESTS TO CONTINUE OPPOSITION TO DEFENDANT ZIMBA'S MOTION TO DISMISS AND TO DEFENDANT AMMANN'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**<br><br>**(Docket Nos. 161 and 162)** |

　　　　Plaintiff Christine Chang has asked the Court for extension of time to file oppositions to Defendant Pamela Zimba's motion to dismiss and Defendant Eva Ammann's motions to dismiss and for summary judgment. Ms. Chang has also asked that the hearing date for these motions be continued. Having reviewed Ms. Chang's request and having received no substantive opposition from either defendant (after inquiry by the Court), the Court hereby **GRANTS** Ms. Chang's requests.

///

///

///

///

///

Ms. Chang's oppositions shall be filed *and* served by May 21, 2008.[1]  Reply briefs by the defendants shall be filed *and* served by May 28, 2008.  The hearing on the motions is **VACATED** and, absent further notice, the Court shall rule on the motions based on the papers.

IT IS SO ORDERED.

Dated:  April 10, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

---

[1] Counsel for Ms. Zimba informed that the Court that he was amenable to an extension so long as Ms. Chang was required to serve her opposition papers by fax or e-mail on May 21, 2008.  The Court refers all parties to Civil Local Rule 5-5, which provides as follows for cases not subject to electronic filing (as here):

> Whenever, by Court order or under these local rules, a pleading or other paper must be "served" upon the attorney for a party or the party by a certain date or time, the serving party must comply with one of the following procedures *on or before the due date*:
>
> (1)   The pleading or paper must be *actually delivered* to the receiving attorney or party within the meaning of FRCivP 5(b) *on or before the due date*.  Delivery to a party may be made by private or commercial delivery service or electronically, such as by facsimile transmission or electronic mail; or
>
> (2)   If the serving party elects to send the pleading or paper by mail, it must be *mailed 3 days before the due date*, except that service by mail may not be used if a Local Rule requires delivery of a pleading or paper.

Civ. L.R. 5-5(a) (emphasis added).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, *et al.*, | No. C-07-4005 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| ROCKRIDGE MANOR CONDOMINIUM, *et al.*, | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Christine Chang
341 Tideway Drive #214
Alameda, CA 94501

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING*

Dated: April 10, 2008

RICHARD W. WIEKING, CLERK

By: _____
Betty Fong
Deputy Clerk