FILED
08 APR 14 PM 3:26

[stamp: Clerk, U.S. District Court, Northern District of California]

Christine Chang Pro Se, individually
and Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone : (510) 769-8232

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and ERIC SUN, disabled<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM, et al.,<br><br>Defendants. | Case: C-07-4005 EMC<br><br>PLAINTIFF CHANG'S REQUEST TO CONTINUE NOTICE OF APPEARANCE BY COUNSEL FOR APPOINTMENT AS GUARDIAN AD LITEM<br><br>Date:<br>Time:<br>Courtroom: C<br>Judge: Magistrate Judge Edward M. Chen |

1

PLAINTIFF CHANG'S REQUEST TO CONTINUE NOTICE OF APPEARANCE BY COUNSEL FOR GUARDIAN-AD-LITE

1. Pursuant to the Court Order which gives Plaintiff Chang until April 14, 2008 to cause a notice of appearance by counsel in Plaintiff's application for appointment as guardian ad litem, Plaintiff Chang has been searching for a suitable counsel in all possible directions.

2. Plaintiff has contacted private referrals, San Francisco Lawyer Referral Service, Alameda County Lawyer Referral Service, Asian Caucus Organization, and telephone yellow pages to no avail.

3. It was difficult to find an attorney who would be competent in different area of laws of tort, family, malpractice, personal injury, and etc.

4. With due diligence, Plaintiff expanded the search to California statewide and was able to consult Mr. Ted Armbrister, who currently resides in Los Angeles, several times over the phone last week.

5. Because Plaintiff has until April 14 to cause a notice of appearance by counsel, Mr. Armbrister is concerned of "Plaintiff's request to continue notice of appearance by counsel" will be granted by Court.

6. Plaintiffs Chang and Sun pray for Court's granting this request of continuance, to allow time to discuss details with Mr. Armbrister as retained counsel, in Plaintiff Chang's application for appointment as guardian ad litem.

### DECLARATION

7. I declare under penalty of perjury that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters I am informed and believe them to be true and correct.

Executed on April 14, 2008 at Alameda, California.

*Christ. Chang*

Christine Chang, Plaintiff

2

PLAINTIFF CHANG'S REQUEST TO CONTINUE NOTICE OF APPEARANCE BY COUNSEL FOR GUARDIAN-AD-LITEM

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on April 14, 2008, I forwarded a true and correct copy of:

Plaintiff Chang's request to continue notice of appearance
by counsel for appointment as guardian ad litem

to Defendants' Counsels by placing a true copy and thereof in a sealed envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated:   April 14, 2008

By _____
Christine Chang, Plaintiff