United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, *et al.*, | No. C-07-4005 EMC |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFFS' REQUEST FOR EXTENSION TO FILE CONSOLIDATED APPEAL** |
| ROCKRIDGE MANOR CONDOMINIUM, *et al.*, | |
| Defendants. | **(Docket No. 167)** |
| _____/ | |

Plaintiffs have asked the Court for an extension of time to file so that they may file a "consolidated" appeal. Having reviewed Plaintiffs' brief and accompanying submissions, the request is hereby **DENIED**.

The request for an extension is not warranted because the Court has not adjudicated all of the claims against all of the parties in the case, and hence there is no final appealable judgment. *See* Fed. R. Civ. P. 54(b) ("[A]ny order or other decision . . . that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities."). *See also* 19-202 Moore's Fed. Prac. -- Civ. § 202.02 ("The centerpiece of the jurisdiction of the circuit courts of appeal is the final judgment rule. This

///

///

///

rule . . . grants jurisdiction to the circuit courts to review only final decisions of the district courts and federal agencies, which the courts have construed to mean final judgments."). This ruling does not prejudice Plaintiffs as they may appeal any order once final judgment in this case is entered.

This order disposes of Docket No. 167.

IT IS SO ORDERED.

Dated: April 28, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, *et al.*, | No. C-07-4005 EMC |
|        Plaintiffs, | |
|    v. | **CERTIFICATE OF SERVICE** |
| ROCKRIDGE MANOR CONDOMINIUM, *et al.*, | |
|        Defendants. _____/ | |

     I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Christine Chang
341 Tideway Drive #214
Alameda, CA 94501

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING*

Dated: April 28, 2008            RICHARD W. WIEKING, CLERK

                                           By: _____/s/_____
                                               Leni Doyle
                                               Deputy Clerk