UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROCKRIDGE MANOR CONDOMINIUM, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-07-4005 EMC<br><br>**ORDER DENYING PLAINTIFF CHANG'S REQUEST ON GOOD CAUSE TO CONTINUE NOTICE OF APPEARANCE BY COUNSEL; DENYING PLAINTIFF CHANG'S REQUEST FOR LEAVE FOR COURT-APPOINTED COUNSEL WITH COST PAID BY PLAINTIFF; AND DISMISSING PLAINTIFF SUN**<br><br>**(Docket No. 169)** |

Previously, the Court issued an order giving Plaintiff Christine Chang a further extension to May 2, 2008, to have counsel make an appearance in this case on behalf of her as guardian ad litem ("GAL"). The Court informed Ms. Chang that, if no appearance were made by that date, then the Court would deny Ms. Chang's application to be appointed GAL and dismiss Mr. Sun from the case. The Court also warned Ms. Chang that, absent good cause, this would be the last extension of time that it would give her with respect to this issue as she has known since mid-November 2007 of the need to obtain counsel if she were to be appointed GAL for Mr. Sun. Ms. Chang has now filed a motion asking for yet another extension of time to obtain counsel. In the alternative, she asks that the Court appoint counsel, apparently with the cost of representation to be borne by her.

Having considered Ms. Chang's brief and supporting documents, the Court hereby **DENIES** the request for an extension of time. Ms. Chang has failed to show good cause why she should be entitled to another extension of time. The request and supporting documents indicate that the

attorney she has consulted is not willing to represent her in this matter.[1]  The Court has given Ms. Chang ample time to find counsel.

The Court further **DENIES** Ms. Chang's request for appointment of counsel.  The Court has denied previous requests for such relief, and there is nothing to alter the Court's conclusion that appointment of counsel is not warranted, especially given the weakness of the case on the merits.

Finally, the Court dismisses Plaintiff Eric Sun from the case because Ms. Chang cannot bring an action on his behalf as GAL without retaining a lawyer.

This order disposes of Docket No. 169.

IT IS SO ORDERED.

Dated:  May 6, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

---

[1] To the extent that Ms. Chang asserts that she need only obtain counsel to represent her for the application for guardian ad litem, she is incorrect.  For Ms. Chang to be appointed guardian ad litem, she would need representation by counsel for the entire case.

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, *et al.*, | No. C-07-4005 EMC |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| ROCKRIDGE MANOR CONDOMINIUM, *et al.*, | |
| Defendants. _____/ | |

   I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Christine Chang
341 Tideway Drive #214
Alameda, CA 94501

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING*

Dated: May 6, 2008          RICHARD W. WIEKING, CLERK

                  By: _____/s/_____
                       Leni Doyle
                       Deputy Clerk