FILED
08 JUN -2 PM 4:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Christine Chang Pro Per, individually
and Eric Sun, disabled
341 Tideway Drive #214
Alameda, CA 94501
Telephone: (510) 769-8232

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CHANG, individually and ERIC SUN, disabled<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKRIDGE MANOR CONDOMINIUM et al.<br><br>Defendants. | Case No: C-07-4005 EMC<br><br>DECLARATION OF PLAINTIFF SUN BEING MENTALLY AND PHYSICALLY DISABLED AND INDIGENT<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

I, Eric Sun, declare as follows:

I am the Plaintiff in this action Chang v. Rockridge Manor et al. I am not employed caused by my mental illness and physical disability. My home address is 341 Tideway Drive, Apartment #214, Alameda, California 94501.

My only source of income is the Supplemental Security Income (SSI)

1

1 | which is $1,049 per month. It pays for room and board monthly without any
2 | surplus. I do not own any tangible or intangible property, and have no savings
3 | under my name.

3 |     I declare under penalty of perjury under the laws of the State of
4 | California that the foregoing is true and correct to the best of my knowledge.
5 | Execute this 2nd day of June, 2008 in Alameda, California
6 | Date: June 2, 2008

7
8
9 |                                             Eric Sun, Plaintiff

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on June 2, 2008, I forwarded a true and correct copy of:

1. Appeal of court order denying Plaintiff Chang's request on good cause to Continue notice of appearance by counsel...
2. Memorandum of points and authorities in support of appeal of court order Dismissing Plaintiff Sun.
3. Declaration of Plaintiff Sun being mentally and physically disabled and Indigent.

to Defendants' Counsels by placing a true copy and thereof in a sealed envelope with first class postage prepaid and addressed as follows:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated: June 2, 2008

By _____
Christine Chang, Plaintiff