# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **08-16348**    U.S. District Court Case No. **C-07-4005 EMC**

Short Case Title **CHRISTINE CHANG AND ERIC SUN VS. ROCKRIDGE MANOR et al.**

Date Notice of Appeal Filed by Clerk of District Court **JUNE 2, 2008**

---

**SECTION A** – To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER |
|---|---|
| NA | NA |

PLAINTIFF CHANG'S MOTION TO CONTINUE NOTICE OF APPEARANCE BY COUNSEL FOR APPOINTMENT AS GUARDIAN AD LITEM (DOCKET #169) WAS DENIED BY JUDGE CHEN ON PAPER (DOCKET #170). THERE WAS NO HEARING OR TRANSCRIPT AVAILABLE.

**FILED**
**JUN 1 6 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(attach additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( )  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Print or type requestor's name _____

Signature of ~~Attorney~~ **PLAINTIFF**  *Christine Chang*    Phone Number **(510) 769-8232**

Address: **341 TIDEWAY DR. #214, ALAMEDA, CA 94501**

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5364; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

**CERTIFICATE OF SERVICE**

Case Name: <u>Christine Chang and Eric Sun</u> v. <u>Rockridge Manor Condominium et al.</u>
U.S. Court of Appeals Case No. <u>08-16348</u>   U.S. District Court Case No. <u>C-07-4005 EMC</u>

I certify that a copy of the <u>Transcript Designation and Ordering Form</u> and any attachments was served by mail, on the persons listed below:

Gaylynn Kirn Conant
Lombardi, Loper & Conant, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Paul A. Conroy
Allman & Nielsen
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939

Lee J. Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores, Redwood City,
California 94065-2133

Andrew Adler
Boornazian, Jensen Garthe
555 12th Street, Suite 1800
Oakland, CA 94607

Albert F. Coombes
15915 Ventura Blvd., Penthouse 4
Encino, CA 91436

Edward Rodzewich
Valvrian, Patterson and Stratman
1650 Harbor Parkway, Suite 100
Alameda, CA 94502

I caused such envelopes to be placed for collection and mailing in the United States Mail at Alameda, California on <u>June 12, 2008</u>.

*Christine Chang*
Christine Chang, Plaintiff