United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE CHANG, *et al.*,

    Plaintiffs,

v.

ROCKRIDGE MANOR CONDOMINIUM, *et al.*,

    Defendants.
_____/

No. C-07-4005 EMC

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** pursuant to **ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT; AND GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

///

///

///

///

1  dated July 3, 2008, Judgment is hereby entered against Plaintiffs.   The Clerk of the Court is
2  directed to close the file in this case.

5  Dated: July 3, 2008                                                   Richard W. Wieking, Clerk

7  By: Betty Fong
   Deputy Clerk



**United States District Court**
For the Northern District of California