**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 31, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

08-16753

**CASE NUMBER: CV 07-04005 EMC**

**CASE TITLE: CHRISTINE CHANG-v-ROCKRIDGE MANOR CONDOMINIUM**

USCA Case Number:

Dear Sir/Madam:

  Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                Sincerely,

                RICHARD W. WIEKING, Clerk

                by: Sheila Rush
                Case Systems Administrator

cc: Counsel of Record