July 15, 2010

Betty Lee
Courtroom Deputy
U.S. District Court
   Docket # C-07-4005 EMC

Dear Ms. Lee:

My computer has broken since July 9, 2010.

It is being repaired as of now for hard drive problem which requires replacement.

Please approve extension until July 26 to file reply to defendants answer to my motion "SET ASIDE JUDGMENT FOR FRAUD UPON THE COURT", because my computer won't be repaired most likely until July 19.

Thank you for your assistance.

Sincerely,

Christi Chong
Plaintiff of case C-07-4005 EMC

Attachment:
   Certificate of Service

Fax To: (415) 522-3605

IT IT SO ORDRERED

Edward M. Chen
U.S. Magistrate Judge
Dated: 7/16/10

## CERTIFICATE OF SERVICE

I CERTIFY THAT ON JULY 15, 2010, I FORWARDED A TRUE AND CORRECT COPY OF "LETTER FOR EXTENSION TO JULY 26, 2010" TO FILE REPLY TO DEFENDANTS ANSWER TO MY MOTION — 60(b) AND 60(d) TO SET ASIDE JUDGMENT FOR FRAUD UPON THE COURT, TO THE FOLLOWING DEFENSE ATTORNEYS AND PRO SE ATTORNEY:

GAYLYNN KIRN CONANT, OAKLAND, CA
SARA ALLMAN, LARKSPUR, CA
LEE J. DANFORTH, REDWOOD CITY, CA
GEORGE INGRAM DEANE III, OAKLAND, CA
ALBERT F. COOMBES, ENCINO, CA
EDWARD RODZEWICH, ALAMEDA, CA

I CAUSED SUCH ENVELOPES TO BE PLACED FOR COLLECTION AND MAILING IN THE U.S. POSTAL SERVICE AT ALAMEDA, CALIFORNIA.

DATED: JULY 15, 2010

By: Christi Chang